IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES ex rel.<br>CURTIS LOCKEY, et al.,<br>　　　Plaintiffs,<br><br>v.<br><br>CITY OF DALLAS, et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. 3-11-CV-354-O<br>ECF |

### CITY OF DALLAS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

TO THE HONORABLE COURT:

Defendant, City of Dallas (the "City"), files this motion and respectfully show the court the following:

**I.**
**No Claim Is Stated**

Relators have brought a False Claim Act lawsuit pursuant 31 U.S.C. § 3729 *et seq*. The United States elected not to intervene. Relators allege the City falsely certified that it would affirmatively further fair housing. The primary basis of their claim is that the City's analysis of impediments was defective for not complying with a HUD Guide and not including other information. While required to allege the purported fraud with particularity under Fed. R. Civ. P. 9(b), Relators make general allegations covering two decades and multiple City programs without identifying any specific action, representation, claim, statement, person, or payment. Moreover, the claims are based on events occurring before the certification and barred by statute of limitations. Finally, none of the alleged actions are false or fraudulent. All of the claims should be dismissed for failing to state a claim.

## II.
## Appendix

The City has filed a joint appendix in support of this motion and its motion to dismiss for want of jurisdiction. For purposes of a motion under Fed. R. Civ. P. 12(b)(6), a court may consider documents attached to or incorporated in the complaint and matters of which judicial notice may be taken. *United States ex rel. Willard v. Humana Health Plan of Texas Inc.,* 336 F.3d 375, 379 (5th Cir. 2003). The brief in support of this motion does refer to specific documents relied on by Relators in the Second Amended Complaint or matters which the Court may take judicial notice. In particular, the brief references the 2007 Analysis of Impediments which Relators question and the 1996 HUD Guide which Relators rely upon.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the City requests that the Court grant in whole, or alternatively in part, its motion to dismiss for failure to state a claim.

    Respectfully submitted,

    OFFICE OF THE CITY ATTORNEY
    CITY OF DALLAS, TEXAS


    By __s/ Charles Estee_____
        CHARLES ESTEE
        Assistant City Attorney
        State Bar of Texas No. 06673600
        PETER B. HASKEL
        State Bar of Texas No. 09198900
        7BN Dallas City Hall
        1500 Marilla Street
        Dallas, Texas 75201
        Telephone – 214/670-3519
        Telecopier – 214/670-0622

## CERTIFICATE OF SERVICE

I certify that on March 16, 2012, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case failing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means.

***Via Hand Delivery***
Hal K. Gillespie
Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Avenue
Dallas, Texas  75204
*Counsel for Plaintiffs/Relators*

***Via Certified Mail No. 7006 0100 0003 1302 9684***
Michael Allen
Stephen Hayes
Relman, Dane & Colfax, PLLC
1225 19th Street, N. W., Suite 600
Washington, D.C.  20036-2456
*Counsel for Plaintiffs/Relators*

***Via Hand Delivery***
Earsa Jackson
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas  75202
*Counsel for Defendant Dallas Housing Authority*

***Via Certified Mail No. 7006 0100 0003 1302 9667***
Gerald Bright
Walker Bright PC
100 North Central Expressway, Suite 800
Richardson, Texas  75080
*Counsel for Defendant Dallas Housing Authority*

***Via Certified Mail No. 7006 0100 0003 1302 9660***
Colin D. Speaker
Asst. U. S. Atty.
801 Cherry St., Suite 1700
Unit 4
Fort Worth, Texas  76102
*Attorney for United States*

    _s/ Charles Estee_
    CHARLES ESTEE