IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| UNITES STATES ex rel.<br>CURTIS LOCKEY, et al.,<br>　　　Plaintiffs,<br><br>v.<br><br><br>CITY OF DALLAS, et al.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO.<br>3-11-CV-354-O<br>ECF<br> |

## APPENDIX TO CITY OF DALLAS' BRIEF IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF JURISDICTION AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

THOMAS P. PERKINS, JR.
Dallas City Attorney

CHARLES ESTEE
Assistant City Attorney
Texas Bar No. 17827020
charles.estee@dallascityhall.com
PETER B. HASKEL
Senior Assistant City Attorney
Texas Bar No. 09198900
peter.haskel@dallascityhall.com

City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas  75201
Telephone:　　214-670-3519
Telecopier:　　214-670-0622

Attorneys for Defendant City of Dallas

                Respectfully submitted,

                OFFICE OF THE CITY ATTORNEY
                CITY OF DALLAS, TEXAS


        By:   s/ Charles Estee
                CHARLES ESTEE
                Assistant City Attorney
                State Bar of Texas No. 06673600
                PETER B. HASKEL
                Senior Assistant City Attorney
                State Bar of Texas No. 09198900

                7BN Dallas City Hall
                1500 Marilla Street
                Dallas, Texas 75201
                Telephone – 214/670-3519
                Telecopier – 214/670-0622


## CERTIFICATE OF SERVICE

I certify that on March 16, 2012, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case failing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means.

*<u>Via Hand Delivery</u>*
Hal K. Gillespie
Gillespie, Rozen & Watsky, P.C.
3402 Oak Grove Avenue
Dallas, Texas 75204
*Counsel for Plaintiffs/Relators*

*<u>Via Certified Mail No. 7006 0100 0003 1302 9684</u>*
Michael Allen
Stephen Hayes
Relman, Dane & Colfax, PLLC
1225 19th Street, N. W., Suite 600
Washington, D.C.  20036-2456
*Counsel for Plaintiffs/Relators*

*<u>Via Hand Delivery</u>*
Earsa Jackson
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas  75202
*Counsel for Defendant Dallas Housing Authority*

*<u>Via Certified Mail No. 7006 0100 0003 1302 9667</u>*
Gerald Bright
Walker Bright PC
100 North Central Expressway, Suite 800
Richardson, Texas  75080
*Counsel for Defendant Dallas Housing Authority*

*<u>Via Certified Mail No. 7006 0100 0003 1302 9660</u>*
Colin D. Speaker
Asst. U. S. Atty.
801 Cherry St., Suite 1700
Unit 4
Fort Worth, Texas  76102
*Attorney for United States*


    _s/ Charles Estee_____
    CHARLES ESTEE


## TABLE OF CONTENTS

**Exhibits**

The City's 2007 Analysis of Impediments .................................................................TAB 1

HUD's 1996 Guide .....................................................................................................TAB 2

City Ordinance re Community Development Commission .......................................TAB 3

City Policy re Consolidated and Annual Action Plans ..............................................TAB 4

Excerpt of City Consolidated Plan, 2003-2008 .........................................................TAB 5

Excerpt of City Consolidated Plan, 2008-2012 .........................................................TAB 6

Excerpt of City Action Plan .......................................................................................TAB 7

*Walker,* Excerpt of Consent Decree...........................................................................TAB 8

*Walker,* Plaintiffs' Motion to Require City to Affirmatively Further
Fair Housing Desegregation ......................................................................................TAB 9

*Walker*, Plaintiffs' Memorandum in support of motion............................................TAB 10

*Walker,* City's Response to Plaintiffs' Motion ........................................................TAB 11

*Walker*, excerpt of City's Compliance Report.........................................................TAB 12

*Walker*, Final Agreed Judgment ..............................................................................TAB 13

2006 Report Card by Texas Affordable Housing Project.........................................TAB 14

Excerpt of City CAPER, 2005-06..............................................................................TAB 15

Excerpt of CAPER, 2005-06......................................................................................TAB 16

City 7-17-07 letter to HUD........................................................................................TAB 17

Excerpt of powerpoint presentation re 2007 AI........................................................TAB 18

City 9-24-07 letter to HUD........................................................................................TAB 19

Excerpts of HUD reports and audits .........................................................................TAB 20


*ICP v TxDHCA*, original complaint ..................................................................................TAB 21

*ICP v TxDHCA,* TDHCA's motion to dismiss ..................................................................TAB 22

*ICP v TxDHCA,* ICP response to TDHCA's motion to dismiss ..........................................TAB 23

*ICP v TxDHCA,* ICP appendix in support of response to TDHCA motion .........................TAB 24

*ICP v TxDHCA,* order; *Inclusive Communities Project, Inc. v. Tex. Dep't of Housing and Community Affairs*, 3-08-CV-0546-D, 2008 WL 5191935, *8-9 (N. D. Tex. Dec. 11, 2008) ..........................................................................................TAB 25

*ICP v TxDHCA,* excerpt of TDHCA appendix in support of motion for summary judgment ..........................................................................................................TAB 26

News stories re *ICP v TxDHCA* lawsuit .............................................................................TAB 27

*ICP v TxDHCA*, order ........................................................................................................TAB 28

Federal indictment of Don Hill ............................................................................................TAB 29

News stories re Don Hill indictment, trial ............................................................................TAB 30

