UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel CURTIS LOCKEY AND CRAIG MACKENZIE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALLAS, TEXAS, et al.,<br><br>Defendants. | §§§§§§§§§§§§§§§§§<br><br>Civil Action No. 3:11-cv-354-O |

**THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS'
MOTION TO DISMISS**

TO THE HONORABLE COURT:

The Housing Authority of the City of Dallas, Texas ("DHA") respectfully files this motion and moves for an order dismissing Relators Curtis Lockey and Craig Mackenzie's ("Relators") lawsuit.

Relators do not have jurisdiction in this Court since their *qui tam* False Claims Act ("FCA") claims are based upon public disclosures and the Relators are not the original source of their claims. Moreover, DHA maintains that Relators failed to comply with Rule 9(b) because they did not plead their FCA claims with the required particularity. DHA further asserts that Relators failed to state a claim upon which relieve can be granted under Rule 12(b)(6).

This Motion is based on the pleadings and papers on file in this case, the attached Memorandum in Support of this Motion, and DHA's Appendix to its Memorandum in Support.

WHEREFORE, PREMISES CONSIDERED, DHA requests that the Court grant in whole, or alternatively in part, its motion to dismiss.

Respectfully submitted,

/s/ Gerald Bright
Gerald Bright
Walker Bright PC
100 North Central Expressway, Suite 800
Richardson, Texas  75080
(972) 744-0192
(972) 744-0067 (Facsimile)

/s/ Earsa R. Jackson
Katie Anderson
State Bar No. 00789631
Earsa R. Jackson
State Bar No. 24007428
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
214.651.4300
214.651.4330 (Facsimile)

**ATTORNEYS FOR THE HOUSING AUTHORITY OF THE CITY OF DALLAS, TEXAS**

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on the 19th day of March, 2012, a true and correct copy of the foregoing was forwarded to all known counsel via the U.S. District Court, Northern District of Texas electronic case files system in compliance with the Federal Rules of Civil Procedure.

/s/ Earsa R. Jackson