UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel CURTIS LOCKEY AND CRAIG MACKENZIE<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF DALLAS, TEXAS, et al.,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. 3:11-cv-354-O |

APPENDIX INDEX FOR THE HOUSING AUTHORITY OF
THE CITY OF DALLAS, TEXAS'
MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

| Exhibit No. | | Page #(s) |
|---|---|---|
| | Index | 1-3 |
| A | Declaration of Ms. Earsa Jackson | 4-5 |
| A-1 | *United States ex rel. Anti-Discrimination Cent. of Metro New York, Inc. v. Westchester Cty.*, No. 1:06-cv-2860, Dkt. 41 (S.D.N.Y. May 25, 2007) | 6-41 |
| A-2 | DHA's Disservice, The Dallas Morning News (Aug. 2, 2010) | 42-43 |
| A-3 | Where's the Subsidized Housing in Dallas Located? Let's Go to the PowerPoint, Dallas Observer (July 30, 2010) | 44-45 |
| A-4 | Liveblogging the Latest in the Never-Ending Story of Permanent Supportive Housing Dallas Observer (Oct. 4, 2010) | 46 |
| A-5 | Felicia McCarthy, Poor vs. Poorer Dallas Observer (Feb. 24, 2000) | 47-49 |
| A-6 | *Inclusive Communities Project, Inc. v. Tex. Dep't Hous. & Comm. Affairs*, No. 3:08-cv-546-D, Dkt. 18 (N.D. Tex. July 7, 2008) | 50-75 |
| A-7 | *Inclusive Communities Project, Inc. v. Tex. Dep't Hous. & Comm. Affairs*, No. 3:08-cv-546-D, Dkt. 19 (N.D. Tex. July 7, 2008) | 76-133 |
| A-8 | *Inclusive Communities Project, Inc. v. HUD*, No. 3-07-0945, Dkt. 11 | 134-163 |

|     |     |     |
| --- | --- | --- |
|     | (N.D. Tex. July 7, 2009) | |
| A-9 | *Inclusive Communities Project, Inc. v. HUD*, No. 3-07-0945, Dkt. 22 (N.D. Tex. July 7, 2009) | 164-179 |
| A-10 | Robert Wilonsky, Change is Gonna Come, Dallas Observer (Aug. 17, 2006) | 180-189 |
| A-11 | Robert Wilonsky, HUD Delivers $22 Million to Dallas Housing Authority for Beleaguered Turner Courts Dallas Observer (June 1, 2010) | 190 |
| A-12 | Joe Simnacher, Dallas Housing Authority gets $22 million HUD grant to replace Turner Courts Dallas Morning News (June 2, 2010) | 191 |
| A-13 | Robert Wilonsky, DHA Has a Lott of Nerve, Dallas Observer (Dec. 5, 2006) | 192-194 |
| A-14 | Robert Wilonsky, A Lott of Work to Do at DHA, Dallas Observer (Jan. 4, 2007) | 195-196 |
| A-15 | Fair Housing Planning Guide ("HUD Guide") | 197-366 |
| A-16 | Jim Schutze, City Hall Had Better Look Over its Shoulder Because HUD is Ready to Kick Some Fair-Housing Butt, Dallas Observer, (June 10, 2010) | 367-370 |
| A-17 | *United States ex rel. Farmer v. City of Houston*, Civ. Act. No. H-03-3713, 2005 U.S. Dist. LEXIS 18387 (S.D. Tex. May 5, 2005) | 371-377 |
| A-18 | *Walker v. HUD* – Agreed Final Judgment | 378-382 |
| B | Declaration of Ms. MaryAnn M. Russ | 383-396 |
| B-1 | *Walker v. HUD* - Agreed Final Judgment | 397-400-1 |
| B-2 | DHA Construction in Northern and Southern Sectors | 401 |
| B-3 | DHA Landlord Contact Report January 2009 – December 2009 | 402-413 |
| B-4 | *Walker v. HUD* – Voucher Implementation Plan 7/31/11 | 414-425 |
| B-5 | *Walker v. HUD* – Annual Report to the Court Period Ending December 2007 | 426-466 |
| B-6 | *Walker v. HUD* – Order Approving Settlement Voucher Implementation Plan Budget – 2007 | 467-515 |
| B-7 | *Walker v. HUD* – Order Approving Public Housing Site | 516-528 |

| B-8 | HUD correspondence dated September 30, 2010 | 529-532 |
| B-9 | HUD funds received by DHA between 2000 and fall 2011 | 533-536 |
| B-10 | HUD Approval of PHA Plan, FYB01/01/10, tx009v01 | 537-716 |
| B-11 | July 29, 2011 correspondence between Ms. Insixiengmay | 717-722 |
| B-12 | HUD Civil Rights Certification | 723 |