## Declaration

STATE OF TEXAS         §
                       §
COUNTY OF DALLAS       §

I swear under penalty of perjury the foregoing is true and correct:

"My name is Earsa Jackson. I am an attorney licensed to practice law in the State of Texas and before this Court. I am competent to testify, I have personal knowledge of the matters stated herein, and they are true and correct. I am an attorney at Strasburger & Price, LLP and one of the attorneys representing The Housing Authority of the City of Dallas, Texas ("DHA") in this matter.

I am familiar with the federal PACER system which is available at the following website http://www.pacer.gov/cgi-bin/links.pl. At the opening webpage, I am able to access the federal PACER system for federal district courts including the Northern District of Texas, Southern District of Texas, and the Southern District of New York. By clicking on the links for these Courts, I was taken to another webpage that allowed access to the docket sheets and copies of filings in a case that was filed in Federal District Court for the Northern District of Texas, Federal District Court for the Southern District of Texas, or in the Federal District Court for the Southern District of New York.

Through the court's webpage I was able to access the docket sheet and copies of the filings in the cases styled and numbered *United States ex rel. Anti-Discrimination Cent. Of Metro New York, Inc. v. Westchester Cty.*, No. 1:06-cv-2860 (S.D.N.Y.), *The Inclusive Communities Project, Inc. v. Texas Dep't of Housing and Community Affairs*, No. 3:08-cv-546-D (N.D. Tex.), *The Inclusive Communities Project, Inc. v. HUD*, No. 3-07-0945 (N.D. Tex.), *Walker v. HUD*, No. 3:85-cv-1210 (N.D. Tex.); *United States ex rel. Famer v. City of Houston* (S.D. Tex.) A true and correct copy of filings from these cases that I obtained from the court's website are included in this Appendix as exhibits A-1, A-6, A-7, A-8, A-9, A-17, A-18.

In addition, I performed several internet searches and reviewed various public websites and reviewed printed materials of newspapers and other publications. I have copied these articles, blogs, commentaries, and publications. A true and correct copy of those articles, blogs, commentaries and publications are attached

**DECLARATION**
3908608.1/SP/27702/0101/031912



Appendix 4

as Exhibits as listed in the Index as Exhibits A-2, A-3, A-4, A-5, A-10, A-11, A-12, A-13, A-14, A-15, A-16.

_____
EARSA JACKSON

March 19, 2012