Case 3:11-cv-00354-O Document 33-4 Filed 03/19/12 Page 1 of 13 PageID 2198

1/16/12   Where's the Subsidized Housing in Dallas Located? Let's Go to the PowerPoint. - Dallas News - Unfair ...



March 14th @ 7pm March • 15-17th @ 10am & 7pm
Christ In You Holiness Church • 4703 Sunnyvale, Dallas, TX 75216
www.ChristInYouHoliness.org • (469) 658-2601

# Where's the Subsidized Housing in Dallas Located? Let's Go to the PowerPoint.

By Robert Wilonsky
published: Fri., Jul. 30 2010 @ 10:38AM

**Subsidized Housing in Dallas**    (data compiled by MDHA, DHA, City of Dallas)
Operating Housing Units By Council Districts

| City Council Districts | Low Income Units through Dallas Housing Authority | | | | Operating Units Funded through Other Subsidies | | Total |
|---|---|---|---|---|---|---|---|
| | DHA Owned Housing Units | Low Income Housing Tax Credit Units | **Section 8 Housing Choice Vouchers (HCV) | ***Current Planned Project Based Assistance PSH Units | Permanent Supportive Housing | Privately Developed LIHTC Units Not Subsidized by DHA Vouchers | |
| District 1 Lasso | 227 | 0 | 333 | 0 | 72 | 396 | 1,028 |
| District 2 Medrano | 542 | 126 | 560 | 0 | 109 | 1,493 | 2,840 |
| District 3 Neumann | 907* | 152 | 1,510 | 17* | 36 | 4,711 | 7,393 |
| District 4 Caraway | 75 | 0 | 1,147 | 0 | 30 | 1,694 | 2,896 |
| District 5 Hill | 11 | 0 | 2,159 | 0 | 20 | 1,952 | 4,142 |
| District 6 Salazar | 0 | 0 | 431 | 0 | 49 | 1,737 | 2,216 |
| District 7 Davis | 625 | 310 | 1,594 | 0 | 152 | 3,109 | 5,790 |
| District 8 Atkins | 291 | 0 | 2,430 | 0 | 250 | 3,837 | 6,808 |
| District 9 Hackney | 0 | 0 | 587 | 40 | 111 | 806 | 1,504 |
| District 10 Allen | 603 | 0 | 799 | 50 | 72 | 224 | 1,698 |
| District 11 Koop | 0 | 0 | 462 | 0 | 49 | 1,015 | 1,526 |
| District 12 Natinsky | 135 | 0 | 274 | 0 | 2 | 316 | 727 |
| District 13 Margolin | 0 | 0 | 222 | 40 | 126 | 389 | 717 |
| District 14 Hunt | 26 | 290 | 364 | 0 | 74 | 1,354 | 2,128 |
| **Total** | **3,393** | **898** | **12,832** | **147** | **1,151** | **23,012** | **41,823** |

*Of the 924 DHA Owned Housing and Project Based Assistance PSH Units in District 3, 50 units at Cliff Manor are planned PSH.
** Section 8 HCV based on locations within census tracts by Council District. Tenants can choose to use the Section 8 HCV at any property that accepts the voucher.
*** DHA is currently negotiating Housing Assistance Payment Contracts with property owners. Units are not currently online.

Forthcoming, my very early-morning chat with Mayor Tom Leppert, during which we touched on, among other things, his call for a citywide fake-weed ban, the now-sidelined Dallas Watersports Complex and the fallout from Monday night's surprise announcement concerning Cliff Manor. But during the interview, I asked the mayor about concerns that so much of the supportive housing in Dallas is located in the southern sector.

"We want them spread throughout the community," he said. "I asked for a chart that says where they are -- and not just the permanent supportive housing units, but where the Dallas Housing Authority has affordable housing units funded by the city and federal funds. We'll get you that that." And he did: Chris Heinbaugh, the mayor's chief of staff, forwarded the PowerPoint you'll find after the jump. That's where the chart above comes from -- you'll find it on Page 5.

Said the mayor, the chart reveals that "the PSHs are better distributed than people think. People think there are 50 percent in one district. They're spread out much more than people think. It's not a north-south thing." Nevertheless, Dave Neumann's district clearly has the highest concentration of

Case 3:11-cv-00354-O   Document 33-4   Filed 03/19/12   Page 2 of 13   PageID 2199

1/16/12                Where's the Subsidized Housing in Dallas Located? Let's Go to the PowerPoint. - Dallas News - Unfair ...

subsidized housing in the city.

Subsidized Housing Data Report Final Draft July 29 at Four Thirty

**Showing 19 comments**



### Millionaire DHA Board Member f  1 year ago

i have told maryann russ that there will not be any mentally ill homeless people moving to preston hollow where my millionaire friends and i reside.

they will be moved to oak cliff and south dallas where they blend in with the poor people in those slums.

the only poor people allowed in my neighborhood perforn housework and yard care during daylight hours.



