# Occupancy Comparison of Projects Approved Since 2001 – In Lease-up – South Dallas

| Projects per South Dallas Submarket | Address | Council District | # of Units | Occupancy of Project | Submarket Occupancy |
|---|---|---|---|---|---|
| 1. Reese Townhomes | 1201 S. Ewing | CD 4 | 80 Units | 30% | 89.5% |

18

Appendix 111

# Occupancy Comparison of Projects Approved Since 2001 – Under Construction – South Dallas

| Projects per South Dallas Submarket | Address | Council District | # of Units | Occupancy of Project | Submarket Occupancy |
|---|---|---|---|---|---|
| 1. Wahoo Frazier | 4700 – 4900 Hatcher | CD 7 | 118 Units | | 89.5% |
| 2. Mill City Parc Frazier | 4700 – 4900 Hatcher | CD 7 | 116 Units | | 89.5% |

19

**Appendix 112**

# Occupancy Comparison of Projects Approved Since 2001 – Southwest Dallas

| Projects per Southwest Dallas Submarket | Address | Council District | # of Units | Occupancy of Project | Submarket Occupancy |
|---|---|---|---|---|---|
| 1. Rosemont@ Timbercreek | 801 Beckleymeade | CD 8 | 100 Units | 100% | 91.7% |
| 2. Rosemont @ Bluff Ridge | 8125 Clark Rd | CD 3 | 256 Units | 94% | 91.7% |
| 3. Hickory Trace | 8629 Old Hickory Trail | CD 8 | 180 Units | 100% | 91.7% |
| 4. Providence on the Park | 8501 Old Hickory | CD 8 | 280 Units | 98% | 91.7% |
| 5. West Virginia | 7600 West Virginia Dr. | CD 8 | 202 Units | 100% | 91. 7% |
| 6. Artisan Ridge | 5000 Preakness Lane | CD 3 | 264 Units | 93% | 91.7% |
| 7. Homes of Mountain Creek | SW Corner of Skyline and S.E. 14th St. | CD 3 | 200 Units | 100% | 91.7% |

20

Appendix 113

# Occupancy Comparison of Projects
# Approved Since 2001 – Oak Cliff

| Projects per Oak Cliff Submarket | Address | Council District | # of Units | Occupancy of Project | Submarket Occupancy |
|---|---|---|---|---|---|
| 1. Madison Point | 3600 S R L Thornton | CD 4 | 176 Units | 99% | 93.7% |
| 2. Potters House @ Primrose | 2515 Perryton | CD 3 | 280 Units | 97% | 93.7% |
| 3. Rosemont @ Lakewest | 3030 N. Hampton | CD 3 | 151 Units | 97% | 93.7% |
| 4. Churchill @ Pinnacle Park | 1400 N. Cockrell Hill | CD 3 | 200 Units | 98% | 93.7% |
| 5. Providence @ Village Fair | 5151 Village Fair Drive | CD 3 | 236 Units | 96% | 93.7% |

21

**Appendix 114**

# Occupancy Comparison of Projects Approved Since 2001 - In Lease-up - Oak Cliff

| Projects per Oak Cliff Submarket | Address | Council District | # of Units | Occupancy of Project | Submarket Occupancy |
|---|---|---|---|---|---|
| 1. Luxor Townhomes | NE Quadrant of Cockrell Hill @ Westmoreland | CD 1 | 100 Units | 69% | 93.7% |

22

**Appendix 115**

| ID | Development | Project Address | Total Units | Year Approved | Issuer |
|---|---|---|---|---|---|
| | **DHFC Inactive** | | | | |
| 121 | Goodhaven Apartments | 1810 High Hill | 332 | 2006 | DHFC |
| 123 | Central @ Carroll | 4030 N. Central | 400 | 2006 | DHFC |
| | **TDHCA Inactive/Application Pending** | | | | |
| | **Approved Tax Credit Projects Completed** | | | | |



| ID | Development | Project Address | Total Units | Year | Issuer |
|----|-------------|-----------------|-------------|------|--------|

