

# Dallas Housing Authority gets $22 million HUD grant to replace Turner Courts

By JOE SIMNACHER / The Dallas Morning News
jsimnacher@dallasnews.com
Published: 02 June 2010 02:33 AM

The Dallas Housing Authority was awarded a $22 million Housing and Urban Development grant Tuesday to revitalize the former Turner Courts public hou complex in southern Dallas.

The federal funding will allow the DHA to speed up replacement of one of its oldest and most troubled developments, said Troy Broussard, DHA senior vic president and chief operating officer.

"This $22 million is a huge influx of capital to help us do a holistic approach at a much faster time pace," Broussard said.

The DHA applied for the $22 million HOPE VI grant in 2009 and competed with 44 other agencies. Turner Courts will be redeveloped under HUD's Choice Neighborhoods pilot program.

"This community is deserving of these funds to help us revitalize it," Broussard said.

Dallas is one of six housing authorities that will receive a total of $113.6 million to transform distressed public housing into mixed-income communities, H Secretary Shaun Donovan said in a prepared statement.

HUD Deputy Secretary Ron Sims will be in Dallas on Thursday morning to announce details of the program.

Turner Courts, with its 294 units, was demolished in 2009. The funding announced Tuesday will help replace the complex in the Rochester Park neighbor South Dallas with the new Buckeye Trail Commons and its planned 334 units.

Buckeye Trail will include a variety of public housing options, from units rented at the going market rate to those receiving various degrees and types of a:

The DHA has agreed to work with Head Start of Greater Dallas Inc. to incorporate early childhood learning programs into Buckeye Trail.

"This means there will be a Head Start as well as an Early Head Start center in the Turner Courts area," said Wanda Smith, chief executive officer of Hea Greater Dallas. "It will give us some presence back in that area."

The Choice Neighborhoods pilot program is designed to link housing to schools and early education programs, public transportation, grocery stores, heal and community centers, Donovan said in his statement.

In addition to Dallas, HUD awarded grants to Charlotte, N.C.; Covington, Ky.; Jersey City, N.J.; Memphis, Tenn.; and Trenton, N.J.

"I applaud all of the applicants, especially these agencies, for stepping up to that challenge in extraordinary ways," Donovan said.


EXHIBIT
A-12