development activities?

■    Are there areas in the jurisdiction where conflict between different racial or ethnic groups is evident? Between persons with and without a disability?

■    Are there effective outreach, education, and information programs in the jurisdiction designed to create a good understanding among civic leaders, educators, and other citizens of all ages to reduce the adverse effects and force of negative attitudes among segments of the community concerning people who are different racially, ethnically, and culturally or who are disabled?

### *Possible Actions to Be Taken by the Jurisdiction*

■    Undertake specific programs to educate its officials and employees and the general public regarding the provisions of a particular court determination or HUD finding and the actions that are or will be underway to address the problems found.

■    Develop new outreach, education, or information programs and activities to promote housing opportunities for particular segments of the community (such as racial or ethnic minority groups or persons with disabilities). This should be done in cooperation with fair housing organizations and organizations working on this common goal.

## Visitability in Housing

HUD endorses the "visitability" concept, which is a voluntary standard promoted by the Department in new construction and existing properties. Visitability means that: (1) at least one entrance is at grade (no step), approached by an accessible route, such as a sidewalk and (2) the entrance door and all interior doors on the first floor are at least 34 inches wide, offering 32 inches of clear passage space.

Visitability allows mobility impaired residents to visit families and friends where this would not otherwise be possible. A visitable home also serves persons without disabilities (for example, a mother pushing a stroller, a person delivering large appliances, a person using a walker, etc.). One difference between "visitability" and "accessibility" is that accessibility requires that all features of a dwelling unit be made accessible for mobility impaired persons. A visitable home provides less accessibility than an accessible home, and is meant to be those units not required to be accessible.

### *Suggested Questions*

■    Has the entity incorporated the concept of visitability in a homeownership or rental project recently built?



■    Has the entity incorporated the concept of visitability into rehabilitation projects which has resulted in visitable units throughout the project?

■    Has the entity developed a written visitability policy and/or a visitability transition plan in place to make all or a significant percentage of its units visitable?

## Possible Actions to Be Taken by the Jurisdiction

■    Identify specific steps that the jurisdiction should take to promote the concept of visitability.

**Appendix 342**

# ACRONYMS

| | |
|---|---|
| ACORN | Association of Community Organizations for Reform Now |
| ADA | Americans With Disabilities Act |
| ARELLO | Association of Real Estate License Law Officials |
| AFFH | Affirmatively Furthering Fair Housing |
| AFFORD | Alternative Financing for Opening Residential Doors (Wisconsin) |
| AFHM | Affirmative Fair Housing Marketing |
| AHOME | Affordable Housing Opportunities Made Equal (Virginia) |
| AI | Analysis of Impediments to Fair Housing Choice |
| AMA | Arizona Multihousing Association |
| BHA | Boston Housing Authority (Massachusetts) |
| CAFHA | Chicago Area Fair Housing Alliance (Illinois) |
| CASCAP | Cambridge-Somerville Cooperative Apartment Project (Massachusetts) |
| CCHR | City Commission on Human Rights |
| CD | Community Development |
| CDBG | Community Development Block Grant Program |
| CHAS | Comprehensive Housing Affordability Strategy |
| CHRB | Community Housing Resource Board |
| CIG | Community Improvement Grant |
| CIL | Center for Integrated Living (Wisconsin) |
| COSCDA | Council of State Community Development Agencies |
| CPD | Community Planning and Development |
| CRA | Community Reinvestment Act of 1977 |
| CRCOG | Capitol Region Council of Governments (Connecticut) |
| DCA | Division of Community Assistance (North Carolina) |
| DCA | Department of Community Affairs (Pennsylvania) |
| DED | Department of Economic Development (Nebraska) |
| DHCD | Department of Housing and Community Development (Virginia) |
| ECHRC | East Chicago Human Rights Commission (Illinois) |
| ENC | Evanston Neighborhood Conference (Illinois) |
| ESG | Emergency Shelter Grants Program |
| FAIR | Fair Access to Insurance Requirement Plan |
| FHA | Federal Housing Administration |
| FHAP | Fair Housing Assistance Program |
| FHCSD | Fair Housing Council of San Diego (California) |
| FH/EEO | Fair Housing/Equal Employment Opportunity |
| FHIP | Fair Housing Initiative Program |
| FHP | Fair Housing Planning |
| FHP | Fair Housing Partnership of Greater Pittsburgh (Pennsylvania) |
| FmHA | Farmers Home Administration |
| GBREB | Greater Boston Real Estate Board (Massachusetts) |
| IDED | Iowa Department of Economic Development |
| HAP | Housing Assistance Plan |
| HCD | State Department of Housing and Community Development (Maryland) |
| HDS | Housing Discrimination Study |

| | |
|---|---|
| HIV/AIDS | Human Immunodeficiency Virus/Acquired Immune Deficiency Syndrome |
| HMDA | Home Mortgage Disclosure Act of 1975 |
| HOME | Home Investment Partnership Program |
| HOME | Housing Opportunities Made Equal (New York) |
| HOME | Housing Opportunities Made Equal of Greater Cincinnati (Ohio) |
| HOPWA | Housing Opportunities for Persons with AIDS Program |
| HRC | Human Relations Commission (Montana) |
| HUD | Department of Housing and Urban Development |
| IMBY | "In My Back Yard" |
| MBA | Mortgage Bankers Association of America |
| MCHR | Maryland Commission on Human Rights |
| MDOC | Montana Department of Commerce |
| MFI | Median Family Income |
| MHFA | Massachusetts Housing Finance Agency |
| MLS | Multiple Listing Service |
| MPDU | Moderately Priced Dwelling Unit |
| MSAs | Metropolitan Statistical Areas |
| NAA | National Apartment Association |
| NAACP | National Association for the Advancement of Colored People |
| NAHA | National Affordable Housing Act of 1990 |
| NAHB | National Association of Home Builders |
| NAPAS | National Association of Protection and Advocacy System |
| NAR | National Association of Realtors |
| NCAI | National Congress of American Indians |
| NCDA | National Community Development Association |
| NCLR | National Council of La Raza |
| NCRC | National Community Reinvestment Coalition |
| NAREB | National Association of Real Estate Brokers |
| NFHA | National Fair Housing Alliance |
| NIMBY | "Not In My Back Yard" |
| OCC | Office of the Comptroller of the Currency |
| OCRC | Ohio Civil Rights Commission |
| OPCHRB | Old Pueblo, Arizona, Community Housing Resources Board |
| PHA | Public Housing Agency |
| PHAC | Pennsylvania Housing Advisory Committee |
| PSAs | Public Service Announcements |
| SMSA | Standard Metropolitan Statistical Area |
| TSAP | Tenant Selection and Assignment Plan |
| TTY | Text Telephone or Teletypewriter |
| VA | Veterans Administration |
| VAMA | Voluntary Affirmative Marketing Agreements |
| YMCA | Young Men's Christian Association |
| YWCA | Young Women's Christian Association |

# ADDITIONAL RESOURCES

## National Resources

### *HUD*

*Headquarters:*

U.S. Department of Housing and Urban Development
Office of Fair Housing and Equal Opportunity
451 Seventh Street, SW, Room 5200
Washington, DC 20410
(202) 708-4252  Fax: (202) 708-4483
Contact: Elizabeth K. Julian, Assistant Secretary for Fair Housing and Equal Opportunity

