| Site | Total Units | Tax Credit Units | New Construction/Major Rehabilitation | Year Constructed/ Rehabilitated |
|---|---|---|---|---|
| *Lakewest Skilled Nursing Facility* | 132 | NMTC | New Construction | 2010 |
| Mill City | 116 | 87 | New Construction | 2008 |
| Frazier Scattered Sites | 6 | 0 | New Construction | 2008 |
| *Lakewest Senior Village I* | 180 | 180 | New Construction | 2008 |
| *Lakewest Senior Village II* | 180 | 180 | New Construction | 2008 |
| *Hillcrest* | 40 | 0 | New Construction | 2008 |
| Wahoo Frazier | 118 | 95 | New Construction | 2007 |
| *Frazier Fellowship* | 76 | 60 | New Construction | 2006 |
| *Roseland 64 Scattered Sites* | 64 | 0 | New Construction | 2005 |
| *Villa Creek Apartments* | 152 | 0 | New Construction | 2004 |
| *Roseland Estates* | 138 | 103 | New Construction | 2003 |
| *Carroll Townhomes* | 71 | 71 | New Construction | 2002 |
| *Roseland Gardens* | 101 | 100 | New Construction | 2002 |
| *Greenleaf Village* | 310 | 0 | New Construction | 2002 |
| *Roseland Townhomes* | 152 | 138 | New Construction | 2001 |
| *Lakeview Townhomes* | 152 | 152 | New Construction | 2001 |
| *Monarch Townhomes* | 65 | 65 | New Construction | 2001 |
| *Lakewest Village* | 50 | 0 | New Construction | 2001 |
| *Kingbridge Crossing* | 196 | 0 | New Construction | 2000 |
| *Hamptons @ Lakewest* | 225 | 0 | New Construction | 1998 |
| *Frankford Townhomes* | 76 | 0 | New Construction | 1998 |
| *Little Mexico Village* | 102 | 0 | Rehabilitation | 1997 |
| *Cedar Springs Place* | 182 | 0 | Historic Rehabilitation | 1995 |
| *Hidden Ridge* | 228 | 0 | Purchase | |
| Ridge Parc Phase II | 128 | 0 | New Construction | 2006 |
| Ridge Parc Apartments | 248 | 0 | New Construction | 2003 |
| Meadow Parc Apartments | 184 | 0 | New Construction | 2000 |
| *Green Crossing Apts.* | 364 | 0 | Purchase | 2003 |
| Montfort Oaks | 276 | 0 | Purchase | 2003 |
| *Brittany Park Apts.* | 217 | 0 | Purchase | 2003 |
| Rosemont of Sierra Vista | 250 | 250 | New Construction | 2005 |
| Rosemont of Mission Trail | 250 | 250 | New Construction | 2005 |
| *Reserve at Las Brisas* | 180 | 180 | New Construction | 2001 |
| TOTAL | 5077 | 1911 | | |

*Entries in bold and italics represent developments in "Northern Sector."*


EXHIBIT B-2

Appendix 401