# DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
## JANUARY, 2009 – DECEMBER, 2009

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 627 | 8 | 0 | 0 | 12 | 1155 | 561 | 0 | 147 | 9 | 14 | 23 | 2556 |
| Condos | 30 | 15 | 5 | 0 | 21 | 0 | 0 | 0 | 0 | 19 | 17 | 13 | 133 |
| Duplexes | 16 | 9 | 5 | 0 | 9 | 0 | 13 | 2 | 0 | 5 | 6 | 12 | 84 |
| Eightplex | 0 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fourplex | 11 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 6 | 2 | 23 |
| Triplex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| House | 128 | 67 | 25 | 0 | 95 | 1 | 88 | 31 | 1 | 66 | 57 | 84 | 643 |
| Town Houses | 8 | 7 | 0 | 0 | 4 | 0 | 13 | 0 | 0 | 1 | 3 | 6 | 42 |
| Mobile Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Month Total | 820 | 107 | 35 | 0 | 143 | 1156 | 695 | 33 | 148 | 102 | 103 | 140 | 3482 |

| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 820 | 107 | 35 | 0 | 143 | 1156 | 695 | 33 | 148 | 102 | 103 | 140 | 3482 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | | | | | 108 | 597 | 229 | 27 | 72 | 76 | 82 | 113 | 1304 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | | | | | 143 | 1156 | 683 | 33 | 1 | 100 | 87 | 102 | 2305 |
| UNITS IN SOUTHERN SECTOR | | | | | 6 | 22 | 14 | 3 | 0 | 5 | 7 | 7 | 64 |
| UNITS RECRUITED BY REAL ESTATE TEAM | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NEW LANDLORD VENDORS ADDED | | | | | 75 | 95 | 108 | 111 | 69 | 79 | 79 | 79 | 695 |
| PROSPECTS/LANDLORDS VISITS | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LANDLORD INFORMATION PACKETS MAILED | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROSPECT/LANDLORD WALK-INS | | | | | 308 | 392 | 858 | 564 | 417 | 296 | 223 | 205 | 3263 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | | | | | 111 | 192 | 253 | 262 | 259 | 1272 | 1056 | 1042 | 4447 |
| LANDLORD WORKSHOPS CONDUCTED | | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 5 | 5 | 5 | 53 |
| PROSPECTS/LANDLORDS BRIEFED | | 73 | 57 | 66 | 44 | 72 | 79 | 81 | 63 | 57 | 79 | 54 | 725 |
| VENDOR NEWSLETTERS DISTRIBUTED | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DHA SPONSORED SEMINARS | | | | | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| SEMINAR INVITATIONS MAILED | | | | | 3801 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 6801 |
| CORPORATE BRIEFINGS CONDUCTED | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NETWORKING MEETINGS ATTENDED | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CITY OF DALLAS BONUSES PAID | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WALKER SETTLEMENT BONUSES PAID | | | | | 11 | 2 | 10 | 2 | 0 | 1 | 0 | 0 | 26 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

EXHIBIT B-3

Appendix 402

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
JANUARY, 2011 - DECEMBER, 2011

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 7 | 13 | 29 | | | | | 24 | | | | | 73 |
| Condos | 8 | 5 | 8 | | | | | 10 | | | | | 31 |
| Duplexes | 6 | 11 | 12 | | | | | 21 | | | | | 50 |
| Fourplex | 0 | 3 | 5 | | | | | 4 | | | | | 12 |
| House | 32 | 41 | 61 | | | | | 113 | | | | | 247 |
| Loft | 2 | 0 | 0 | | | | | 0 | | | | | 2 |
| Mobile Home | 0 | 0 | 0 | | | | | 0 | | | | | 0 |
| Town Houses | 9 | 7 | 4 | | | | | 7 | | | | | 27 |
| Triplex | 0 | 0 | 0 | | | | | 1 | | | | | 1 |
| Month Total | 64 | 80 | 119 | | | | | 179 | | | | | 442 |

| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 64 | 80 | 119 | | | | | 179 | | | | | 442 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 40 | 63 | 100 | | | | | 114 | | | | | 317 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 60 | 71 | 98 | | | | | 139 | | | | | 368 |
| UNITS IN SOUTHERN SECTOR | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 1 | 7 | | | | 12 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| NEW LANDLORD VENDORS ADDED | 57 | 40 | 86 | 62 | 63 | 49 | 0 | 59 | 81 | | | | 497 |
| PROSPECTS/LANDLORDS VISITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| LANDLORD INFORMATION PACKETS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| PROSPECT/LANDLORD WALK-INS | 184 | 141 | 180 | 120 | 182 | 136 | 0 | 151 | 159 | | | | 1253 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 2396 | 2858 | 2350 | 1802 | 1685 | 1528 | 0 | 1570 | 1426 | | | | 15615 |
| LANDLORD WORKSHOPS CONDUCTED | 2 | 2 | 3 | 3 | 3 | 3 | 2 | 3 | 2 | | | | 23 |
| PROSPECTS/LANDLORDS BRIEFED | 53 | 42 | 44 | 54 | 38 | 47 | 48 | 59 | 32 | | | | 417 |
| VENDOR NEWSLETTERS DISTRIBUTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| DHA SPONSORED SEMINARS | 0 | 7 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| SEMINAR INVITATIONS MAILED | 0 | 2175 | 269 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 2444 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| NETWORKING MEETINGS ATTENDED | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | | | | 2 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | 0 |

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
JANUARY, 2010 - DECEMBER, 2010

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 29 | 16 | 0 | 0 | 0 | 19 | 1 | 11 | 12 | 4 | 22 | 14 | 128 |
| Condos | 19 | 20 | 4 | 3 | 0 | 1 | 6 | 18 | 27 | 20 | 13 | 8 | 139 |
| Duplexes | 16 | 10 | 4 | 1 | 0 | 0 | 13 | 25 | 36 | 22 | 26 | 5 | 158 |
| Fourplex | 9 | 3 | 0 | 0 | 0 | 0 | 1 | 7 | 3 | 5 | 8 | 0 | 36 |
| House | 89 | 58 | 20 | 3 | 2 | 1 | 67 | 106 | 106 | 86 | 114 | 27 | 679 |
| Loft | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| Mobile Home | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Town Houses | 10 | 10 | 3 | 1 | 0 | 0 | 6 | 14 | 11 | 4 | 12 | 0 | 71 |
| Triplex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| Month Total | 172 | 118 | 31 | 8 | 2 | 21 | 95 | 181 | 195 | 141 | 196 | 54 | 1214 |

| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 172 | 118 | 31 | 8 | 2 | 21 | 95 | 181 | 195 | 141 | 196 | 54 | 1214 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 130 | 80 | 26 | 8 | 2 | 20 | 80 | 149 | 147 | 115 | 170 | 31 | 958 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 145 | 83 | 31 | 6 | 2 | 21 | 79 | 133 | 125 | 103 | 106 | 54 | 888 |
| UNITS IN SOUTHERN SECTOR | 4 | 4 | 2 | 0 | 2 | 0 | 4 | 6 | 7 | 8 | 9 | 2 | 48 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 0 | 0 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 | 0 | 19 |
| NEW LANDLORD VENDORS ADDED | 83 | 80 | 84 | 79 | 63 | 61 | 48 | 98 | 108 | 71 | 78 | 69 | 922 |
| PROSPECTS/LANDLORDS VISITS | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| LANDLORD INFORMATION PACKETS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PROSPECT/LANDLORD WALK-INS | 228 | 295 | 293 | 246 | 239 | 188 | 237 | 320 | 288 | 231 | 225 | 225 | 3015 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 1048 | 1534 | 1578 | 1501 | 1239 | 1028 | 1891 | 1883 | 1668 | 1503 | 1523 | 1285 | 17681 |
| LANDLORD WORKSHOPS CONDUCTED | 2 | 2 | 3 | 3 | 3 | 3 | 2 | 3 | 2 | 3 | 3 | 9 | 38 |
| PROSPECTS/LANDLORDS BRIEFED | 38 | 32 | 63 | 54 | 57 | 53 | 64 | 53 | 46 | 67 | 46 | 176 | 749 |
| VENDOR NEWSLETTERS DISTRIBUTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DHA SPONSORED SEMINARS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 | 0 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2353 | 2353 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| NETWORKING MEETINGS ATTENDED | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
JANUARY, 2008 - DECEMBER, 2008

