

## Voucher Implementation Plan
## Civil Action No. 3:85-CV-1210-O
## Reporting Period July 31, 2011

Purpose

Pursuant to the Section X(A) of the Agreed Settlement Voucher Implementation Plan and Budget – 2007, the Housing Authority of the City of Dallas (DHA) is required to submit a monthly report to counsel for plaintiffs in the Walker litigation to contain the following information:

1. The names and addresses of landlords in Predominantly White Areas who refuse to participate in the Section 8 Program and the reason for the refusal;

2. A spreadsheet in a computer-readable format, utilizing data from DHA's S8R5680 report, as of the end of the previous month, all HAP contracts active in each census tract;

3. The names, addresses and telephone numbers of Participants unable to lease a unit in a Predominantly white areas for more than sixty (60) days after being issued a permit to search for housing;

4. Any barriers or impediments to the implementation of this Plan, the 2001 Substitution Plan, or the requirements of the Settlement Stipulation, including recapture, disallowance or refusal by HUD to make available any funds under the this order; and

5. The address set out in separate cells to include street address, unit number, city, state and zip code; bedroom size; contract rent; utility allowance; total tenant payment amount; landlord name; date of last reexamination; and census tract information for active Participants leasing unit in Predominantly White Areas.

6. The following information for each tenant obtaining a unit through the Settlement Voucher Program in a computer readable format: name, race, address, move-in date, landlord name, contract rent, utility allowance, Total Tenant Payment, census tract location of the unit.

7. The following information for each person exceeding sixty (60) days in the Program in a computer readable format: name, race, unit size needed, initial date on which the Participant received a Permit to search for housing in a Predominantly White Area, number of days the Participant has search for housing in a Predominantly White Area, and current status;



8. The following information on each landlord who refuses to participate in the Section 8 Program in a computer readable format: name, address, phone number of the landlord and specific person communication refusal, and reason for refusal; name, address, phone number, census tract location of units; and name of DHA employee to whom the refusal was communicated;

9. The name, address, telephone number, address of the potentially available units, and contact person for each landlord contacted for the purpose of recruiting participation in DHA's Section program and the results of the contact; and

10. The following information on each household participating in the Program in a computer readable format: name, race, unit size needed, initial date on the housing opportunity program, number of days on the program, the date and type of each form of mobility service, including financial assistance provided by DHA to the household and post-move mobility counseling services, the name, address, and census tract location of each unit the household attempts to rent and the result of each attempt, whether or not the household withdrawn from the program and the reason for the withdrawal.

In compliance with the reporting requirements, attached are the following exhibits, with an explanation of the content:

1. Exhibit I - Receipt and Expenditures of the Settlement Plan

   Exhibit I - reflects year-to-date expenditures under the Walker Settlement Plan.

2. Exhibit II - List of Implementation Activities

   This exhibit is divided into three sections. The first section lists all implementation activities conducted by the HOP department. The second section is the Client Transaction Report. The last section consists of a list of Landlords interested in participating in the Settlement Program.

   The Client Transaction Tracking Report (HER1050) compiles the monthly mobility services conducted by the Voucher Programs Department. The report is generated two ways-the first by mobility activity, the second by family.

   The application fee, security deposit, moving assistance, and utility deposit codes appearing in the HER1050 report documents payments in process and disbursements made to landlords and families. Those entries indicating a zero dollar amount are payments that have been processed but are pending execution of the housing assistance payment (HAP) contract

and subsequent pick-up by the landlord or family. The others are payments made to the landlords or families after the execution of the HAP.

The extensions' code (E) in the HER1050 report lists the reasons that families provide to counselors, when seeking additional housing search time. Extensions are given in 30-day increments and clients must submit a Request for Extension to obtain additional time. From the eleven available reasons listed in the tracking mechanism, the families may choose up to three. The counselors notate a more detailed explanation of each reason cited by the family in the comment fields printed directly below the head-of-household's name.