Excerpts re articles and publications concerning LIHTCs ....................................................TAB 31

City LIHTC actions/briefings ..............................................................................................TAB 32

TIF Districts map ................................................................................................................TAB 33

2/7/05 Briefing re TIF affordable housing policy .................................................................TAB 34

2/23/05 Resolution re TIF affordable housing policy ...........................................................TAB 35

Excerpts of TIF Districts' plans ...........................................................................................TAB 36

6-24-09 City Resolution re Atmos .......................................................................................TAB 37

11-2-09 Briefing re Section 108 loans .................................................................................TAB 38

8-2-10 Briefing re Section 108 loans ...................................................................................TAB 39

11-1-10 Briefing re Section 108 loans .................................................................................TAB 40

3-7-11 Briefing re Section 108 loans ...................................................................................TAB 41

Summary of TIF Board, City Council committee, and City Council meeting
 re the Atmos and Continental projects ................................................................. TAB 42

City Resolution, 1-28-09 re Section 108 program guideline ............................................... TAB 43

2-17-10 Dallas Morning News blog ..................................................................................... TAB 44

5-6-10 Dallas Morning News article ..................................................................................... TAB 45

2-11-12 Dallas Morning News article ................................................................................... TAB 46

12-13-04 Dallas Morning News article ................................................................................. TAB 47

12-15-04 Dallas Morning News article ................................................................................. TAB 48

12-16-04 Dallas Morning News article ................................................................................. TAB 49

2002 Mayor's Task Force on Affordable Housing ............................................................... TAB 50

2005 Strategic Engagement: Dallas' Economic Development Plan .................................... TAB 51

24 month status report .......................................................................................................... TAB 52

2006 forwardDallas! Comprehensive Plan ........................................................................... TAB 53

Briefing entitled Downtown Dallas "living for all" Update on Affordable Housing ........... TAB 54

Briefing entitled Revitalizing Downtown: Creating Anchors to Build the Core .................. TAB 55

Briefing entitled Realizing Potential: A Framework for Enhancing the Southern
Portion of Dallas .................................................................................................................. TAB 56

2008-2009 Mayor's Southern Dallas Task Force Interim Report ........................................ TAB 57

2011 Briefing entitled A New Paradigm: Strategies for Revitalizing
Dallas' Distressed Neighborhoods ....................................................................................... TAB 58

2011 Excerpt of Downtown Dallas 360 ............................................................................... TAB 59

2009 Briefing re the Bridge .................................................................................................. TAB 60

5-8-08 article re the Bridge ................................................................................................... TAB 61

3-25-09 article re Citywalk at Akard .................................................................................... TAB 62

12-29-10 article re Citywalk at Akard .................................................................................TAB 63

Excerpt of 2000 and 2010 U.S. Census ...............................................................................TAB 64

11-15-05 article re moratorium ............................................................................................TAB 65

Article re moratorium ..........................................................................................................TAB 66

Houser article re moratorium, 7-22-08 ................................................................................TAB 67

2-5-07 Briefing entitled Use of Section 108 Intown Housing
Program Income from Sale of Majestic Loft's Promissory Note ........................................TAB 68

5-19-08 Briefing entitled Downtown Mortgage Assistance and Mortgage
Assistance ............................................................................................................................TAB 69

6-2-08 Briefing entitled Downtown Mortgage Assistance ..................................................TAB 70

8-13-08 City Resolution re DMAP ......................................................................................TAB 71

4-8-10 minutes from Texas State Affordable Housing Corporation ...................................TAB 72

4-26-10 minutes from the Dallas Housing Finance Corporation .........................................TAB 73

6-4-09 article ........................................................................................................................TAB 74

8-15-09 article ......................................................................................................................TAB 75

Lockey challenge letter ........................................................................................................TAB 76

7-6-10 Dallas Observer commentary ...................................................................................TAB 77

Excerpt of TDHCA hearing, 7-8-10 .....................................................................................TAB 78

2-17-11 Dallas Observer commentary .................................................................................TAB 79

9-7-10 Dallas Morning News blog .......................................................................................TAB 80

5-7-10 Dallas Observer commentary ...................................................................................TAB 81

1600 Pacific Building, LP HUD complaint .........................................................................TAB 82

5-6-10 Dallas Observer commentary ...................................................................................TAB 83

6-10-10 Dallas Observer commentary .................................................................................TAB 84

9-20-09 article re Bridging Dallas' North-South Gap ........................................................TAB 85

State of Texas' Analysis of Impediments to Fair Housing – March 2011............................TAB 86

2-8-12 Texas Housers article re Houston's analysis of impediments. Includes 11/30/11 HUD letter to City of Houston concerning analysis of impediments ...................................TAB 87

HUD's HOME Guide ..........................................................................................................TAB 88

HUD's Memo re Analysis of Impediments to Fair Housing Choice Reissuance ................................................................................................................TAB 89

Karl Stundins Affidavit........................................................................................................TAB 90

Chan Williams Affidavit......................................................................................................TAB 91

Charles Brideau Affidavit ....................................................................................................TAB 92

Karen Schaffner Affidavit (1)..............................................................................................TAB 93

Karen Schaffner Affidavit (2)..............................................................................................TAB 94

Beverly Davis Affidavit ......................................................................................................TAB 95

Charles Estee Affidavit .......................................................................................................TAB 96

Lisa Penney Affidavit .........................................................................................................TAB 97