### Jay  1 year ago

^lol

But on a more serious note there are some logistical reasons for limiting the distribution to certain areas of the city that I'm surprised no one has mentioned. DART. Job and life opportunities in Dallas generally require mobility. There's more DART lines and service to certain sectors of the city as opposed to others. You can argue about how it came to be this way, but fact is dumping some carless homeless folks in Preston Hollow wouldn't be very wise. They're stranded in a pseudo suburban oasis where it becomes very difficult to get to the places they need to be around the city. There are few DART buses and the ones



# Subsidized Housing in Dallas, Texas

*Current Data on Permanent Supportive Housing and Affordable Housing by Dallas City Council District*

Metro Dallas Homeless Alliance

<u>Data Collection Team:</u>
City of Dallas
Dallas Housing Authority
Metro Dallas Homeless Alliance

**August 3, 2010**

Appendix 45-1

# Contents

- Permanent Supportive Housing (PSH) Definition
- City of Dallas Overview
- Subsidized Housing in Dallas
- Unmet Need and Scarcity of PSH
- Low-Income Housing Tax Credits and Homelessness
- Brief PSH Plan History and Updated Perspective
- Locating New PSH
- Media Perspective
- Recommendations

Appendix 45-2

# Permanent Supportive Housing (PSH) Definition

- Designed specifically for formerly homeless individuals with disabling conditions and other barriers to stable housing
- PSH requires adequate access to health and human services and financial subsidies to residents for housing costs
- PSH facilities may be owned by for-profit developers, non-profit developers, or public agencies like Housing Authorities or Public Mental Health Agencies
- Rent is based on 30% of adjusted monthly income
- Rent may be subsidized

Appendix 45-3

3

# City of Dallas Overview

- **Housing by Type:**

  **Deep Subsidy (low income): Units with income-based rents**
  - DHA-Owned Public Housing and HUD multifamily Housing Units: 3,410
  - DHA-Owned Low Income Housing Tax Credit (LIHTC) Units: 888
  - DHA-assisted Housing Choice Voucher Units: 12,932
  - PSH units: 1,151

  **Shallow Subsidy (moderate income): Units without income-based rents**
  - Privately Developed/Owned LIHTC Units: 23,012

- **Total Deep and Shallow Subsidized Housing Units:** 41,523
- **Total Permanent Supportive Housing (PSH) Units:** 1,151
- **Percent of Subsidized Housing Currently PSH** 2.7%

Appendix 45-4

4

Subsidized Housing in Dallas         (data compiled by MDHA, DHA, City of Dallas)
Operating Housing Units By Council Districts

| City Council Districts | Low Income Units through Dallas Housing Authority | | | | Operating Units Funded through Other Subsidies | | Total |
|---|---|---|---|---|---|---|---|
| | DHA Owned Housing Units | Low Income Housing Tax Credit Units | **Section 8 Housing Choice Vouchers (HCV) | ***Current Planned Project Based Assistance PSH Units | Permanent Supportive Housing | Privately Developed LIHTC Units Not Subsidized by DHA Vouchers | |
| District 1 Jasso | 227 | 0 | 333 | 0 | 72 | 396 | 1,028 |
| District 2 Medrano | 542 | 136 | 560 | 0 | 109 | 1,493 | 2,840 |
| District 3 Neumann | 907* | 152 | 1,570 | 17* | 36 | 4,711 | 7,393 |
| District 4 Caraway | 25 | 0 | 1,147 | 0 | 30 | 1,694 | 2,896 |
| District 5 Hill | 11 | 0 | 2,159 | 0 | 20 | 1,952 | 4,142 |
| District 6 Salazar | 0 | 0 | 431 | 0 | 48 | 1,737 | 2,216 |
| District 7 Davis | 626 | 310 | 1,584 | 0 | 152 | 3,108 | 5,780 |
| District 8 Atkins | 291 | 0 | 2,430 | 0 | 250 | 3,837 | 6,808 |
| District 9 Kadane | 0 | 0 | 587 | 40 | 111 | 806 | 1,504 |
| District 10 Allen | 603 | 0 | 789 | 50 | 72 | 224 | 1,688 |
| District 11 Koop | 0 | 0 | 462 | 0 | 49 | 1,015 | 1,526 |
| District 12 Natinsky | 135 | 0 | 274 | 0 | 2 | 316 | 727 |
| District 13 Margolin | 0 | 0 | 222 | 40 | 126 | 369 | 717 |
| District 14 Hunt | 26 | 290 | 384 | 0 | 74 | 1,354 | 2,128 |
| Total | 3,393 | 888 | 12,932 | 147 | 1,151 | 23,012 | 41,523 |

*Of the 924 DHA Owned Housing and Project Based Assistance PSH Units in District 3, 50 units at Cliff Manor are planned PSH.
** Section 8 HCV based on locations within census tracts by Council District. Tenants can choose to use the Section 8 HCV at any property that accepts the voucher.
*** DHA is currently negotiating Housing Assistance Payment Contracts with property owners. Unit are not currently online.



Appendix 45-5

# Unmet Need and Scarcity

- The latest City of Dallas Housing Task Force report states that there is an unmet need of over 56,000 units for lowest income levels of low income and permanent supportive housing.