**Appendix 117**



| ID | Development | Project Address | Total Units | Year | Issuer |
|----|-------------|-----------------|-------------|------|--------|
| | | | 20,950 | | |
| | Approved Tax Credits Under Construction | | | | |
| 114 | Wahoo Frazier - Replacement * | 4700 - 4900 Hatcher | 118 | 2005 | DHA |
| 118 | Mill City Parc Frazier* | 4700 - 4900 Hatcher | 116 | 2005 | DHA |
| 119 | Fairway Crossing | 7229 Ferguson Road | 310 | 2005 | TDHCA |
| | | | 544 | | |
| | TOTAL UNITS | | 21,688 | | |

43

**Appendix 118**

## JANUARY 23, 2008 CITY COUNCIL AGENDA
## CERTIFICATION

This certification is given pursuant to Chapter XI, Section 9 of the City Charter for the City Council Agenda dated January 23, 2008. We hereby certify, as to those contracts, agreements, or other obligations on this Agenda authorized by the City Council for which expenditures of money by the City are required, that all of the money required for those contracts, agreements, and other obligations is in the City treasury to the credit of the fund or funds from which the money is to be drawn, as required and permitted by the City Charter, and that the money is not appropriated for any other purpose.


_____          _____
Mary K. Suhm                                           1 - 11 - 08
City Manager                                                Date


_____          _____
for Edward Scott                                        1/11/08
Edward Scott                                               Date
City Controller


44



# COUNCIL AGENDA

January 23, 2008

DATE

(FOR GENERAL INFORMATION AND RULES OF COURTESY PLEASE SEE OPPOSITE SIDE.)
(LA INFORMACIÓN GENERAL Y REGLAS DE CORTESÍA QUE DEBEN OBSERVARSE
DURANTE LAS ASAMBLEAS DEL CONSEJO MUNICIPAL APARECEN EN EL LADO OPUESTO, FAVOR DE LEERLAS.)

45

Appendix 120

January 23, 2008                                    4

CONSENT AGENDA (Continued)

**Housing** (Continued)

19.   Authorize **(1)** adoption of the preliminary FY 2007-08 Consolidated Plan Reprogramming Budget #2 to reprogram $280,000 of Community Development Grant Funds from Southern Sector Housing and Economic Development Financing to the Neighborhood Enhancement Program and Housing Services Program; and **(2)** a public hearing to be held on February 27, 2008 to receive comments on the proposed use of funds - Financing: No cost consideration to the City

20.   Authorize **(1)** amendments to the Multifamily Project Review Criteria; and **(2)** a letter to be sent to the Texas Department of Housing and Community Affairs advising them and other city requirements that the City is willing to review applications on all tax credit transactions individually, based upon supply and demand needs in the project's submarket - Financing: No cost consideration to the City

**Office of Environmental Quality**

21.   Authorize execution of a Memorandum of Agreement with the Texas Commission on Environmental Quality to delegate authority to the City to enforce Ordinance No. 26766, previously approved on May 23, 2007, which restricts idling by motor vehicles with a gross weight rating of over 14,000 pounds - Financing: No cost consideration to the City

**Office of Financial Services**

22.   Authorize an amendment to the list of employees who are authorized to conduct transactions for the investment of City funds in the Texas Local Government Investment Pool - Financing: No cost consideration to the City

**Police**

23.   Authorize renewal of the Interlocal Agreement with Dallas County, through Southwestern Institute of Forensic Sciences at Dallas, for the provision of forensic, drug, toxicological, environmental, and physical evidence analysis, and other similar medical/forensic analytical services for the period October 1, 2007 through September 30, 2008 - Not to exceed $3,800,000 - Financing: Current Funds

24.   Authorize **(1)** the Dallas Police Department to expend funds for overtime, in the amount of $600,000, to be reimbursed from various federal and state law enforcement agencies for FY 2007-08 (list attached), **(2)** a City contribution of pension and Federal Insurance Contributions Act costs in the amount of $170,220, and **(3)** execution of the grant agreements - Total not to exceed $770,220 - Financing: Current Funds ($600,000 to be reimbursed by various federal and state law enforcement agencies)