### *New England Field Offices:*

U.S. Department of Housing and Urban Development
Massachusetts State Office
Office of Fair Housing and Equal Opportunity
Thomas P. O'Neill, Jr., Federal Building
10 Causeway Street, Room 321
Boston, MA 02222-1092
(617) 565-5319  Fax: (617) 565-7313
TTY: (617) 565-5453
Contact: Merryl Gibbs, Acting Director, FHEO Program Operations and Compliance Center

U.S. Department of Housing and Urban Development
Connecticut State Office
Office of Fair Housing and Equal Opportunity
330 Main Street, First Floor
Hartford, CT 06106-1860
(860) 240-4530  Fax: (860) 240-4744
TTY: (860) 240-4665
Contact: Carl Harris, Equal Opportunity Specialist

### *New York/New Jersey Field Offices:*

U.S. Department of Housing and Urban Development
New York State Office
Office of Fair Housing and Equal Opportunity
26 Federal Plaza
New York, NY 10278-0068
(212) 264-1290  Fax: (212) 264-9829
TTY: (212) 264-0927
Contact: Saundra Hamilton, Acting Director, FHEO Program Operations and Compliance Center or
Ethan Harris, Director, Program Operations Division

U.S. Department of Housing and Urban Development
Buffalo Area Office
Office of Fair Housing and Equal Opportunity
465 Main Street
Buffalo, NY 14203-1780
(716) 551-5755  Fax: (716) 551-3253
TTY: (716) 551-5787
Contact: Charles E. Martin, Director, FHEO Program Operations and Compliance Center

U.S. Department of Housing and Urban Development
New Jersey State Office
Office of Fair Housing and Equal Opportunity
One Newark Center, 13th Floor
Newark, NJ 07102-5260
(201) 622-7900, Ext 3250
Fax: (201) 645-6423
TTY: (201) 645-3298 or -1798
Contact: Brenda Edmondson, Director, FHEO Program Operations and Compliance Center

**Appendix 345**

*Mid-Atlantic Field Offices:*

U.S. Department of Housing and
Urban Development
Pennsylvania State Office
Office of Fair Housing and Equal
Opportunity
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107-3380
(215) 656-0662 Fax: (215) 656-3449
TTY: (215) 656-3452
Contact: Walter Valentine, Director,
FHEO Program Operations and
Compliance Center or
Milton Turner, Director, Program
Operations Division

U.S. Department of Housing and
Urban Development
Pittsburgh Area Office
Office of Fair Housing and Equal
Opportunity
339 6th Street, Sixth Floor
Pittsburgh, PA 15219-1906
(412) 644-6965 Fax: (412) 644-6499
TTY: (412) 644-5747
Contact: Cheryle E. Campbell, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Maryland State Office
Office of Fair Housing and Equal
Opportunity
City Crescent Building
10 South Howard Street, Fifth Floor
Baltimore, MD 21201-2505
(410) 962-2520, Ext 3056
Fax: (410) 962-4947
TTY: (410) 962-0106
Contact: Harold S. Jackson, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Virginia State Office
Office of Fair Housing and Equal
Opportunity
The 3600 Centre
3600 West Broad Street
Richmond, VA 23230-4920
(804) 278-4504 Fax: (804) 278-4516
TTY: (804) 278-4501
Contact: R. Thomas Day, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
District of Columbia Office
Office of Fair Housing and Equal
Opportunity
820 First Street, NE, Suite 450
Washington, DC 20002-4205
(202) 275-0848  Fax: (202) 275-0779
TTY: (202) 275-0967
Contact: James E. Black, Jr., Director,
FHEO Program Operations and
Compliance Center

*Southeast/Caribbean Field Offices:*

U.S. Department of Housing and
Urban Development
Georgia State Office
Office of Fair Housing and Equal
Opportunity
Richard B. Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303-3388
(404) 331-1798 or 331-6512
Fax: (404) 331-1021
TTY: (404) 730-2654
Contact: Fannie L. Chestnut-Hairston,
Director, FHEO Program Operations
and Compliance Center or
Charles E. Stigger, Director,
Program Operations Division

U.S. Department of Housing and
Urban Development
Alabama State Office
Office of Fair Housing and Equal
Opportunity
600 Beacon Parkway West, Suite 300
Birmingham, AL 35209-3144
(205) 290-7630  Fax: (205) 290-7593
TTY: (205) 290-7624
Contact: Ralph E. Logan, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
South Carolina State Office
Office of Fair Housing and Equal
Opportunity
Strom Thurmond Federal Building
1835 Assembly Street
Columbia, SC 29201-2480
(803) 765-5936  Fax: (803) 253-3437
TTY: (803) 253-3071
Contact: Milton D. Davenport,
Director, FHEO Program Operations
and Compliance Center

U.S. Department of Housing and
Urban Development
North Carolina State Office
Office of Fair Housing and Equal
Opportunity
Koger Building
2306 West Meadowview Road
Greensboro, NC 27407-3707
(910) 547-4050 Fax: (910) 547-4015
TTY: (910) 547-4055
Contact: Ophelia T. Dargan, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Mississippi State Office
Office of Fair Housing and Equal
Opportunity
Dr. A.H. McCoy Federal Building
100 West Capitol Street
Jackson, MS 39269-1016
(601) 965-4762  Fax: (601) 965-5912
TTY: (601) 965-4171
Contact: Victoria E. Caldwell,
Director, FHEO Program Operations
and Compliance Center

U.S. Department of Housing and
Urban Development
Kentucky State Office
Office of Fair Housing and Equal
Opportunity
601 West Broadway
Post Office Box 1044
Louisville, KY 40201-1044
(502) 582-5250  Fax: (502) 582-6074
TTY: (502) 582-5139
Contact: Sue Darling, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Knoxville Area Office
Office of Fair Housing and Equal
Opportunity
John J. Duncan Federal Building
710 Locust Street, Third Floor
Knoxville, TN 37902-2526
(423) 545-4379  Fax: (423) 545-4569
TTY: (423) 545-4559
Contact: Ernest Fulton, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Jacksonville Area Office
Office of Fair Housing and Equal
Opportunity
Southern Bell Tower
301 West Bay Street, Suite 2200
Jacksonville, FL 32202-5121
(904) 232-1241  Fax: (904) 232-1721
TTY:(904) 232-1241
Contact: Gloria A. Rubio, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Florida State Office
Office of Fair Housing and Equal
Opportunity
Gables 1 Tower
1320 South Dixie Highway
Coral Gables, FL 33146-2926
(305) 662-4549  Fax: (305) 662-4519
TTY: (305) 662-4511
Contact: Candace M. Tapscott,
Supervisory Equal Opportunity Specialist

U.S. Department of Housing and
Urban Development
Caribbean Office
Office of Fair Housing and Equal
Opportunity
San Juan Office Building
159 Carlos E. Chardon Avenue
San Juan, PR 00918-1804
(787) 766-5825  Fax: (787) 766-5995
TTY: (787) 766-5909
Contact: Juan Walker Alvarez,
Director, FHEO Program Operations
and Compliance Center

*Midwest Field Offices:*

U.S. Department of Housing and
Urban Development
Illinois State Office
Office of Fair Housing and Equal
Opportunity
Ralph H. Metcalfe Federal Building
77 West Jackson Blvd.
Chicago, IL 60604-3507
(312) 353-8259 or 353- 7477
Fax: (312) 353-2837
TTY: (312) 353-5944
Contact: Maurice J. McGough, Director,
FHEO Program Operations and
Compliance Center or
Mary Wilkerson, Director, Program
Operations Division