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 610 | 465 | 491 | 725 | 232 | 347 | 1 | 1 | 261 | 570 | 0 | 1 | 3704 |
| Condos | 9 | 12 | 8 | 6 | 13 | 38 | 31 | 15 | 16 | 28 | 24 | 18 | 218 |
| Duplexes | 6 | 5 | 3 | 7 | 6 | 15 | 16 | 12 | 8 | 14 | 12 | 11 | 115 |
| Eightplex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fourplex | 0 | 2 | 0 | 0 | 0 | 10 | 7 | 5 | 0 | 1 | 5 | 1 | 31 |
| House | 29 | 61 | 42 | 72 | 83 | 95 | 101 | 88 | 143 | 125 | 96 | 128 | 1063 |
| Town Houses | 0 | 4 | 3 | 4 | 6 | 18 | 11 | 7 | 7 | 5 | 8 | 3 | 76 |
| Mobile Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shared Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Month Total | 654 | 549 | 547 | 814 | 340 | 523 | 167 | 128 | 435 | 743 | 145 | 162 | 5207 |
| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 654 | 549 | 547 | 814 | 340 | 523 | 167 | 128 | 435 | 743 | 145 | 162 | 5207 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 467 | 421 | 356 | 680 | 218 | 310 | 112 | 98 | 394 | 517 | 103 | 123 | 3799 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 648 | 536 | 535 | 796 | 322 | 367 | 148 | 101 | 382 | 401 | 98 | 83 | 4417 |
| UNITS IN SOUTHERN SECTOR | 52 | 55 | 64 | 64 | 32 | 52 | 5 | 9 | 12 | 64 | 8 | 7 | 424 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 6 |
| NEW LANDLORD VENDORS ADDED | 128 | 137 | 166 | 169 | 146 | 144 | 149 | 175 | 190 | 120 | 101 | 98 | 1723 |
| PROSPECTS/LANDLORDS VISITS | 6 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| LANDLORD INFORMATION PACKETS MAILED | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| PROSPECT/LANDLORD WALK-INS | 315 | 350 | 424 | 455 | 459 | 711 | 698 | 902 | 792 | 737 | 517 | 519 | 6879 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 54 | 64 | 57 | 59 | 43 | 100 | 100 | 106 | 77 | 85 | 87 | 42 | 874 |
| LANDLORD WORKSHOPS CONDUCTED | 3 | 4 | 5 | 5 | 5 | 5 | 5 | 7 | 6 | 5 | 7 | 6 | 63 |
| PROSPECTS/LANDLORDS BRIEFED | 46 | 80 | 65 | 52 | 66 | 133 | 86 | 94 | 57 | 51 | 70 | 64 | 864 |
| VENDOR NEWSLETTERS DISTRIBUTED | 106 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 106 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DHA SPONSORED SEMINARS | 1 | 1 | 1 | 1 | 2 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 3 |
| SEMINAR INVITATIONS MAILED | 5163 | 0 | 0 | 0 | 5276 | 0 | 0 | 0 | 0 | 0 | 3,000 | 0 | 13439 |
| CORPORATE BRIEFINGS CONDUCTED | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| NETWORKING MEETINGS ATTENDED | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 4 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 7 | 9 | 19 | 10 | 23 | 0 | 0 | 15 | 10 | 14 | 38 | 145 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 2 |

## DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTA(
### JANUARY, 2007 - DECEMBER, 2007

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR |
|---|---|---|---|---|
| Apartments | 1154 | 967 | 1266 | 835 |
| Condos | 27 | 26 | 12 | 17 |
| Duplexes | 15 | 7 | 14 | 9 |
| Eightplex | 0 | 0 | 0 | 0 |
| Fourplex | 1 | 8 | 4 | 1 |
| House | 100 | 56 | 66 | 60 |
| Town Houses | 8 | 4 | 0 | 2 |
| Mobile Homes | 0 | 0 | 0 | 0 |
| Shared Homes | 0 | 0 | 0 | 0 |
| **Month Total** | **1304** | **1068** | **1362** | **924** |
| **REAL ESTATE TEAM ACTIVITY** | **JAN** | **FEB** | **MAR** | **APR** |
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 1304 | 1068 | 1362 | 924 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 902 | 532 | 740 | 612 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 1284 | 1043 | 1350 | 905 |
| UNITS IN SOUTHERN SECTOR | 23 | 22 | 91 | 3 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 264 | 29 | 84 | 3 |
| NEW LANDLORD VENDORS ADDED | 139 | 146 | 153 | 123 |
| PROSPECTS /LANDLORDS VISITS | 0 | 0 | 0 | 0 |
| LANDLORD INFORMATON PACKETS MAILED | 5 | 3 | 4 | 41 |
| PROSPECT/LANDLORD WALK-INS | 69 | 57 | 68 | 53 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 170 | 236 | 387 | 260 |
| LANDLORD WORKSHOPS CONDUCTED | 3 | 4 | 5 | 5 |
| PROSPECTS/LANDLORDS BRIEFED | 59 | 72 | 106 | 101 |
| VENDOR NEWSLETTERS DISTRIBUTED | 0 | 0 | 1000 | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 3598 | 0 |
| DHA SPONSORED SEMINARS | 0 | 1 | 0 | 1 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 0 | 900 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 1 | 1 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 0 | 0 | 0 | 0 |
| NETWORKING MEETINGS ATTENDED | 1 | 1 | 1 | 0 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 0 | 0 | 0 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 1 | 0 | 2 | 0 |