The landlord refusal code (LLR) in the HER1050 report lists the reasons that landlords provide to either families or staff for refusing to participate in the Settlement program. Staff documents the reasons each landlord has provided for non-participation. When the number "003000" appears in the client number field, the refusal was communicated directly by the landlord to a Real Estate Specialist. Upon receipt of information, the Real Estate Specialists are responsible for following-up with landlords who refused participation to clarify any issues or questions they may have had and, hopefully, change the landlords' initial decision.

In July, Voucher Programs did not receive any Housing Discrimination Complaints. Fair Housing complaint forms are completed by the families or staff on behalf of the families and mailed to HUD or another fair housing agency. Only the information on those completed forms is listed under the fair housing code.

The last section of these exhibits consists of a list of one hundred-forty seven (147) units in the predominantly white areas that landlords made available to families participating in the Settlement program. As of July 31, 2011, fifty three (53) available units in the suburban area are listed on the vacancy list.

3. Exhibit III - Settlement Families Exceeding 60 days in Housing Search for Permits.

4. Exhibit IV - Names and Addresses of Landlords Refusing to Participate in the Program

5. Exhibit V - The Total Number of Participating Units with Client Names, Census Tracts and Race of Household

The S8R5680, Walker Activity Report WS1A identifies all Walker Settlement participants leased in the initial allocation. As of the report period end July 31, 2011, 2,206 Walker Settlement Vouchers have been leased in Predominantly White areas.

The S8R5680, Walker Activity Report WS2A identifies all Walker Settlement Vouchers leased in the final allocation. As of report period end July 31, 2011, 1,000 Walker Settlement Vouchers have been leased in Predominantly White areas.

6. Exhibit VI-A - Impediments to Implementation of the Plan

Exhibit VI is a narrative highlighting the impediments that have kept Settlement families from locating housing in predominantly white areas. Supporting statistical data utilized in the narrative is found in Exhibit VI-B and Exhibit VI-C.

*Exhibit I*
*Sources and Uses of Funds*

*Electronic Excel Format*
*Source: ProComm*
*Not available through Visual Homes at this time*

| Walker Settlement Stipulation and Order | | | | |
|---|---|---|---|---|
| 31-Jul-11 | | | | |
| | | | | |
| Uses of Funds | | | | |
| | Resident Services | | | $0.00 |
| | | | | $0.00 |
| Third Party Assessmnet | | | | $0.00 |
| Credit/Criminal Background Checks | | | | $0.00 |
| Mentor/Tutor Background Checks | | | | $0.00 |
| Security Deposits | | | | $0.00 |
| Sign-up Incentives | | | | $0.00 |
| Application Fee ($100 per Applicant) | | | | $0.00 |
| Moving Assistance | | | | $0.00 |
| Utility Deposit | | | | $0.00 |
| Contigency | | | | $0.00 |
| Total Uses of Funds | | | | $0.00 |

Comment: none

*Exhibit II*
*List of Implementation Activities:*

*Monthly Activity Log*

*Client Transaction Report*

*Landlords in Predominantly White Areas with an Interest to Participate in the Section 8 Program*

*Monthly Activity Log*

*Electronic Excel Format*
*Source: ProComm*
*Not available on Visual Homes at this time*

# DALLAS HOUSING AUTHORITY ANNUAL CLIENTS CONTACT REPORT SUMMARY
## JANUARY, 2011 - DECEMBER, 2011

Reporting Month: JULY

### WEEKLY ACTIVITY

| | Wk 1 | Wk 2 | Wk 3 | Wk 4 | Wk 5 |
|---|---|---|---|---|---|
| Files Transmitted from Applications & Assignment | | | | | |
| Vouchers Issued | | | | | |
| Clients Searching | | | | | |
| Expired Vouchers | | | | | |
| Pending Inspection | | | | | |
| Pending Contract | | | | | |