- The Dallas Housing Authority has more than 27,000 households on waiting lists.

- The Bridge serves up to 1,400 individuals each day and all available shelter space in the City of Dallas is at or beyond capacity.

- The scarcity of permanent supportive housing relative to unmet needs creates stress on the health and human services systems, law enforcement, criminal justice and the public mental health system. Moving people through jails, emergency rooms and mental health facilities is an expensive way to deal with individuals facing homelessness.

- The actual public and private investment in PSH relative to other "affordable" housing is 2.7%.

- More than 60% of current subsidized housing do not provide rents based on income or serve those most in need.

Appendix 45-6

6

# Low Income Housing Tax Credit Units and Homelessness

- Although this report shows 23,000 units are subsidized through Low Income Housing Tax Credits (LIHTC), these properties do not offer income-based rents, and consequently are not affordable to homeless residents. The current Median Family Income in Dallas is **$68,300**[1].

| Household Size | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Low Income | $38,300 | $43,750 | $49,200 | $54,650 | $59,050 | $63,400 | $67,800 | $72,150 |
| Very Low Income | $23,950 | $27,350 | $30,750 | $34,150 | $36,900 | $39,650 | $42,350 | $45,100 |

The 2010 Dallas, TX HUD Fair Market Rents (FMRs) by number of Bedrooms which represents maximum allowable rent level of a LIHTC unit are as follows:

| Efficiency | One-bedroom | Two-bedroom | Three-bedroom | Four-bedroom |
|---|---|---|---|---|
| $669 | $740 | $894 | $1,164 | $1,377 |

Based on these figures, a homeless individual living on $514 disability payment each month (average of $6,168 per year)[2] would not be able to afford these units.

1. U.S. Department of Housing & Urban Development - http://www.huduser.org/portal/datasets/il/il10/tx.pdf
2. U.S. Social Security Administration - http://www.ssa.gov/policy/docs/quickfacts/stat_snapshot/

Appendix 45-7

7

# Plan History for Dallas PSH and Updated Perspective

- In June of 2004, the Dallas City Council passed a 10-Year Plan to End Chronic Homelessness calling for the development of 700 units of Permanent Supportive Housing for Chronically Homeless individuals in the next 10 years.[1]

- In January of 2009, that Plan was amended based on research by the Corporation for Supportive Housing that indicated the need for an additional 1,200 units of PSH for the Chronically Homeless[2] with an additional 700 units by 2014, and the next 500 to be developed in subsequent years.

- In addition to the need for supportive services, part of the rationale for these recommendations was the lack of housing that is actually affordable to homeless households.

**Updated MDHA Perspective:**

- The pressure of unmeet need on resources calls for increased goals and timelines;

- The DHA-MDHA Partnership for 600 PSH units provides a substantial advance in a time of great need; and

- The Plan projects $5.5 MM of annualized rent/operating costs provided by DHA pledged into future years with no costs to the City of Dallas taxpayers.

---

1. Dallas' 10-Year Plan to End Chronic Homelessness – June, 2004.
2. Permanent Supportive Housing Plan – January, 2009

Appendix 4S-8

# Locating New PSH Projects

- Diversity of available housing types, including permanent supportive housing, should be a shared opportunity provided to eligible families throughout the City of Dallas.

- Rational planning to increase the availability of PSH must consider the complexity of issues and circumstances that vary between Council Districts.

- These factors are land and property costs, rent affordability, zoning, accessible public transportation, access to retail services, community services, and primary and behavioral healthcare services

- Any call for geography based plans that are framed to "share the burden" of PSH across local government jurisdictions may be based on the false premise that PSH is a problem to neighborhoods and the people that already live there.

"Cities nationwide have pushed to end chronic homelessness after studies found that this small subset of the homeless population used most of the resources."

"There are at least 600 to 1,000 chronically homeless people in Dallas County, according to the latest homeless alliance count. Dallas spends at least $50 million in taxpayer funds each year sheltering, jailing and treating homeless people, and at least half of that is spent on the chronically homeless."

"Research has found that the housing saves money by preventing people from becoming so ill that they need emergency care."

"Studies have found that permanent supportive housing does not cause surrounding property values to plunge."

*Oak Cliff opposition shows why supportive permanent housing in Dallas is still a tough sell*
Kim Horner and Roy Appleton
**Dallas Morning News Article**
June 12th, 2010

# Recommendations

- Housing developments proposed within the City that requires City of Dallas funding and zoning changes should have a minimum of 10% Permanent Supportive Housing set aside within the project (City of Dallas Department of Housing Recommendation).

- All City of Dallas investments in subsidized housing should prioritize resources for projects serving homeless populations.

- Dallas Housing Authority should continue to prioritize rental assistance programs for homeless populations, where available.

- PSH is an opportunity to be shared city-wide.

- Locating PSH should not be based on quotas that posit PSH as having a negative impact on communities and risk housing and discrimination challenges.

Appendix 4S-11

11