AGENDA ITEM # 20

| | |
|---|---|
| KEY FOCUS AREA: | Economic Vibrancy |
| AGENDA DATE: | January 23, 2008 |
| COUNCIL DISTRICT(S): | All |
| DEPARTMENT: | Housing |
| CMO: | A. C. Gonzalez, 671-8925 |
| MAPSCO: | N/A |

## SUBJECT

Authorize **(1)** amendments to the Multifamily Project Review Criteria; and **(2)** a letter to be sent to the Texas Department of Housing and Community Affairs advising them and other city requirements that the City is willing to review applications on all tax credit transactions individually, based upon supply and demand needs in the project's submarket - Financing: No cost consideration to the City

## BACKGROUND

On October 8, 2003, the City Council approved a set of criteria to be considered during deliberation on multifamily applications for Dallas Housing Finance Corporation (DHFC) tax-exempt mortgage revenue bond financing.  On September 25, 2004, the City Council extended the use of those criteria to deliberation of multifamily applications for Texas Department of Housing and Community Affairs (TDHCA) allocation of low income housing tax credits that require City Council approval.  During fiscal year 2003-04, the City received multiple applications for approval of tax-exempt bonds and tax credits, many of which were located within one mile of each other and/or previously approved tax credit funded projects.  As a result of these applications, on December 8, 2004, the City Council approved an amendment to the review criteria that would be applied to future applications for tax-exempt bond or low income housing tax credit projects in which such financing is subject to City of Dallas approval.

On January 11, 2006, the City Council approved the policy amendment that no new tax credit transactions are approved unless a waiver is granted by the City Council.  The Applicant submits a project package along with a waiver fee of $500.  If the application is for the DHFC issued bonds, the DHFC Board recommends or denies approval of a waiver.  If DHFC recommends the waiver, the project is sent to City Council for approval of the waiver along with staff recommendations.

47

## BACKGROUND (continued)

If Application is for TDHCA issued bonds or 9% tax credits, the project will be sent to City Council along with staff recommendations on the waiver.

On July 12, 2005, the City sent a letter to TDHCA stating that the City would not be reviewing any tax credit or tax exempt bond projects until the FBI work was completed and TDHCA is still operating under the assumption that Dallas is not open to approving new projects.

Based on improved market conditions in 2007 as compared to 2005 a briefing was presented to the Housing Committee on January 7, 2008 with the Housing Department recommending (1) an amendment of Priority #3 on Exhibit A, 1(c) of the Multifamily Project Review Criteria to add youth projects and Priority #4 on Exhibit A, 1 (d) of the to allow new construction of housing for low and moderate income households with priority given to Master Plan Developments, Mixed Income Developments and Transit Developments; and (2) authorization to send a letter to the TDHCA advising them of the change and informing them that the City is willing to review applications on all tax credit transactions individually, based upon supply and demand needs in the project's submarket.

This approval of the support of the tax credits for this project is contingent on the State agreeing to include in their Land Use Restriction Agreement (LURA), the City of Dallas' social service requirement as stated in the resolution approving the support of the tax credit for this project which is $200 per unit for a minimum of $40,000 per year.   Fifty percent (50%) of this social service requirement can be in the form of in-kind contributions subject to the approval of the Housing Department.

## PRIOR ACTION/REVIEW (Council, Boards, Commissions)

On October 8, 2003, the City Council authorized review criteria for consideration of multifamily project applications for Dallas Housing Finance Corporation tax-exempt mortgage revenue bond financing by Resolution No. 03-2754.

On February 25, 2004, the City Council authorized  the use of the DHFC bond project review criteria on multifamily project applications for TDHCA low income housing tax credits that are subject to City of Dallas approval by Resolution No. 04-0764.

On December 8, 2004, the City Council authorized the amendment for the project review criteria on multifamily project applications for DHFC proposed tax-exempt bond projects and TDHCA low income housing tax credit projects that require Dallas City Council approval by Resolution No. 04-3473.

On November 21, 2005, the Economic Development and Housing Committee was briefed.

**Appendix 123**

**PRIOR ACTION/REVIEW (Council, Boards, Commissions) (continued)**

On January 11, 2006, the City Council approved an agenda item to amend the City of Dallas review criteria for multifamily project applications seeking City of Dallas approval by Resolution No. 06-0136.