U.S. Department of Housing and
Urban Development
Ohio State Office
Office of Fair Housing and Equal
Opportunity
200 North High Street
Columbus, OH 43215-2499
(614) 469-6694  Fax: (614) 469-2432
TTY: (614) 469-5518
Contact: Carolyn Murphy, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Michigan State Office
Office of Fair Housing and Equal
Opportunity
Patrick V. McNamara Federal Building
477 Michigan Avenue
Detroit, MI 48226-2592
(313) 226-6898  Fax: (313) 226-5611
TTY: (313) 226-6899
Contact: Wendell H. Holmes, Director,
FHEO Program Operations and
Compliance Center

**Appendix 348**

U.S. Department of Housing and
Urban Development
Indiana State Office
Office of Fair Housing and Equal
Opportunity
151 North Delaware Street
Indianapolis, IN 46204-2526
(317) 226-6951  Fax: (317) 226-6317
TTY: (317) 226-6309
Contact: Gretta J. Ellis, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Wisconsin State Office
Office of Fair Housing and Equal
Opportunity
Henry S. Reuss Federal Plaza
310 West Wisconsin Avenue, Suite 1380
Milwaukee, WI 53203-2289
(414) 297-3123  Fax: (414) 297-3947
TTY: (414) 297-3123
Contact: Mildred L. Harpole, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Minnesota State Office
Office of Fair Housing and Equal
Opportunity
220 Second Street, South
Minneapolis, MN 55401-2195
(612) 370-3185  Fax: (612) 370-3046
TTY: (612) 370-3186
Contact: Jaime Pedraza, Director,
FHEO Program Operations and
Compliance Center

*Southwest Field Offices:*

U.S. Department of Housing and
Urban Development
Texas State Office
Office of Fair Housing and Equal
Opportunity
1600 Throckmorton Street
P.O. Box 2905
Fort Worth, TX 76113-2905
(817) 885-5491 or 885-5837
Fax: (817) 885-6022
TTY: (817) 885-5447
Contact: Lorraine Franklin-Stell, Director,
FHEO Program Operations and
Compliance Center or
Jamie K. Jamison, Director, Program
Operations Division

U.S. Department of Housing and
Urban Development
San Antonio Area Office
Office of Fair Housing and Equal
Opportunity
Washington Square
800 Dolorosa Street
San Antonio, TX 78207-4563
(210) 472-6885  Fax: (210) 229-6753
TTY: (210) 229-6885
Contact: Santos S. Villarreal
Director, FHEO Program Operations
and Compliance Center

U.S. Department of Housing and
Urban Development
Houston Area Office
Office of Fair Housing and Equal
Opportunity
Norfolk Tower
2211 Norfolk, Suite 200
Houston, TX 77098-4096
(713) 313-2274, Ext 7117
Fax: (713) 313-2305
TTY: (713) 834-3274
Contact: J. Sue Tarver, Equal
Opportunity Specialist

**Appendix 349**

U.S. Department of Housing and
Urban Development
Arkansas State Office
Office of Fair Housing and Equal
Opportunity
TCBY Tower
425 West Capitol Avenue, Suite 900
Little Rock, AR 72201-3488
(501) 324-6296  Fax: (501) 324-5900
TTY: (501) 324-5931
Contact: Richard L. Young, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Louisiana State Office
Office of Fair Housing and Equal
Opportunity
Hale Boggs Federal Building
501 Magazine Street, 9th Floor
New Orleans, LA 70130-3099
(504) 589-7219 Fax: (504) 589-2917
TTY: (504) 589-7279
Contact: Bernadette Tyus, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Oklahoma State Office
Office of Fair Housing and Equal
Opportunity
500 West Main Street, Suite 400
Oklahoma City, OK 73102-2233
(405) 553-7435 Fax: (405) 553-7504
TTY: (405) 553-4891
Contact: Joyce Clower, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
New Mexico State Office
Office of Fair Housing and Equal
Opportunity
625 Truman Street, NE
Albuquerque, NM 87110-6472
(505) 262-6463  Fax: (505) 262-6604
TTY: (505) 262-6463
Contact: R. Jon Roybal, Director,
FHEO Program Operations and
Compliance Center

*Great Plains Field Offices:*

U.S. Department of Housing and
Urban Development
Kansas/Missouri State Office
Office of Fair Housing and Equal
Opportunity
Gateway Tower II
400 State Avenue
Kansas City, KS 66101-2406
(913) 551-6958  Fax: (913) 551-6856
TTY: (913) 551-6972
Contact: Jacqueline D. Tomlin, Acting
Director, FHEO Program Operations
and Compliance Center

U.S. Department of Housing and
Urban Development
Iowa State Office
Office of Fair Housing and Equal
Opportunity
Federal Building
210 Walnut Street, Room 239
Des Moines, IA 50309-2155
(515) 284-4706  Fax: (515) 284-6657
TTY: (515) 284-4728
Contact: Cynthia Ferrell, Equal
Opportunity Specialist

U.S. Department of Housing and
Urban Development
Nebraska State Office
Office of Fair Housing and Equal
Opportunity
Executive Tower Centre
10909 Mill Valley Road
Omaha, NE 68154-3955
(402) 492-3109  Fax: (402) 492-3150
TTY: (402) 492-3183
Contact: Betty J. Bottiger,
Director, FHEO Program Operations
and Compliance Center

U.S. Department of Housing and
Urban Development
St. Louis Area Office
Office of Fair Housing and Equal
Opportunity
Robert A. Young Federal Building
1222 Spruce Street, Third Floor
St. Louis, MO 63103-2836
(314) 539-6327  Fax: (314) 539-6575
TTY: (314) 539-6331
Contact: Roy E. Pierce, Director,
FHEO Program Operations and
Compliance Center

*Rocky Mountains Field Office:*

U.S. Department of Housing and
Urban Development
Colorado State Office
Office of Fair Housing and Equal
Opportunity
First Interstate Tower North
633 17th Street
Denver, CO 80202-3607
(303) 672-5430  Fax: (303) 672-5026
TTY: (303) 672-5248
Contact: Patricio B. Gonzales, Acting
Director, FHEO Program Operations
and Compliance Center or
Sheila H. Maddox, Director, Program
Operations Division

*Pacific/Hawaii Field Offices:*

U.S. Department of Housing and
Urban Development
California State Office
Office of Fair Housing and Equal
Opportunity
Phillip Burton Federal Building and
U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36003
San Francisco, CA 94102-3448
(415) 436-6500  Fax: (415) 436-6418
TTY: (415) 436-6564
Contact: Harold Redic, Director,
FHEO Program Operations and
Compliance Center or
Paul Berg, Director, Program
Operations Division

U.S. Department of Housing and
Urban Development
Los Angeles Area Office
Office of Fair Housing and Equal
Opportunity
1615 West Olympic Boulevard
Los Angeles, CA 90015-3801
(213) 251-7114  Fax: (213) 251-7085
TTY: (213) 251-7038
Contact: Thomas F. Honore, Director,
FHEO Program Operations and
Compliance Center

U.S. Department of Housing and
Urban Development
Sacramento Area Office
Office of Fair Housing and Equal
Opportunity
777 12th Street, Suite 200
Sacramento, CA 95814-1997
(916) 498-5220  Fax: (916) 498-5248
TTY: (916) 498-5220
Contact: David M. Philipson, Equal
Opportunity Specialist