# CT REPORT SUMMARY

| MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|
| 677 | 840 | 1058 | 620 | 699 | 733 | 325 | 647 | 9821 |
| 10 | 1 | 2 | 1 | 8 | 5 | 6 | 7 | 122 |
| 6 | 2 | 1 | 5 | 3 | 5 | 6 | 2 | 75 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | 1 | 0 | 0 | 7 | 0 | 2 | 0 | 26 |
| 39 | 26 | 25 | 31 | 35 | 43 | 22 | 34 | 537 |
| 6 | 1 | 3 | 2 | 1 | 1 | 1 | 1 | 30 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 740 | 871 | 1089 | 660 | 753 | 787 | 362 | 691 | 10611 |

| MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|
| 740 | 871 | 1089 | 660 | 753 | 787 | 362 | 691 | 10611 |
| 347 | 516 | 784 | 400 | 351 | 567 | 221 | 555 | 6527 |
| 724 | 865 | 1082 | 651 | 741 | 781 | 357 | 682 | 10465 |
| 6 | 70 | 131 | 29 | 47 | 97 | 3 | 82 | 135 |
| 0 | 1 | 1 | 2 | 3 | 1 | 0 | 16 | 404 |
| 157 | 110 | 239 | 170 | 93 | 154 | 105 | 91 | 1680 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 1 | 3 | 0 | 0 | 4 | 0 | 2 | 64 |
| 43 | 43 | 51 | 45 | 42 | 84 | 294 | 135 | 984 |
| 175 | 113 | 148 | 155 | 91 | 75 | 35 | 62 | 1907 |
| 5 | 5 | 5 | 5 | 4 | 4 | 4 | 5 | 54 |
| 100 | 120 | 81 | 81 | 69 | 63 | 56 | 57 | 965 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1000 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3598 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 900 |
| 0 | 0 | 0 | 0 | 0 | 2 | 1 | 0 | 2 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 8 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 6 |

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
JANUARY, 2006 - DECEMBER, 2006

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 1005 | 1252 | 1149 | 1270 | 1374 | 1301 | 1159 | 1215 | 1407 | 1396 | 1081 | 953 | 14562 |
| Condos | 37 | 33 | 15 | 30 | 27 | 23 | 23 | 19 | 18 | 34 | 13 | 7 | 279 |
| Duplexes | 25 | 8 | 6 | 9 | 6 | 11 | 10 | 10 | 17 | 8 | 11 | 6 | 127 |
| Eightplex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fourplex | 7 | 5 | 1 | 10 | 1 | 3 | 1 | 0 | 3 | 4 | 1 | 0 | 36 |
| House | 95 | 95 | 71 | 80 | 70 | 86 | 102 | 96 | 74 | 139 | 81 | 56 | 1045 |
| Town Houses | 5 | 4 | 6 | 5 | 3 | 5 | 2 | 13 | 12 | 12 | 1 | 3 | 71 |
| Mobile Homes | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 5 |
| Shared Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Month Total | 1177 | 1398 | 1248 | 1404 | 1374 | 1429 | 1297 | 1354 | 1531 | 1593 | 1189 | 1025 | 16019 |
| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 1177 | 1398 | 1248 | 1404 | 1374 | 1429 | 1297 | 1354 | 1531 | 1593 | 1189 | 1025 | 16019 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 712 | 886 | 731 | 919 | 740 | 748 | 710 | 729 | 1004 | 968 | 751 | 646 | 9544 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 1159 | 1380 | 1232 | 1391 | 1358 | 1408 | 1274 | 1319 | 1513 | 1581 | 1168 | 1015 | 15798 |
| UNITS IN SOUTHERN SECTOR | 18 | 118 | 22 | 19 | 104 | 128 | 111 | 111 | 104 | 124 | 33 | 13 | 905 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 29 | 1 | 0 | 0 | 0 | 84 | 128 | 156 | 136 | 0 | 23 | 0 | 557 |
| NEW LANDLORD VENDORS ADDED | 95 | 85 | 105 | 94 | 121 | 106 | 122 | 162 | 138 | 342 | 159 | 256 | 1785 |
| PROSPECTS /LANDLORDS VISITS | 0 | 1 | 0 | 0 | 0 | 19 | 10 | 6 | 7 | 0 | 4 | 3 | 50 |
| LANDLORD INFORMATON PACKETS MAILED | 7 | 2 | 4 | 3 | 8 | 7 | 7 | 15 | 13 | 2 | 7 | 5 | 80 |
| PROSPECT/LANDLORD WALK-INS | 62 | 30 | 45 | 45 | 58 | 71 | 80 | 61 | 68 | 63 | 67 | 75 | 725 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 234 | 190 | 177 | 172 | 229 | 362 | 328 | 508 | 356 | 284 | 180 | 244 | 3264 |
| LANDLORD WORKSHOPS CONDUCTED | 3 | 4 | 5 | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 4 | 5 | 54 |
| PROSPECTS/LANDLORDS BRIEFED | 76 | 59 | 72 | 50 | 55 | 97 | 84 | 87 | 66 | 74 | 53 | 52 | 825 |
| VENDOR NEWSLETTERS MAILED | 0 | 0 | 0 | 0 | 0 | 5048 | 0 | 0 | 0 | 0 | 0 | 0 | 5048 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 4003 | 0 | 0 | 1 | 4159 | 0 | 0 | 4500 | 0 | 12663 |
| DHA SPONSORED SEMINARS | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 5 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 0 | 4250 | 0 | 0 | 1,007 | 0 | 0 | 803 | 2,500 | 4958 | 13518 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 0 | 0 | 0 | 1 | 6 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 4 |
| NETWORKING MEETINGS ATTENDED | 1 | 1 | 1 | 0 | 1 | 2 | 1 | 0 | 1 | 1 | 2 | 1 | 12 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CITY OF DALLAS BONUSES PAID | 5 | 4 | 17 | 0 | 3 | 4 | 0 | 42 | 0 | 0 | 0 | 0 | 75 |
| WALKER SETTLEMENT BONUSES PAID | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 4 | 0 | 4 | 1 | 3 | 9 | 5 | 0 | 2 | 3 | 1 | 32 |