### MONTHLY PLACEMENT TEAM ACTIVITY

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL NUMBER OF FILES TRANSMITTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| TOTAL NUMBER OF BRIEFINGS CONDUCTED | 4 | 4 | 4 | 4 | 4 | 4 | 4 | | | | | | |
| Number New HCV/Mainstream Briefings Conducted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of HCV Relocation Briefings Conducted | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| Number of New Walker Briefings Conducted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of Walker Relocation Briefings Conducted | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | |
| Number of Katrina (KD-HAP) Briefings Conducted | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Other Briefings (Mainstream) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Other Briefings (Vash) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| TOTAL NUMBER OF CLIENTS BRIEFED | 81 | 57 | 87 | 95 | 83 | 82 | 87 | | | | | | |
| TOTAL NUMBER OF NO SHOWS | 10 | 7 | 13 | 9 | 12 | 16 | 11 | | | | | | |
| Number New HCV/Mainstream Clients Briefed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| New HCV/Mainstream No Shows | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of New Walker Clients Briefed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| New Walker clients No shows | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of Walker Relocation Clients Briefed | 56 | 33 | 46 | 55 | 45 | 42 | 48 | | | | | | |
| Number of Walker Relocation Clients No Shows | 4 | 3 | 9 | 3 | 8 | 7 | 7 | | | | | | |
| Number of HCV Relocation Clients Briefed | 25 | 24 | 41 | 40 | 38 | 40 | 39 | | | | | | |
| Number of HCV Relocation No Shows | 6 | 4 | 4 | 6 | 4 | 9 | 4 | | | | | | |
| Number of KD-HAP Clients Briefed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of KD-HAP No Shows | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of Katrina (KD-HAP) Clients Briefed | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of Special Programs (Mainstream) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Number of Special Programs (Vash) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |

### PLACEMENT TEAM ACTIVITY

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clients Toured | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Request for Application fees (#) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | |
| Request for Application Fee Assistance Paid ($) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $0 | $0.00 | | | | | | |
| Applications Fee Assistance Paid ($) | 0 | 0 | 0 | 0 | 0 | $0 | 0 | | | | | | |
| Request for Security Deposit Assistance Paid (#) | 0 | 0 | 0 | 0 | 0 | $0 | $0.00 | | | | | | |
| Security Deposit Assistance Paid ($) | 0 | 0.00 | 0 | 0 | 0 | $0 | 0 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Request for Moving Assistance Request(#) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Request for Moving Assistance Request($) | 0 | 0.00 | 0 | 0 | 0 | $0 | 0 |
| Request for Utility Assistance($) | 0 | 0.00 | 0 | 0.00 | 0 | $0 | 0 |
| Extentionsion granted | 15 | 12 | 24 | 18 | 26 | 21 | 26 |
| Housing Assistance | 12 | 10 | 15 | 17 | 16 | 22 | 18 |
| Rent Burdens | 10 | 4 | 16 | 10 | 13 | 14 | 8 |
| General Information | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacancy Listing Issued | 56 | 33 | 46 | 55 | 45 | 82 | 87 |
| Fair Housing Complaints | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Home Visits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outreach Packets Distributed | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Tours Conducted | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Surveys Administered | 58 | 30 | 28 | 32 | 28 | 32 | 24 |
| Walk-Ins | 124 | 116 | 128 | 136 | 145 | 164 | 144 |
| Phone Call Responses | | | | | | | |