On January 7, 2008, the Housing Committee was briefed on the current multifamily policy of the Housing Department.

**FISCAL INFORMATION**

No cost consideration to the City.

Appendix 124

COUNCIL CHAMBER

January 23, 2008

**WHEREAS,** on October 8, 2003, the City Council approved project specific review criteria for consideration of tax-exempt mortgage revenue bond projects proposed by the Dallas Housing Finance Corporation (DHFC) by Resolution No. 03-2754; and

**WHEREAS,** under the Texas Department of Housing and Community Affairs (TDHCA) rules in the 2004 Qualified Allocation Plan and Rules (QAP), if a proposed development is located in a municipality that has more than twice the State average of units per capita supported by Low Income Housing Tax Credits or Private Activity Bonds, the applicant must obtain prior approval of the development from the governing body of the municipality; and

**WHEREAS,** on February 25, 2004, the City Council extended the October 8, 2003 DHFC project review criteria to tax credit projects proposed by the TDHCA that are subject to Dallas City Council approval, by Resolution No. 04-0764; and

**WHEREAS,** on December 8, 2004, the City Council approved the project specific review criteria for DHFC and TDHCA proposed tax-exempt bond projects that require Dallas City approval as an Exhibit "A"; and

**WHEREAS,** on July 12, 2005, the City sent a letter to TDHCA stating that the City would not be reviewing any tax credit or tax exempt bond projects until the FBI work was completed and TDHCA is still operating under the assumption that Dallas is not open to approving new projects; and

**WHEREAS,** on November 21, 2005, the Economic Development and Housing Committee was briefed on the multifamily policy criteria and the proposed changes; and

**WHEREAS,** on January 11, 2006, the City Council approved an agenda item (1) to amend the City of Dallas review criteria for multifamily project applications seeking City of Dallas approval for tax-exempt mortgage revenue bond and/or low income housing tax credits financing; (2) that applicants be required to submit a package along with an initial waiver fee of $500 in addition to all other required fees for the approval process; and, (3) that the 120-day rule on moratoriums is not applicable to the approval of tax credit/tax-exempt bond projects by Resolution No. 06-0136; and

**WHEREAS,** there are no tax-exempt bond or low income tax credit applications currently pending before the Dallas City Council for consideration; and

COUNCIL CHAMBER

<u>January 23, 2008</u>

**WHEREAS,** on January 7, 2008, the Housing Committee was briefed on the current policy with the Housing Department recommending an amendment of Priority #3 on Exhibit A, 1(c) of the Multifamily Project Review Criteria to add youth projects and Priority #4 on Exhibit A, 1 (d)  of policy criteria to allow new construction of housing for low and moderate income households with priority given to Master Plan Developments, Mixed Income Developments and Transit Developments; and (2) authorization to send a letter to TDHCA advising them of the change and informing them that the City is willing to review applications on all tax credit transactions individually based upon supply and demand needs in the project's submarket; and

**WHEREAS,** this approval of the support of the tax credits for this project is contingent on the State agreeing to include in their Land Use Restriction Agreement (LURA), the City of Dallas' social service requirement as stated in the resolution approving the support of the tax credit for this project which is $200 per unit for a minimum of $40,000 per year.    Fifty percent (50%) of this social service requirement can be in the form of in-kind contributions subject to the approval of the Housing Department; and

**WHEREAS,** the City Council desires to amend the review criteria to Priority #3 on Exhibit A, 1(c) of the Multifamily Project Review Criteria to add youth projects and Priority #4 1 (d) to read: new construction of housing for low and moderate income households with priority given to Master Plan Developments, Mixed Income Developments and Transit Developments; and (2) authorize that a letter be sent to the TDHCA advising them of the change and informing them that the City is willing to review applications on all tax credit transactions individually, based upon supply and demand needs in the project's submarket; **NOW, THEREFORE,**

**BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF DALLAS, TEXAS:**

**Section 1.**    That (1) amendments to Multifamily Project Review Criteria and attached hereto as "Exhibit A", is hereby approved; and (2) authorization is granted to send a letter to the TDHCA advising them and other city requirements that the City is willing to review applications on all tax credit transactions individually, based upon supply and demand needs in the project's submarket.