*Additional Resources*

U.S. Department of Housing and
Urban Development
Hawaii State Office
Seven Waterfront Plaza
Office of Fair Housing and Equal
Opportunity
500 Ala Moana Boulevard, Suite 500
Honolulu, HI 96813-4918
(808) 522-8182  Fax: (808) 522-8194
TTY: (808) 522-8193
Contact: Helen M. Narahara, Equal
Opportunity Specialist

### *Northwest/Alaska Field Offce:*

U.S. Department of Housing and
Urban Development
Washington State Office
Office of Fair Housing and Equal
Opportunity
Seattle Federal Office Building
909 First Avenue, Suite 200
Seattle, WA 98104-1000
(206) 220-5183  Fax: (206) 220-5447
TTY: (206) 220-5185
Contact: Saundra J. Pavolka, Acting
Director, FHEO Program Operations
and Compliance Center

### *Public*

Fair Housing Information Clearinghouse
P.O. Box 9146
McLean, VA 22102
(800) 343-3442  TTY: (800) 290-1617
Contact: Nina Corin, Project Director

U.S. Department of Housing and Urban
Development
Office of Administrative Law Judges
409 Third Street, SW, Suite 320
Washington, DC 20024
(202) 708-5004  Fax: (202) 708-5014

U.S. Department of Justice
Civil Rights Division
Housing and Civil Enforcement Section
P.O. Box 65998
Washington, DC 20035-5998
(202) 514-4713  Fax: (202) 514-1116

U.S. Commission on Civil Rights
National Clearinghouse Library
624 Ninth Street, NW
Washington, DC 20425
(202) 376-8110  Fax: (202) 376-7597

### *Private*

American Civil Liberties Union
132 West 43rd Street
New York, NY 10036
(212) 944-9800
Contact: Ira Glasser, Director

Association Community Organizations for
Reform Now (ACORN)
739 Eighth Street, SE
Washington, DC 20003
(202) 547-9292  Fax: (202) 546-2483
Contact: Melanie Marcus, Director

Association of Real Estate License Law
Officials (ARELLO)
563 West 500 South, Suite 100
Bountiful, UT 84010 or
P. O. Box 129
Centerville, UT 84014-0129
(801) 298-5572  Fax: (801) 298-5576
Contact: Stephen J. Francis, Executive Vice
President

Bazelon Center for Mental Health Law
(formerly: Mental Health Law Project
(MHLP))
1101 15th Street, NW, Suite 1212
Washington, DC 20005
(202) 467-5730  Fax: (202) 223-0409
TTY: (202) 467-4232
Contact: Leonard Rubenstein, Executive
Director

Center for Law and Social Justice
1473 Fulton Street
Brooklyn, NY 11216-2597
(718) 953-8400  Fax: (718) 467-1399
Contact: Esmerelda Simmons, Executive
Director

Center for Policy Alternatives
1875 Connecticut Ave., NW, Suite 710
Washington, DC 20009
(202) 387-6030  Fax: (202) 986-2539
Contact: Linda Tarr-Whelan, Director
Robert Stumberg, Program Manager

Children's Defense Fund
25 E Street, NW
Washington, DC 20001
(202) 628-8787  Fax: (202) 662-3550
Contact: Marian Wright Edelman, President

Disability Rights and Education Fund
2212 Sixth Street
Berkeley, CA 94710
(510) 644-2555  Fax: (510) 841-8645
Contact: Mary Lou Breslin, President

Fair Housing Institute
11838 Rock Landing Drive, Suite 140
Newport News, VA 23606
(804) 873-2240  Fax: (804) 873-0798
Contact: Charles B. Turner, Chairman of
Board

Lawyers Committee for Civil Rights
1450 G Street, NW, Suite 400
Washington, DC 20005
(202) 662-8600  Fax: (202) 783-0857
Contact: Barbara R. Arnwine, Executive
Director

Leadership Conference on Civil Rights
1629 K Street, NW, Suite 1010
Washington, DC 20006
(202) 466-3311  Fax: (202) 466-3435
Contact: Richard Womack, Acting Executive
Director

Legal Services Corporation
750 First Street, NE
Washington, DC 20002
(202) 336-8800  Fax: (202) 336-8959
Contact: Alexander Forger, President

National American Indian Housing Council
900 Second Street, NE, Suite 220
Washington, DC 20002
(202) 789-1754 or (800) 284-9165
Fax: (202) 789-1758
Contact: Ruth Jaure, Executive Director

National Apartment Association (NAA)
1111 14th Street, NW, Suite 900
Washington, DC 20005
(202) 842-4050  Fax: (202) 842-4056
Contact: Peter Schwartz, Executive Vice
President

National Association for the Advancement of
Colored People (NAACP)—National Office of
Housing and Education Division
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 358-8900  Fax: (410) 764-7357
Contact: Kweisi Mfume, President

NAACP Legal Defense Fund
99 Hudson Street, Suite 1600
New York, NY 10013
(212) 219-1900 Fax: (212) 226-7592
Contact: Elaine Jones, Executive Director

National Association of Home Builders
(NAHB)
1201 15th Street, NW
Washington, DC 20005
(202) 822-0200 Fax: (202) 822-0559
Contact: James R. Irvine, President

National Association of Protection and
Advocacy Systems (NAPAS)
900 Second Street, NE, Suite 211
Washington, DC 20002
(202) 408-9514 TTY: (202) 408-9521
Fax: (202) 408-9520
Contact: Curt Ducker, Executive Director

National Association of Real Estate Brokers
(NAREB)
1629 K Street, NW, Suite 602
Washington, DC 20006
(202) 785-4477 Fax: (202) 785-1244
Contact: Fred Blair, President

National Association of Realtors (NAR)
700 11th Street, NW
Washington, DC 20001
(202) 383-1000 Fax: (202) 383-7540
Contact: Fred Underwood, Staff Vice President
for Equal Opportunity

National Center for Youth Law
114 Sansome Street, Suite 900
San Francisco, CA 94104
(415) 543-3307 Fax: (415) 956-9024
Contact: John O'Toole, Director

National Community Development
Association
522 21st Street, NW, Suite 120
Washington, DC 20006
(202) 293-7587 Fax: (202) 887-5546
Contact: Dianne Taylor, Director

National Community Reinvestment Coalition
(NCRC)
1875 Connecticut Ave., NW, Suite 1010
Washington, DC 20009
(202) 986-7898 Fax: (202) 986-7475
Contact: John Taylor, President and CEO

National Congress of American Indians
(NCAI)
Second Floor
2010 Massachusetts Avenue, NW
Washington, DC 20036
(202) 466-7767 Fax: (202) 466-7797
Contact: JoAnne Chase, Executive Director

National Council of La Raza (NCLR)
1111 19th Street, NW, Suite 1000
Washington, DC 20036
(202) 785-1670 Fax: (202) 785-0851
Contact: Raul Yzaguirre, President and CEO

National Fair Housing Alliance (NFHA)
1212 New York Avenue, NW, Fifth Floor
Washington, DC 20005
(202) 898-1661 Fax: (202) 371-9744
Contact: Shanna Smith, Executive Director

National Housing Law Project
2201 Broadway, Suite 815
Oakland, CA 94612
(510) 251-9400 Fax: (510) 251-0600
Contact: Manual Romero, Executive Director

National Neighbors, Inc.
733 15th Street, NW, Suite 540
Washington, DC 20005
(202) 628-8899  Fax: (202) 628-9800
Contact: Edythe Hall, Executive Director

National Urban League
500 East 62nd Street
New York, NY 10021
(212) 310-9000  Fax: (212) 593-8250
Contact: Hugh Price, President

Paralyzed Veterans of America
801 18th Street, NW
Washington, DC 20006
(202) 872-1300  Fax: (202) 785-4450
Contact: Gordon H. Mansfield, Executive
Director

## Resources Available from the Agencies Listed Above

Bazelon Center for Mental Health Law
(formerly MHLP)
*Index of Resource Materials on Fair
Housing for People with Disabilities; What
Does Fair Housing Mean to People With
Disabilities: A Guide for Advocates,
Consumers, and Landlords.* Publications
Guide.