Appendix 408

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONT
JANUARY, 2005 - DECEMBER, 2005

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR |
|---|---|---|---|---|
| Apartments | 1412 | 1382 | 1382 | 892 |
| Condos | 30 | 20 | 65 | 23 |
| Duplexes | 27 | 5 | 10 | 22 |
| Eightplex | 0 | 0 | 0 | 0 |
| Fourplex | 4 | 1 | 5 | 4 |
| House | 112 | 46 | 110 | 129 |
| Town Houses | 13 | 2 | 4 | 13 |
| Mobile Homes | 0 | 0 | 0 | 0 |
| Shared Homes | 0 | 0 | 0 | 0 |
| **Month Total** | **1455** | **1422** | **1487** | **928** |
| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR |
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | **1455** | **1422** | **1487** | **928** |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 1045 | 945 | 1032 | 762 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 1452 | 1368 | 1422 | 912 |
| UNITS IN SOUTHERN SECTOR | | | 74 | 75 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 45 | 55 | 34 | 20 |
| NEW LANDLORD VENDORS ADDED | 67 | 77 | 94 | 85 |
| PROSPECTS /LANDLORDS VISITS | 0 | 1 | 3 | 4 |
| LANDLORD INFORMATON PACKETS MAILED | 15 | 8 | 11 | 3 |
| PROSPECT/LANDLORD WALK-INS | 100 | 85 | 101 | 138 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 309 | 315 | 307 | 167 |
| LANDLORD WORKSHOPS CONDUCTED | 4 | 4 | 5 | 5 |
| PROSPECTS/LANDLORDS BRIEFED | 104 | 99 | 101 | 114 |
| VENDOR NEWSLETTERS MAILED | 0 | 0 | 0 | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 3117 |
| DHA SPONSORED SEMINARS | 0 | 0 | 0 | 1 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 3000 | 0 |
| CORPORATE BRIEFINGS CONDUCTED | 1 | 0 | 0 | 0 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 2 | 1 | 2 | 1 |
| NETWORKING MEETINGS ATTENDED | 3 | 1 | 2 | 1 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 1 | 0 | 1 | 0 |
| CITY OF DALLAS BONUSES PAID | 9 | 24 | 23 | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 0 | 0 | 0 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 |