**Appendix 423**

# DALLAS HOUSING AUTHORITY ANNUAL LANDLORD CONTACT REPORT SUMMARY
## JANUARY, 2011 - DECEMBER, 2011

| PROPERTIES ADDED TO VACANCY LIST | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Apartments | 7 | 13 | 29 | 20 | 26 | 13 | 29 | | | | | | 137 |
| Condos | 8 | 5 | 8 | 12 | 17 | 9 | 11 | | | | | | 70 |
| Duplexes | 6 | 11 | 12 | 11 | 12 | 8 | 14 | | | | | | 74 |
| Fourplex | 0 | 3 | 5 | 3 | 4 | 10 | 10 | | | | | | 35 |
| House | 32 | 41 | 61 | 58 | 59 | 73 | 71 | | | | | | 395 |
| Loft | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| Mobile Home | 2 | 0 | 0 | 1 | 0 | 2 | 0 | | | | | | 2 (?) 3 |
| Town Houses | 9 | 7 | 4 | 6 | 7 | 7 | 12 | | | | | | 52 |
| Triplex | 0 | 0 | 0 | 0 | 0 | 1 | 0 | | | | | | 1 |
| Month Total | 64 | 80 | 119 | 111 | 125 | 123 | 147 | | | | | | 769 |

| REAL ESTATE TEAM ACTIVITY | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL UNITS IN SETTLEMENT AREAS ON VACANCY LIST | 64 | 80 | 119 | 111 | 125 | 123 | 147 | | | | | | 769 |
| UNITS IN SUBURBAN AREAS ON VACANCY LIST | 40 | 63 | 100 | 94 | 100 | 107 | 130 | | | | | | 634 |
| UNITS NOT PREVIOUSLY RENTED ON DHA S8 PROGRAM | 60 | 71 | 98 | 82 | 93 | 89 | 95 | | | | | | 588 |
| UNITS IN SOUTHERN SECTOR | 0 | 4 | 0 | 4 | 3 | 1 | 7 | | | | | | 19 |
| UNITS RECRUITED BY REAL ESTATE TEAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| NEW LANDLORD VENDORS ADDED | 57 | 40 | 86 | 62 | 63 | 49 | 53 | | | | | | 410 |
| PROSPECTS / LANDLORDS VISITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| LANDLORD INFORMATION PACKETS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| PROSPECT/LANDLORD WALK-INS | 184 | 141 | 180 | 120 | 182 | 136 | 171 | | | | | | 1114 |
| PROSPECTS/LANDLORDS PROVIDED PHONE ASSISTANCE | 2396 | 2858 | 2350 | 1802 | 1685 | 1528 | 1430 | | | | | | 14049 |
| LANDLORD WORKSHOPS CONDUCTED | 2 | 2 | 3 | 3 | 3 | 3 | 2 | | | | | | 18 |
| PROSPECTS/LANDLORDS BRIEFED | 53 | 42 | 44 | 54 | 38 | 47 | 48 | | | | | | 326 |
| VENDOR NEWSLETTERS DISTRIBUTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| LANDLORD PROSPECTOR FLYERS MAILED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| DHA SPONSORED SEMINARS | 0 | 7 | 1 | 0 | 0 | 0 | 0 | | | | | | 0 |
| SEMINAR INVITATIONS MAILED | 0 | 2175 | 269 | 0 | 0 | 0 | 0 | | | | | | 2444 |
| CORPORATE BRIEFINGS CONDUCTED | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| SEMINARS ATTENDED BY REAL ESTATE TEAM STAFF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| NETWORKING MEETINGS ATTENDED | 0 | 0 | 1 | 0 | 1 | 0 | 0 | | | | | | 2 |
| LETTERS MAILED TO MANAGEMENT COMPANIES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| CITY OF DALLAS BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| WALKER SETTLEMENT BONUSES PAID | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |
| LANDLORDS WHO REFUSE TO LEASE TO S8 CLIENTS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | 0 |

Appendix 424

| JULY | | |
|---|---|---|
| 07/18/11 | Landlord Workshop conducted at the Dallas Housing Authority (Lone Star Dr). Landlord Recruiter Sharon Lawson facilitated. | Twelve Seven(27) prospects participated. |
| 07/27/11 | Landlord Workshop conducted at the Dallas Housing Authority (Lone Star Dr). Landlord Recruiter Sharon Lawson facilitated. | Twenty-One (21) prospects participated |