**Section 2.**    That this approval of the support of the tax credits for this project is contingent on the State agreeing to include in their Land Use Restriction Agreement (LURA), the City of Dallas' social service requirement as stated in the resolution approving the support of the tax credit for this project which is $200 per unit for a minimum of $40,000 per year.    Fifty percent (50%) of this social service requirement can be in the form of in-kind contributions subject to the approval of the Housing Department.

51

**Appendix 126**

COUNCIL CHAMBER

January 23, 2008

**Section 3.**  That this resolution shall take effect immediately from and after its passage, in accordance with the Charter of the City of Dallas, and it is accordingly so resolved.

**DISTRIBUTION:**
Housing Department
City Attorney's Office
Office of Financial Services/Community Development, 4FN

**Appendix 127**

EXHIBIT A

<u>Tax-Exempt Mortgage Revenue Bond and Low Income Housing Tax Credit
Projects
Multifamily Project Review Criteria</u>

In determining whether to grant tax-exempt bond financing  or approve an allocation of low income housing tax credits for any multifamily project, including senior, disabled or family projects, the City Council and, where appropriate, the Dallas Housing Finance Corporation, shall evaluate whether the proposed project is in the best interest of the City of Dallas.  The decision will be evaluated based upon the following factors.  No single factor is determinative or controlling.

1.  Where the proposed project fits within the City's priorities which follow in order of priority:
   a. Demolition and reconstruction of an existing substandard multifamily development;
   b.  Rehabilitation of an existing multifamily development;
   c.  New construction of housing for special needs such as senior households, AIDS or other disabilities, including housing for the homeless, <u>youth projects</u> on an individual basis; or
   d.  ~~Not accept any applications for tax credit financed projects for~~ <u>n</u> <u>New</u> construction of housing for low and moderate income households ~~until  October, 2006, after an annual review of the multifamily criteria has been conducted, unless special circumstances exist~~ (~~i.e.~~ <u>with priority given to part of</u> Master Plan <u>ned</u> Development<u>s</u>, <u>Mixed Income Developments</u> <u>and</u> Transit Development<u>s</u>.

2.  Whether the City has already provided, or committed to provide, direct financial assistance to the project.

3.  Whether the project involves the elimination of slum or blight already existing on the subject property.

4.  Whether the site has appropriate zoning for the project.

5.  The proximity and capabilities of nearby schools, and comments of school district officials regarding the project.

6.  The comments of owners and residents of properties located in the surrounding area at a public meeting held in the community in which the project will be located, attended by City of Dallas or Dallas Housing Finance Corporation representatives.

53

7.      Whether there is already an over-concentration of multifamily development in the surrounding area.

8.      Whether the applicant has agreed to incorporate appropriate safety and security features into the project.

9.      Whether the applicant has responded to and/or plans to address the lawful concerns, if any, raised by residents or owners of properties in the surrounding area.

10.     Whether the proposed project will be of high quality.

11.     Whether the applicant has taken into consideration, in the project design, the standard or specialized needs of expected tenants.

12.     Whether the proposed project will have an adverse effect on the surrounding area.

13.     Whether the project is compatible with existing or anticipated single-family developments in the surrounding area.

14.     Whether the project is compatible with existing or anticipated uses allowed under current or anticipated zoning in the surrounding area.

15.     Whether the estimated parking demand and trip generation for the project will impose an undue burden on public facilities.

16.     Whether the current and probable future capacities of adjacent and nearby streets on the City's thoroughfare plan are adequate to address any anticipated changes caused by the project.

17.     Whether there is existing or proposed adequate public transit available.

18.     Whether the location, density and height of the buildings, structures, and equipment will be detrimental or injurious to future development of the surrounding area or otherwise impose an undue burden on public facilities.

19.     Whether trees will be planted or protected and other landscaping provided to create, preserve, and enhance the natural beauty and vegetative space in the vicinity of the project.