Children's Defense Fund (with translated
version by National Council of La Raza),
*Your Family's Rights Under the New Fair
Housing Law; Los Derechos de su Familia
bajo la Nueva Ley de Igualdad en va
Vivienda.*

National Association of Protection and
Advocacy Systems (NAPAS), *The Right of
Persons with Disabilities to be Free from
Discrimination in Housing Pursuant to the
Federal Fair Housing Law and other
Federal Statutes.*

National Council of La Raza, Publications
Guide.

National Fair Housing Alliance (NFHA)
annual fair housing conferences (June) and
accompanying materials.

National Neighbors, Inc. *Fair Housing
Resource Directory*—compendium of
various fair housing groups, public and
private, throughout the country, 1994.

Paralyzed Veterans of America: *Fair
Housing: How to Make the Law Work for
You.*

## Resources Available from HUD USER at 1-800-245-2691

*Directory of Information Resources in
Housing and Urban Development* contains
information on 150 housing and urban
development organizations that are national
in scope; descriptions of 54 online databases
and contact information for all entries.
$25.00.

*Not In My Back Yard: Removing Barriers to
Affordable Housing* presents 31
recommendations for Federal, State, and
local government action and for initiatives
by local groups and citizens. $3.00.

*Removing Barriers to Affordable Housing:
How States and Localities Are Moving
Ahead* explores initiatives by states and local
communities to improve the regulatory
climate for affordable housing. The
initiatives address regulatory impediments in
all parts of the country; reflect different
needs and conditions; and involve
legislative, judicial, and administrative
changes that promise to make a long-term
impact. $4.00.

*Regulatory Barriers to Affordable Housing: A Resource Guide* includes selections from materials reviewed by the Commission on Regulatory Barriers, established by former HUD Secretary Jack Kemp in 1990. The Guide includes information on resource organizations and a list of documents that include HUD/National Association of Home Builders case studies of affordable housing demonstrations.

*Creating a Local Advisory Commission on Regulatory Barriers to Affordable Housing* provides guidance to local officials on establishing an advisory commission to explore how the local regulatory environment impacts housing costs.

Housing Discrimination Study, *Incidence and Severity of Unfavorable Treatment.* November, 1991 HUD-1327-PDR.

Housing Discrimination Study, *Analyzing Racial and Ethnic Steering.* November, 1991. HUD-1325-PDR(1).

*Housing Discrimination Study, Mapping Patterns of Steering for Five Metropolitan Areas.* HUD-1328-PDR(1).

*Housing Discrimination Study, Methodology and Data Documentation.* HUD-1330-PDR(1).

Cities in which Audits Were Conducted Atlanta, Georgia; Austin, Texas; Bergen County, New Jersey; Birmingham, Alabama; Chicago, Illinois; Cincinnati, Ohio; Dayton, Ohio; Denver, Colorado; Detroit, Michigan; Houston, Texas; Lansing, Michigan; Los Angeles, California; Macon, Georgia; Miami, Florida; New Orleans, Louisiana;

New York, New York; Orlando, Florida; Philadelphia, Pennsylvania; Phoenix, Arizona; Pittsburgh, Pennsylvania; Pueblo, Colorado; San Antonio, Texas; San Diego, California; Tucson, Arizona; Washington, DC

U.S. Department of Housing and Urban Development. *Regional Housing Opportunities for Lower-Income Households, An Analysis of Affordable Housing and Regional Mobility Strategies.* March 1994.

HMDA-Related Reports

Fannie Mae Office of Research, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2899. Carr, James H. and Megbolugbe, Isaac F. *The Federal Reserve Bank of Boston Study on Mortgage Lending Revisited.* HPO68UO2/94.

Munnell, Alicia H., Browne, Lynne E., McEneaney, James, and Tootell, Geoffrey. 1992. *Mortgage Lending in Boston: Interpreting HMDA Data.* Working Paper. Federal Reserve Bank of Boston.

The Federal Home Loan Mortgage Corporation. 1993. T*he Underwriting Guidelines of the Federal Home Mortgage Corporation.* Report to the Secretary of the Department of HUD, the Committee on Banking, Finance, and Urban Affairs, United States House of Representatives, and the Committee on Banking, Housing, and Urban Affairs, United States Senate.

Fannie Mae. 1993. *Underwriting Low- and Moderate-Income Borrowers, Building on the Basics.* CTO63L12/93. Available from Customer Education Group, 3900 Wisconsin Avenue, NW, Washington, DC 20016-2899.

Fannie Mae. 1993. *Report of Fannie Mae on Underwriting Guidelines to the Secretary of Housing and Urban Development, the House Committee on Banking, Finance, and Urban Affairs, and the Senate Committee on Banking, Housing, and Urban Affairs Pursuant to P.L. 102-550 Section 1354.*

## Additional Resources

Disability Law Center and Massachusetts Housing Finance Agency, *A Handbook on the Rights and Responsibilities of Tenants with Certain Disabilities: Mental Illness, Alcohol or Drug Addiction, and HIV/AIDS.* Debbie Pilch.

Disability Law Center and Massachusetts Housing Finance Agency, A Handbook on the Legal Obligations and Rights of Public and Assisted Housing Providers under Federal and State Fair Housing Law for Applicants and Tenants with Disabilities. Debbie Pilch.

Fair Housing—Fair Lending
Prentice Hall Law and Business
270 Sylvan Avenue
Englewood Cliffs, NJ 07632
Looseleaf reporting service.

Homebuilders Bookstore Catalog
National Association of Home Builders
(800) 223-2665
*Fair Housing Design Guide for Accessibility and Fair Housing Compliance* (under revision as of 9/94).

Kushner, James A. 1992, "Federal Enforcement and Judicial Review of the Fair Housing Amendments Act of 1988." *Housing Policy Debate*, 3(2); 537–99.

National Association of Realtors
Product and Services Catalog (free)
(800) 874-6500 or fax (312) 329-8835
Listing includes variety of Fair Housing manuals, training materials, and products available to realtors. Also available to non-members. Some fees vary based on membership status.

Relman, John, *Housing Discrimination Practice Manual*, from Clark Boardman Callahan, 155 Pfingsten Road, Deerfield, IL 60015-4998; (800) 221-9428.

Schwemm, Robert G., *Housing Discrimination* from Clark Boardman Callaghan, 155 Pfingsten Road, Deerfield, IL 60015-4998; (800)221-9428.

Teaching Tolerance. A Publication of the Southern Poverty Law Center, 400 Washington Street, Montgomery, AL 36104. Free semiannual journal for teachers promoting intercultural understanding in the classroom.
(334) 264-0286; Fax: (334) 264-3121.

U.S. Department of Housing and Urban Development's Fair Housing and Information Clearinghouse. *Fair Housing Amendments Act of 1988: A Selected Resource Guide.* Description of a variety of fair housing resources.