**CORRECTED 3/2006**

'ACT REPORT SUMMARY

| MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|
| 963 | 1068 | 1132 | 1301 | 834 | 514 | 1118 | 1284 | 13282 |
| 24 | 24 | 13 | 30 | 73 | 49 | 50 | 39 | 440 |
| 12 | 15 | 7 | 19 | 36 | 16 | 14 | 13 | 196 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 4 |
| 3 | 2 | 5 | 10 | 8 | 3 | 2 | 3 | 50 |
| 104 | 60 | 68 | 147 | 217 | 80 | 108 | 109 | 1290 |
| 8 | 4 | 2 | 12 | 20 | 27 | 5 | 7 | 117 |
| 0 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 3 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 1000 | 1144 | 1226 | 1519 | 788 | 691 | 1299 | 1459 | 14418 |

| MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|
| 1000 | 1144 | 1226 | 1519 | 788 | 691 | 1299 | 1459 | 14418 |
| 625 | 798 | 871 | 1131 | 825 | 471 | 813 | 935 | 10253 |
| 1081 | 1148 | 1216 | 1489 | 1141 | 671 | 1280 | 1434 | 14614 |
| 81 | 55 | 70 | 29 | 87 | 74 | 99 | 94 | 738 |
| 0 | 6 | 1 | 1 | 1 | 0 | 0 | 5 | 168 |
| 101 | 118 | 79 | 101 | 121 | 122 | 111 | 124 | 1200 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 |
| 6 | 1 | 15 | 10 | 7 | 6 | 1 | 11 | 94 |
| 142 | 146 | 102 | 109 | 273 | 127 | 87 | 83 | 1493 |
| 245 | 327 | 276 | 220 | 358 | 323 | 236 | 212 | 3295 |
| 5 | 5 | 4 | 5 | 4 | 4 | 5 | 5 | 55 |
| 98 | 88 | 126 | 121 | 117 | 66 | 88 | 62 | 1184 |
| 0 | 0 | 5000 | 0 | 0 | 0 | 3000 | 0 | 8000 |
| 0 | 0 | 0 | 0 | 0 | 4027 | 3900 | 3875 | 14919 |
| 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 3 |
| 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 0 | 8000 |
| 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 2 |
| 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 7 |
| 1 | 1 | 3 | 0 | 1 | 1 | 0 | 1 | 15 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 4 | 5 | 3 | 0 | 6 | 5 | 16 | 11 | 106 |
| 1 | 0 | 3 | 1 | 1 | 0 | 0 | 0 | 6 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Appendix 410

DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
JANUARY, 2004 - DECEMBER, 2004

| PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 1527 | 2194 | 1284 | 960 | 1263 | 1241 | 1638 | 1481 | 1629 | 1270 | 1388 | 1548 | 17423 |
| Condos | 88 | 40 | 71 | 75 | 66 | 73 | 45 | 77 | 38 | 53 | 12 | 33 | 671 |
| Duplexes | 14 | 4 | 16 | 17 | 10 | 12 | 11 | 18 | 12 | 20 | 16 | 8 | 158 |
| Fourplex | 5 | 0 | 4 | 3 | 1 | 2 | 3 | 6 | 6 | 3 | 2 | 1 | 36 |
| House | 220 | 64 | 145 | 130 | 111 | 130 | 162 | 136 | 179 | 143 | 99 | 62 | 1581 |
| Town Houses | 15 | 120 | 13 | 10 | 11 | 18 | 16 | 10 | 1 | 5 | 22 | 3 | 244 |
| Mobile Homes | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 | 5 | 0 | 0 | 0 | 8 |
| Shared Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 3 |
| Month Total | 1869 | 2422 | 1534 | 1195 | 1462 | 1476 | 1875 | 1733 | 1870 | 1494 | 1539 | 1655 | 20124 |
| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 1869 | 2422 | 1534 | 1195 | 1462 | 1476 | 1875 | 1733 | 1870 | 1494 | 1539 | 1655 | 20124 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 1114 | 1513 | 878 | 588 | 880 | 825 | 1132 | 1056 | 1163 | 1074 | 1119 | 1091 | 12433 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 1741 | 2371 | 1334 | 942 | 1261 | 1435 | 1806 | 1501 | 1789 | 1449 | 1487 | 1568 | 18684 |
| UNITS RECRUITED BY REAL ESTATE TEAM | * | 114 | 7 | 17 | 9 | 32 | 60 | 75 | 63 | 40 | 33 | 52 | 502 |
| NEW LANDLORD VENDORS ADDED | 69 | 85 | 173 | 177 | 149 | 89 | 142 | 107 | 79 | 66 | 55 | 53 | 1244 |
| PROSPECTS / LANDLORDS VISITS | 0 | 4 | 5 | 0 | 3 | 0 | 0 | 3 | 0 | 2 | 2 | 0 | 14 |
| LANDLORD INFORMATON PACKETS MAILED | 29 | 19 | 15 | 14 | 20 | 10 | 1 | 6 | 16 | 13 | 4 | 1 | 148 |
| PROSPECT/LANDLORD WALK-INS | 153 | 71 | 150 | 111 | 115 | 118 | 92 | 134 | 136 | 104 | 72 | 60 | 1316 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 590 | 326 | 472 | 397 | 364 | 414 | 409 | 520 | 480 | 440 | 340 | 305 | 5057 |
| LANDLORD WORKSHOPS CONDUCTED | 4 | 3 | 5 | 5 | 5 | 5 | 4 | 5 | 4 | 4 | 5 | 5 | 54 |
| PROSPECTS/LANDLORDS BRIEFED | 138 | 82 | 125 | 137 | 125 | 151 | 178 | 154 | 95 | 131 | 114 | 81 | 1511 |
| VENDOR NEWSLETTERS MAILED | 0 | 0 | 4682 | 0 | 0 | 0 | 0 | 0 | 5000 | 0 | 0 | 0 | 9682 |
| LANDLORD PROSPECTOR FLYERS MAILED | 7376 | 0 | 0 | 0 | 0 | 3019 | 0 | 0 | 3325 | 0 | 0 | 3490 | 17210 |
| DHA SPONSORED SEMINARS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 2 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 6,500 | 0 | 0 | 0 | 0 | 6500 | 13000 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 1 | 1 | 2 | 0 | 1 | 1 | 1 | 0 | 0 | 2 | 0 | 9 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 2 | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 1 | 11 |
| NETWORKING MEETINGS ATTENDED | 2 | 4 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 1 | 19 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 2 | 3 | 2 | 0 | 1 | 1 | 3 | 2 | 1 | 0 | 15 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 3 | 1 | 14 | 9 | 18 | 8 | 3 | 4 | 6 | 66 |
| WALKER SETTLEMENT BONUSES PAID | 41 | 55 | 10 | 8 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 115 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**Appendix 411**

## DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT SUMMARY REPORT
### JANUARY, 2003 - DECEMBER, 2003

| BREAKDOWN OF PROPERTIES ADDED TO VACANCY LIST: | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Single Family Homes | 213 | 151 | 206 | 146 | 155 | 149 | 228 | 145 | 150 | 153 | 156 | 162 | 2014 |
| Condominiums | 78 | 53 | 77 | 33 | 43 | 39 | 53 | 40 | 80 | 32 | 41 | 77 | 646 |
| Duplexes | 15 | 21 | 12 | 12 | 26 | 24 | 45 | 21 | 18 | 24 | 19 | 28 | 265 |
| Town House | 11 | 10 | 9 | 8 | 17 | 3 | 9 | 11 | 9 | 13 | 17 | 11 | 128 |
| Fourplex | 1 | 2 | 0 | 0 | 1 | 5 | 16 | 4 | 7 | 9 | 8 | 1 | 54 |
| Mobile Homes | 0 | 1 | 0 | 2 | 9 | 5 | 0 | 0 | 0 | 3 | 2 | 0 | 22 |
| Shared Homes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Apartments | 1089 | 668 | 786 | 751 | 835 | 607 | 716 | 842 | 1191 | 1237 | 1237 | 1339 | 11298 |
| Month Total | 1407 | 906 | 1090 | 952 | 1086 | 832 | 1067 | 1063 | 1455 | 1471 | 1480 | 1618 | 14427 |