20.     Whether managers of the project will reside on site.

**Appendix 129**

21.  Whether the Applicant has demonstrated the financial capacity to complete and operate the project.

22.  Whether the proposed project's rental market has the ability to absorb the proposed additional rental units.

23.  If two or more new projects are proposed within a mile of each other, whether either or any of the projects:
     a.  Contributes to the rehabilitation or elimination of substandard housing;
     b.  Provides a significantly lower density of units per acre; or
     c.  Provides revenues for the creation or support of additional affordable housing.

24.  Whether the Applicant has presented a suitable development plan for the entire development site, including property acquired by the Applicant in excess of that to be developed specifically for the project.

25.  Whether there exists any other factor relevant to the issue of whether the project is in the best interest of the City of Dallas.

55

**Appendix 130**

MINUTES OF THE DALLAS CITY COUNCIL
WEDNESDAY, JANUARY 23, 2008

08-0290
VOTING AGENDA MEETING
CITY COUNCIL CHAMBER, CITY HALL
MAYOR TOM LEPPERT, PRESIDING

PRESENT:   [14]   Garcia, Caraway, Medrano, Neumann, Hill, Salazar, Davis, Atkins,
                  Kadane, Allen, Koop, Natinsky, Rasansky, Hunt (*9:23 a.m.)

ABSENT:    [1]    Leppert (Absent on City Business)

The meeting was called to order at 9:01 a.m.

The assistant city secretary announced that a quorum of the city council was present.

The invocation was given by R. D. Price, Reverend of New Mt. Zion Baptist Church.

Deputy Mayor Pro Tem Caraway led the pledge of allegiance.

The meeting agenda, which was posted in accordance with Chapter 551, "OPEN
MEETINGS," of the Texas Government Code, was presented.

After all business properly brought before the city council had been considered the city
council adjourned at 2:42 p.m.

_____
                                          Mayor

ATTEST:


_____
Assistant City Secretary


The meeting agenda is attached to the minutes of this meeting as EXHIBIT A.

The actions taken on each matter considered by the city council are attached to the minutes
of this meeting as EXHIBIT B.

Ordinances, resolutions, reports and other records pertaining to matters considered by the
city council, are filed with the city secretary as official public records and comprise
EXHIBIT C to the minutes of this meeting.

**\* Indicates arrival time after invocation and pledge of allegiance.**


G:\2008MIN\cc012308doc                                          2/13/2008 9:24:35 AM

OFFICE OF THE CITY SECRETARY                     CITY OF DALLAS, TEXAS


56


**Appendix 131**

OFFICIAL ACTION OF THE DALLAS CITY COUNCIL

JANUARY 23, 2008

08-0312

Item 20:   Authorize (1) amendments to the Multifamily Project Review Criteria; and (2) a
letter to be sent to the Texas Department of Housing and Community Affairs
advising them and other city requirements that the City is willing to review
applications on all tax credit transactions individually, based upon supply and
demand needs in the project's submarket - Financing: No cost consideration to
the City

Councilmember Neumann requested that consent agenda item 20 be considered as an
individual item. Mayor Pro Tem Garcia stated that consent agenda item 20 would be
considered as an individual item later in the meeting, there being no objection voiced to
Councilmember Neumann's request.

Later in the meeting, agenda item 20 was brought up for consideration.

Councilmember Salazar moved to approve the item.

Motion seconded by Deputy Mayor Pro Tem Caraway and unanimously adopted. (Davis
absent when vote taken; Leppert absent on city business)

Respectfully Submitted,

/s/ Michael M. Daniel
Michael M. Daniel
State Bar No. 05360500
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: daniel.michael@att.net
Attorney for Plaintiff

Laura B. Beshara
State Bar No. 02261750
DANIEL & BESHARA, P.C.
3301 Elm Street
Dallas, Texas 75226-1637
214-939-9230
Fax 214-741-3596
E-mail: laurabeshara@swbell.net
Attorney for Plaintiff

Certificate of Service

I hereby certify that on July 17, 2008 I electronically submitted the foregoing document
with the clerk of the court for the U.S. District Court, Northern District of Texas, using the
electronic case files system of the court. The electronic case files system sent a "Notice of
Electronic Filing" to the following individual who has consented in writing to accept this Notice
as service of this document by electronic means: Timothy E. Bray.

s/ Michael M. Daniel

-58-

Appendix 133