U.S. Department of Housing and Urban Development's Fair Housing Information Clearinghouse. *Fair Housing Catalog: Materials Developed With Funds Provided by HUD's Office of Fair Housing and Equal Opportunity.* Descriptions include education and outreach, public service announcements, research and reference studies, housing finance and insurance, enforcement, and conference and meeting materials.

## List of Persons/Agencies with Contributions Noted in the Guide

Due to the evolving status of this field, some references listed may have moved or ceased to exist. References have been updated to the extent information was available. For unknown CHRBs, it may help to contact the area's Realtor Board.

Akron/Summit County CHRB
See: Fair Housing Contact Service

American Planning Association
Planners Training Service
122 South Michigan Avenue
Chicago, IL 60603
(312) 431-9100  Fax: (312) 431-9985
Contact: Carolyn Torma, Education Manager

Arizona Multihousing Association (AMA)
2400 East Arizona
Biltmore Circle, Suite 1200
Phoenix, AZ 85016
(602) 624-3707 Fax: (602) 224-0657
Contact: Suzanne Gilstrap, Executive Director

Arrow Publishing Company
P.O. Box 1287
Pembroke, NC 28372
(919) 521-0840
Contact: Dr. Reginald Oxendine

Bazelon Center for Mental Health Law
(formerly: Mental Health Law Project
(MHLP))
1101 15th Street, NW, Suite 1212
Washington, DC 20005
(202) 467-5730  Fax: (202) 223-0409
TTY: (202) 467-4232
Contact:  Leonard Rubenstein, Executive
Director

Boston Housing Authority
52 Chauncy Street
Boston, MA 02111
(617) 451-1250  Fax: (617) 451-3559
Contact: Joseph Feaster, Administrator
William McGonagle, Deputy Administrator

City of Bridgeport Fair Housing Office
45 Lyon Terrace
Bridgeport, CT 06604
(203) 576-8323  Fax: (203) 332-5568
Contact: Joseph Wincze, Jr., Director

Cambridge Community Foundation
and Cambridge Community Services
99 Bishop Allen Drive
Cambridge, MA 02139
(617) 876-5214 or 576-9966
Fax: (617) 876-8187
Contact: Susan Golden, Director

Cambridge Community Housing
Resource Board (Inactive)
Can contact:
City of Cambridge, Community Development
Department
57 Inman Street
Cambridge, MA 02139
(617) 349-4600  Fax: (617) 349-4669
Contact: Betty Hepner, Planner

Cambridge-Somerville Cooperative Apartment
Project
See: CASCAP, Inc.

Capitol Region Council of Governments
221 Main Street
Hartford, CT 06106
(203) 522-2217  Fax: (203) 724-1274
Contact: Mary Ellen Kowalewski, Director,
Community Development

CASCAP, Inc.
(formerly: Cambridge-Somerville Cooperative
Apartment Project)
678 Massachusetts Avenue, 10th Floor
Cambridge, MA 02139
(617) 492-5559  Fax: (617) 492-6928
Contact: Michael Haran, Executive Director

Catholic Charities
49 Franklin Street
Boston, MA 02110
(617) 482-5440  Fax: (617) 451-0337
Contact: Dr. Joseph Doolin, Executive
Director

Center for Integrated Living of
Metropolitan Milwaukee Fair Housing Council
See: Metropolitan Milwaukee Fair Housing
Council

Center for Policy Alternatives
1875 Connecticut Ave., NW, Suite 710
Washington, DC 20009
(202) 387-6030  Fax: (202) 986-2539
Contact: Linda Tarr-Whelan, Director
Robert Stumberg, Program Manager

Chicago Area Fair Housing Alliance
P.O. Box 43142
Chicago, IL 60643-0142
(312) 332-5310
Contact: Sharon Caddigan, President

CHRB of Lake Charles, LA, Inc.
McNeese State University
P.O. Box 90670
Lake Charles, LA 70609
(318) 475-5920
Contact: Theda Ambrose

CHRB of Marin County
88 Belvedere Street, Suite A-1
San Rafael, CA 94901
(415) 457-2390  Fax: (415) 457-6382
Contact: Nancy Kenyon, Chairperson

CHRB of San Diego County
c/o Chicano Federation
610 22nd Street
San Diego, CA 92024
(619) 236-1228  Fax: (619) 236-8964
Contact: Pamela Johannsen, Chairperson

Cobb County CDBG Program
(Cobb County CHRB-Inactive)
120 Marietta Station
Marietta, GA 30060
(770) 528-4600  Fax: (770) 528-4613
Contact: John Newton, Grant Administrator

Community Human Relations Board, Inc.
(formerly: Delaware County, PA CHRB)
280 North Providence Road
Media, PA 19063
(610) 565-7711  Fax: (610) 891-1276
Contact: Matthew Crowe, Executive Director

Connecticut Housing Coalition
30 Jordan Lane
Wethersfield, CT 06109
(203) 563-2943  Fax: (203) 529-5176
Contact: Jeff Freiser

Contra Costa County Housing Authority
P.O. Box 2759
Martinez, CA 94553
(510) 372-0791  Fax: (510) 372-0236
Contact: Richard Martinez, Executive Director

The Cuyahoga Plan of Ohio, Inc.
Caxton Building
812 Huron Road, Suite 750
Cleveland, OH 44115-1602
(216) 621-4525  Fax: (216) 621-5171
Contact: Michael D. Roche, President-
Executive Director

*Additional Resources*

Dallas Housing Authority
3939 Northampton Road
Dallas, TX 75212
(214) 951-8300  Fax: (214) 951-8800
Contact: Alphonso Jackson, Director

DeKalb County, GA CHRB (Inactive)
Can contact:
DeKalb Board of Realtors,
1414 Montreal Road
Tucker, GA 30084
(404) 493-6100
Contact: Carolyn Ebert, Executive Vice
President

Delaware Community Reinvestment Action
Council
601 North Church Street
Wilmington, DE 19801
(302) 654-5024  Fax: (302) 654-5046
Contact: Rashmi Rengan, Executive Director

Delaware County, PA CHRB, See: Community
Human Relations Board, Inc.

Delaware Housing Coalition
P.O. Box 1633
20 East Division
Dover, DE 19903
(302) 678-2286  Fax: (302) 678-8645
Contact: Kym Fisher

Evanston Neighborhood Conference
1129 Florence Avenue
Evanston, IL 60202
(708) 475-0858  Fax: (708) 475-0879
Contact: Karen Chavers, Director

Fairfax County Department of Housing and
Community Development
(Program of Peace Child Foundation of
Fairfax, VA)
3700 Pender Drive, Suite 300
Fairfax, VA 22030
(703) 246-5010  Fax: (703) 246-5115
Contact: Walter Webdale, Director

Fairfax-Falls Church United Way
8391 Old Chain Bridge Road, Suite 160
Vienna, VA 22182
(703) 847-0400  Fax: (703) 847-4754
Contact: Hilary Binder-Aziles, Associate
Director for Planning

Fair Housing Center of Toledo
2116 Madison Avenue
Toledo, OH 43624-1311
(419) 243-6163  Fax: (419) 243-3536
Contact: Lisa Rice-Coleman, Director

Fair Housing Congress of Southern California
3731 Wilshire Blvd., Suite 635
Los Angeles, CA 90020
(213) 365-7184  Fax: (213) 365-7187
Contact: Marva Bush, Executive Director