| BREAKDOWN OF REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 1407 | 906 | 1090 | 952 | 1086 | 832 | 1067 | 1063 | 1455 | 1471 | 1480 | 1618 | 14427 |
| SUBURBAN PROPERTIES ADDED TO VACANCY LIST | 1054 | 643 | 706 | 690 | 771 | 558 | 822 | 718 | 968 | 977 | 948 | 1086 | 9941 |
| UNITS ADDED TO THE VACANCY LIST | 1129 | 734 | 878 | 797 | 1014 | 673 | 879 | 1020 | 1332 | 1376 | 1380 | 1515 | 12727 |
| LANDLORD INFORMATON PACKETS MAILED | 65 | 48 | 95 | 41 | 70 | 73 | 89 | 64 | 35 | 22 | 33 | 18 | 653 |
| PROSPECTS /LANDLORDS VISITS | 13 | 5 | 3 | 8 | 7 | 0 | 0 | 8 | 0 | 0 | 3 | 0 | 55 |
| NEW LANDLORD VENDORS ADDED | 184 | 145 | 169 | 134 | 110 | 119 | 138 | 159 | 170 | 125 | 74 | 68 | 1595 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 2380 | 0 | 0 | 2437 | 0 | 0 | 2431 | 0 | 0 | 2249 | 9497 |
| SEMINAR INVITATIONS MAILED | 0 | 0 | 6000 | 0 | 0 | 6000 | 0 | 0 | 6000 | 0 | 0 | 6980 | 24980 |
| VENDOR NEWS LETTERS MAILED | 0 | 0 | 3839 | 0 | 0 | 3500 | 0 | 0 | 0 | 4400 | 0 | 4643 | 16382 |
| PROSPECTS/LANDLORDS BRIEFED | 104 | 93 | 128 | 107 | 106 | 98 | 118 | 173 | 119 | 85 | 138 | 96 | 1365 |
| LANDLORD WORKSHOPS CONDUCTED | 3 | 2 | 4 | 4 | 4 | 4 | 5 | 5 | 4 | 3 | 5 | 5 | 48 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 3 | 0 | 0 | 0 | 1 | 0 | 2 | 1 | 1 | 1 | 9 |
| DHA SPONSORED SEMINARS | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 4 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 1 | 2 | 3 | 2 | 2 | 2 | 3 | 1 | 1 | 2 | 0 | 0 | 19 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 409 | 590 | 551 | 547 | 670 | 561 | 882 | 926 | 666 | 988 | 582 | 520 | 7892 |
| PROSPECT/LANDLORD WALK-INS | 199 | 141 | 191 | 239 | 204 | 189 | 226 | 161 | 152 | 157 | 144 | 165 | 2168 |
| NETWORKING MEETINGS ATTENDED | 1 | 2 | 4 | 3 | 2 | 2 | 2 | 2 | 2 | 4 | 2 | 2 | 27 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 5 | 0 | 0 | 0 | 8 |
| INQUIRES FROM DALLAS MORNING NEWS AD | | | 10 | 12 | 1 | 4 | 0 | 17 | 7 | 0 | 7 | 18 | 76 |
| CITY OF DALLAS BONUSES PAID | 10 | 21 | 17 | 0 | 3 | 5 | 14 | 28 | 12 | 28 | 23 | 8 | 169 |
| WALKER SETTLEMENT BONUSES PAID | 33 | 71 | 61 | 40 | 49 | 56 | 27 | 48 | 33 | 47 | 50 | 31 | 546 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 5 | 3 | 4 | 6 | 19 | 5 | 8 | 4 | 9 | 0 | 0 | 1 | 64 |

*See attached narrative

**Appendix 412**

HOP LANDLORD SUMMARY REPORT
JANUARY 01 - DECEMBER 31, 2002

| BREAKDOWN OF REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| UNITS AVAILABLE TO SECTION 8 CLIENTS | 1,083 | 831 | 959 | 579 | 817 | 781 | 844 | 778 | 1,025 | 1,168 | 974 | 1,344 | 11,183 |
| SUBURBAN PROPERTIES ADDED TO VACANCY LIST | 602 | 564 | 713 | 424 | 529 | 453 | 546 | 499 | 805 | 762 | 730 | 982 | 7,609 |
| LANDLORD PACKETS MAILED OUT | 87 | 67 | 150 | 58 | 47 | 82 | 165 | 97 | 35 | 100 | 31 | 86 | 1,005 |
| LANDLORD VISITS | 0 | 0 | 16 | 6 | 10 | 8 | 0 | 5 | 6 | 8 | 8 | 10 | 77 |
| NEW LANDLORD | 94 | 88 | 109 | 84 | 114 | 79 | 139 | 89 | 88 | 132 | 125 | 127 | 1,268 |
| PROSPECTOR FLYERS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,359 | 2,243 | 0 | 0 | 0 | 4,602 |
| NEWSLETTERS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 3,140 | 0 | 3,341 | 0 | 0 | 0 | 6,481 |
| LANDLORDS BRIEFED | 38 | 47 | 50 | 102 | 47 | 56 | 82 | 89 | 62 | 61 | 64 | 57 | 755 |
| LANDLORD BRIEFINGS CONDUCTED | 3 | 3 | 4 | 5 | 4 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 43 |
| DHA SPONSORED SEMINARS | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 4 |
| SEMINARS ATTENDED BY DHA STAFF | 0 | 0 | 1 | 2 | 1 | 0 | 1 | 0 | 0 | 1 | 2 | 0 | 8 |
| LANDLORD PHONE CONTACTS | 566 | 628 | 405 | 413 | 399 | 273 | 293 | 210 | 347 | 344 | 479 | 459 | 4,816 |
| LANDLORD WALK-INS | 104 | 106 | 100 | 93 | 79 | 65 | 84 | 129 | 89 | 95 | 108 | 170 | 1,222 |
| NETWORKING MEETINGS ATTENDED | 1 | 2 | 0 | 2 | 1 | 1 | 0 | 1 | 1 | 3 | 0 | 2 | 14 |