Fair Housing Contact Service
(formerly: Akron/Summit County CHRB)
333 South Main Street
Akron, OH 44308
(216) 376-6191  Fax: (216) 376-8391
Contact: Lynn Clark, Executive Director

Fair Housing Council of San Diego (FHCSD)
(formerly: San Diego Regional Housing Task
Force)
625 Broadway, Suite 1114
San Diego, CA 92101
(619) 699-5888  Fax: (619) 699-5885
Contact: Mary Scott Knoll, Executive Director

Fair Housing Information Clearinghouse
P.O. Box 9146
McLean VA 22102
(800) 343-3442  TTY: (800) 290-1617
Contact: Nina Corin, Project Director

Fair Housing Partnership of Greater
Pittsburgh (FHP)
(formerly: Greater Pittsburgh CHRB)
120 East Ninth Avenue
Homestead, PA 15222
(412) 391-2535  Fax: (412) 391-2647
Contact: Donna Chernoff, Executive Director

Fall River, MA CHRB
111 Durfee Street
Fall River, MA 02720
P.O. Box 510
Fall River, MA 02722
(508) 677-2220  Fax: (508) 679-8068
Contact: Robert Landry, Chairperson

Freedman, Abby
c/o Somerville Community Access Television
90 Union Square
Somerville, MA 02143
(617) 628-8826

Great Falls CHRB
P.O. Box 334
Great Falls, MT 59403-0334
(406) 731-4934  Fax: (406) 731-4627
Contact: Mary Hammer, Chairperson

Greater Boston Real Estate Board (GBREB)
101 Federal Street
Wellesley, MA 02110
(617) 345-0070  Fax: (617) 345-9320
Contact: Michael Whalen, Executive Vice
President

Greater Lawrence, MA CHRB (Inactive)
Can contact:
Massachusetts Housing Finance Agency
One Beacon Street
Boston, MA 02108
(617) 854-1372  Fax: (617) 451-0859
Contact: Brenda McKinley, Former
Consultant to Greater Lawrence CHRB

Greater Minneapolis CHRB (Inactive)
Can contact:
Hennepin County
10709 Wayzata Blvd., Suite 260
Minnetonka, MN 55305
(612) 541-7084  Fax: (612) 541-7090
Contact: Mark Hendrickson, Senior Planner

Greater Ogden Area Association of Realtors
(formerly: Ogden Board of Realtors)
2748 Adams Avenue
Ogden, UT 84403
(801) 399-9273  Fax: (801) 399-9276
Contact: Joan Moore, Executive Director

Greater Pittsburgh CHRB
See: Fair Housing Partnership of Greater
Pittsburgh

Greater Washington Area CHRB (Inactive)
Can contact:
Washington County Redevelopment Authority
603 Courthouse Square
Washington, PA 15301
(412) 228-6875  Fax: (412) 288-6829
Contact: Joan Griffin, Rehabilitation Director

Greeley, CO CHRB (Inactive)
Can contact:
Greeley Civic Center
Greeley, CO 80631
(907) 350-9380
Contact: Terri McKellar, Planner 1

Greene, Zina
3133 Connecticut Avenue, NW
Washington, DC 20008
(202) 332-3010

Fair Housing Partnership of Greater
Pittsburgh (FHP)
(formerly: Greater Pittsburgh CHRB)
120 East Ninth Avenue
Homestead, PA 15222
(412) 391-2535  Fax: (412) 391-2647
Contact: Donna Chernoff, Executive Director

Fall River, MA CHRB
111 Durfee Street
Fall River, MA 02720
P.O. Box 510
Fall River, MA 02722
(508) 677-2220  Fax: (508) 679-8068
Contact: Robert Landry, Chairperson

Freedman, Abby
c/o Somerville Community Access Television
90 Union Square
Somerville, MA 02143
(617) 628-8826

Great Falls CHRB
P.O. Box 334
Great Falls, MT 59403-0334
(406) 731-4934  Fax: (406) 731-4627
Contact: Mary Hammer, Chairperson

Greater Boston Real Estate Board (GBREB)
101 Federal Street
Wellesley, MA 02110
(617) 345-0070  Fax: (617) 345-9320
Contact: Michael Whalen, Executive Vice
President

Greater Lawrence, MA CHRB (Inactive)
Can contact:
Massachusetts Housing Finance Agency
One Beacon Street
Boston, MA 02108
(617) 854-1372  Fax: (617) 451-0859
Contact: Brenda McKinley, Former
Consultant to Greater Lawrence CHRB

Greater Minneapolis CHRB (Inactive)
Can contact:
Hennepin County
10709 Wayzata Blvd., Suite 260
Minnetonka, MN 55305
(612) 541-7084  Fax: (612) 541-7090
Contact: Mark Hendrickson, Senior Planner

Greater Ogden Area Association of Realtors
(formerly: Ogden Board of Realtors)
2748 Adams Avenue
Ogden, UT 84403
(801) 399-9273  Fax: (801) 399-9276
Contact: Joan Moore, Executive Director

Greater Pittsburgh CHRB
See: Fair Housing Partnership of Greater
Pittsburgh

Greater Washington Area CHRB (Inactive)
Can contact:
Washington County Redevelopment Authority
603 Courthouse Square
Washington, PA 15301
(412) 228-6875  Fax: (412) 288-6829
Contact: Joan Griffin, Rehabilitation Director

Greeley, CO CHRB (Inactive)
Can contact:
Greeley Civic Center
Greeley, CO 80631
(907) 350-9380
Contact: Terri McKellar, Planner 1

Greene, Zina
3133 Connecticut Avenue, NW
Washington, DC 20008
(202) 332-3010

Hannah House
612 M Street, NW
Washington, DC 20001
(202) 289-4840  Fax: (202) 289-5425
Contact: Kelly Sweeney, Executive Director

City of Hartford Human Relations Office
550 Main Street
Hartford, CT 06103
(860) 543-8595  Fax: (860) 722-6486
Contact: Kathryn Coffin, Director

Hawaii Civil Rights Commission
888 Mililani Street, Second Floor
Honolulu, HI 96813
(808) 586-8636  Fax: (808) 586-8655
Contact: Linda Tseu, Executive Director

HOPE Fair Housing Center
2100 Manchester Road, Suite 1070
Wheaton, IL 60187
(708) 690-6500  Fax: (708) 690-6866
Contact: Bernard Kleina, Executive Director

Housing Authority of Jefferson County
801 Vine Street
Louisville, KY 40204
(502) 574-1000  Fax: (502) 587-1027
Contact: John Van Ness, Executive Director

Housing Opportunities Made Equal of Greater
Cincinnati (HOME)
2400 Reading Road
Cincinnati, OH 45202
(513) 721-4663  Fax: (513) 721-1642
Contact: Karla Irvine, Executive Director

Interfaith Housing Center of Northern Suburbs
620 Lincoln Avenue
Winnetka, IL 60093
(708) 501-5760  Fax: (708) 501-5722
Contact: Gail Schechter, Executive Director

Knoxville Area Urban League
2416 Magnolia Avenue
Knoxville, TN 37917
(615) 524-5511  Fax: (615) 525-5154
Contact: Rosemary Durant-Giles, Executive
Director

Knoxville Department of Community
Development
400 Main Avenue
Knoxville, TN 37902 or
P.O. Box 1631
Knoxville, TN 37901
(423) 521-2120  Fax: (423) 595-2962
Contact: J. Laurens Tullock, Director

Leadership Council for Metropolitan Open
Communities
Gautreaux Program
401 South State Street
Chicago, IL 60605
(312) 341-5678  Fax: (312) 341-1958
Contact: Aurie Pennick, President

Leadership Council for Metropolitan Open
Communities
401 South State Street
Chicago, IL 60605
(312) 341-5678  Fax: (312) 341-1958
Contact: Aurie Pennick, President
Kenneth Alles, Project Director

Marin Housing Center
88 Belvedere Street
San Raphael, CA 94901
(415) 457-5025  Fax: (415) 456-9860
Contact: Nancy Kenyon, Director

Massachusetts Association of Realtors
256 Second Avenue
Waltham, MA 02154
(617) 890-3700  Fax: (617) 890-4919
Contact: Robert Nash, Executive Vice
President

Massachusetts Housing Finance Agency
(MHFA)
One Beacon Street
Boston, MA 02108
(617) 854-1000 Fax: (617) 451-0859
Contact: Wilson Henderson, Director

Mental Health Law Project (MHLP)
See: Bazelon Center for Mental Health Law
MESA-CHRB (Multi-Ethnic Support
Association) (Inactive)
Can contact:
Grand Forks Board Of Realtors
2508 South Washington
Grand Forks, ND 58201
(701) 775-4231 Fax: (701) 795-9435
Contact: Jerry Tuchscherer, Executive Officer

Metrolist
Boston Fair Housing Commission
Boston City Hall, Room 966
Boston, MA 02201
(617) 635-3321 Fax: (617) 635-3290
Contact: Marlena Richardson, Program
Director

Metropolitan CHRB of Minneapolis, MN
See: Greater Minneapolis CHRB (Inactive)

Metropolitan Milwaukee Fair Housing Council
(formerly: Center for Integrated Living of
Metropolitan Milwaukee Fair Housing)
600 East Mason, Suite 200
Milwaukee, WI 53202
(414) 278-1240 Fax: (414) 278-8033
Contact: William Tisdale, Executive Director

Minneapolis Area Association of Realtors
5750 Lincoln Drive
Minneapolis, MN 55436
(612) 933-9020 Fax: (612) 933-9021 Contact:
Lee Doucette, Executive Vice President

Minneapolis Department of Civil Rights
City Hall, Room 239
Minneapolis, MN 55415
(612) 673-3012 Fax: (612) 673-2599
Contact: Kenneth White, Executive Director

Monmouth County Fair Housing Board
Hall of Records Annex
1 East Main Street
Freehold, NJ 07728
(908) 431-7490 Fax: (908) 308-2995
Contact: Jessie Galloway, Fair Housing Officer

Montgomery County Department of Housing
and Community Development, Division of
Housing-Moderately Priced Housing Office
51 Monroe Street
Rockville, MD 20850
(301) 217-3706 Fax: (301) 217-3709
Contact: Eric Larsen, MPDU Coordinator

Montgomery County Human Relations
Commission
164 Rollins Avenue
Rockville, MD 20852
(301) 468-4260 Fax: (301) 468-4130
Contact: Odessa Shannon, Director

Multifamily Housing Council of Oregon
545 Union Street, NE
Salem, OR 97301
(503) 378-1912 Fax: (503) 378-0574
or: 9498 SW Barbur Blvd., Suite 302
Portland, OR 97219
(503) 245-1721
Contact: Emily Cedarleaf, Executive Director

National Association of Home Builders
(NAHB)
1201 15th Street, NW
Washington, DC 20005
(202) 822-0200  Fax: (202) 822-0559
Contact: James R. Irvine, President

National Association of Real Estate Brokers
(NAREB)
1629 K Street, NW, Suite 602
Washington, DC 20006
(202) 785-4477  Fax: (202) 785-1244
Contact: Fred Blair, President

National Association of Realtors (NAR)
700 11th Street, NW
Washington, DC 20001
(202) 383-1000  Fax: (202) 383-7540
Contact: Fred Underwood, Staff Vice President
for Equal Opportunity

National Council of La Raza (NCLR)
1111 19th Street, NW, Suite 1000
Washington, DC 20036
(202) 785-1670  Fax: (202) 785-0851
Contact: Raul Yzaguirre, President and CEO

National Fair Housing Alliance (NFHA)
1212 New York Ave., NW, Fifth Floor
Washington, DC 20005
(202) 898-1661  Fax: (202) 371-9744
Contact: Shanna Smith, Executive Director

National Neighbors, Inc.
733 15th Street, NW, Suite 540
Washington, DC 20005
(202) 628-8899  Fax: (202) 628-9800
Contact: Edythe Hall, Executive Director

New Horizons
Salt and Pepper Productions
150 South 600 East, Suite 1A
Salt Lake City, UT 84102
(801) 363-3066  Fax: (801) 363-3067
Contact: James Brown, Executive Director

Northeastern Illinois Planning Commission
222 South Riverside Plaza, Suite 1800
Chicago, IL 60606
(312) 454-0400  Fax: (312) 454-0411
Contact: Phillip Peters, Executive Director

Northern Virginia CHRB
300 Park Avenue
Falls Church, VA 22046
(703) 241-5124 or 241-5079
Fax: (703) 241-5184
Contact: Melodie Baron, Chairperson

Ogden Board of Realtors
See: Greater Ogden Area Association of
Realtors

Ohio Fair Housing Congress
P.O. Box 7050
Columbus, OH 43202
(614) 224-5409
Contact: Carl White, President

Old Pueblo CHRB
See: Southern Arizona Housing Center

City of Orlando Office of Human Relations
400 South Orange Avenue
Orlando, FL 32801
(407) 246-2122  Fax: (407) 236-2308
Contact: Albert Nelson, Director

City of Orlando Housing and Community
Development Department
400 South Orange Avenue
Orlando, FL 32801
(407) 246-2708  Fax: (407) 246-2308
Contact: Lelia Allen, Housing Administrator

Pinellas County Community Development
Department
14 S. Fort Harrison Avenue, Suite 3050
Clearwater, FL 34616
(813) 464-4851  Fax: (813) 464-4140
Contact: Darlene Kaloda, Director

City of Redondo Beach Housing Authority
320 Knob Hill Avenue
Redondo Beach, CA 90277
(310) 372-1171  Fax: (310) 543-1730
Contact: Sue Armstrong, Director.

San Diego Fair Housing Task Force
See: Fair Housing Council of San Diego

City At Peace
Somerville High School
Somerville, MA 02143
(617) 625-6600
Contact: James Crowther, Artistic Director

Somerville Community Corporation
Fair Housing Center
(formerly: Somerville, MA CHRB)
One Summer Street
Somerville, MA 02143
(617) 776-5931  Fax: (617) 776-0724
Contact: Jaqueline Sacks, Director

Somerville, MA CHRB
See: Somerville Community Corporation
Fair Housing Center

Southern Arizona Housing Center
(formerly: Old Pueblo CHRB)
1525 North Oracle Road, Suite 107
Tucson, AZ 85705
(520) 798-1568  Fax: (520) 620-6076
Contact: Charlotte Wade, Executive Director

The Townsend Group
3001 Pleasantree Court
Herndon, VA 22071
(703) 476-4427  Fax: (703) 478-0178
Contact: Ponda Townsend

Woodstock Institute
407 South Dearborn Street, Suite 550
Chicago, IL 60605
(312) 427-8070  Fax: (312) 427-4007
Contact: Malcolm Bush, President

**Appendix 365**



March 1996, Third Printing
HUD-1582B-FHEO





EQUAL HOUSING
OPPORTUNITY