|  |  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = |
|---|---|---|---|---|---|---|
| City of Dallas |  | 25.80% | 17.80% |  |  | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 168.03 | Dallas | 33.97% | 4.70% | FALSE | No | NOT |
| 168.04 | Dallas | 75.95% | 4.50% | FALSE | No | NOT |
| 169.01 | Dallas | 97.12% | 27.65% | FALSE | No | NOT |
| 169.02 | Dallas | 44.14% | 17.42% | FALSE | No | NOT |
| 169.03 | Dallas | 23.32% | 19.06% | FALSE | No | NOT |
| 170.01 | Dallas | 11.50% | 12.44% | TRUE | No | PW |
| 170.03 | Dallas | 6.07% | 11.40% | TRUE | No | PW |
| 170.04 | Dallas | 6.62% | 15.62% | TRUE | No | PW |
| 171.01 | Dallas | 13.47% | 12.09% | TRUE | No | PW |
| 171.02 | Dallas | 22.57% | 14.46% | TRUE | No | PW |
| 172.01 | Dallas | 26.46% | 12.92% | TRUE | No | PW |
| 172.02 | Dallas | 19.26% | 12.02% | TRUE | No | PW |
| 173.01 | Dallas | 12.72% | 8.42% | TRUE | No | PW |
| 173.03 | Dallas | 14.16% | 3.41% | TRUE | No | PW |
| 173.04 | Dallas | 18.00% | 1.06% | TRUE | No | PW |
| 173.05 | Dallas | 18.05% | 1.85% | TRUE | No | PW |
| 173.06 | Dallas | 15.16% | 5.35% | TRUE | No | PW |
| 174 | Dallas | 10.41% | 7.24% | TRUE | No | PW |
| 175 | Dallas | 17.07% | 4.56% | TRUE | No | PW |
| 176.02 | Dallas | 9.67% | 10.44% | TRUE | No | PW |
| 176.03 | Dallas | 35.49% | 8.84% | FALSE | No | NOT |
| 176.04 | Dallas | 15.01% | 15.20% | TRUE | No | PW |
| 177.02 | Dallas | 15.89% | 9.74% | TRUE | No | PW |
| 177.03 | Dallas | 6.75% | 10.02% | TRUE | No | PW |
| 177.04 | Dallas | 14.64% | 12.01% | TRUE | No | PW |
| 178.04 | Dallas | 9.10% | 6.79% | TRUE | No | PW |
| 178.05 | Dallas | 22.96% | 10.95% | TRUE | No | PW |
| 178.06 | Dallas | 9.08% | 12.34% | TRUE | No | PW |
| 178.07 | Dallas | 11.75% | 7.87% | TRUE | No | PW |
| 178.08 | Dallas | 10.36% | 5.81% | TRUE | No | PW |
| 178.11 | Dallas | 6.31% | 2.51% | TRUE | No | PW |
| 178.12 | Dallas | 10.83% | 2.21% | TRUE | No | PW |
| 178.13 | Dallas | 15.75% | 7.39% | TRUE | No | PW |
| 178.14 | Dallas | 7.82% | 4.47% | TRUE | No | PW |
| 179 | Dallas | 4.99% | 9.08% | TRUE | No | PW |
| 180.01 | Dallas | 8.31% | 4.92% | TRUE | No | PW |
| 180.02 | Dallas | 8.80% | 7.09% | TRUE | No | PW |
| 181.04 | Dallas | 8.56% | 3.87% | TRUE | No | PW |
| 181.05 | Dallas | 14.85% | 11.68% | TRUE | No | PW |
| 181.1 | Dallas | 3.66% | 4.33% | TRUE | No | PW |
| 181.11 | Dallas | 17.87% | 6.49% | TRUE | No | PW |

7 county eligible tracts                10/16/2006                10

| | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with Income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 181.16 | Dallas | 9.44% | 3.40% | TRUE | No | PW |
| 181.17 | Dallas | 8.67% | 3.76% | TRUE | No | PW |
| 181.18 | Dallas | 17.08% | 7.77% | TRUE | No | PW |
| 181.19 | Dallas | 20.04% | 8.07% | TRUE | No | PW |
| 181.2 | Dallas | 15.30% | 1.55% | TRUE | No | PW |
| 181.21 | Dallas | 15.65% | 4.94% | TRUE | No | PW |
| 181.22 | Dallas | 4.44% | 6.35% | TRUE | No | PW |
| 181.23 | Dallas | 12.66% | 2.08% | TRUE | No | PW |
| 181.24 | Dallas | 8.76% | 2.67% | TRUE | No | PW |
| 181.25 | Dallas | 10.95% | 2.42% | TRUE | No | PW |
| 181.26 | Dallas | 12.88% | 5.40% | TRUE | No | PW |
| 181.27 | Dallas | 9.02% | 8.86% | TRUE | No | PW |
| 181.28 | Dallas | 23.94% | 13.94% | TRUE | No | PW |
| 181.29 | Dallas | 9.49% | 4.30% | TRUE | No | PW |
| 181.3 | Dallas | 18.83% | 4.45% | TRUE | No | PW |
| 181.31 | Dallas | 14.89% | 6.86% | TRUE | No | PW |
| 181.32 | Dallas | 13.06% | 3.94% | TRUE | No | PW |
| 182.03 | Dallas | 26.85% | 10.24% | FALSE | No | NOT |
| 182.04 | Dallas | 23.11% | 22.87% | FALSE | No | NOT |
| 182.05 | Dallas | 16.23% | 12.43% | TRUE | No | PW |
| 182.06 | Dallas | 7.46% | 13.60% | TRUE | No | PW |
| 183 | Dallas | 5.66% | 10.50% | TRUE | No | PW |
| 184.01 | Dallas | 11.98% | 17.87% | FALSE | No | NOT |
| 184.02 | Dallas | 5.34% | 5.96% | TRUE | No | PW |
| 184.03 | Dallas | 26.50% | 13.61% | FALSE | No | NOT |
| 185.01 | Dallas | 6.68% | 7.16% | TRUE | No | PW |
| 185.03 | Dallas | 49.21% | 19.20% | FALSE | No | NOT |
| 185.04 | Dallas | 47.11% | 12.42% | FALSE | No | NOT |
| 186 | Dallas | 3.26% | 9.62% | TRUE | No | PW |
| 187 | Dallas | 3.43% | 16.90% | TRUE | No | PW |
| 188.01 | Dallas | 8.33% | 7.44% | TRUE | No | PW |
| 188.02 | Dallas | 12.37% | 23.36% | FALSE | No | NOT |
| 189 | Dallas | 9.45% | 8.40% | TRUE | No | PW |
| 190.04 | Dallas | 8.71% | 6.83% | TRUE | No | PW |
| 190.1 | Dallas | 7.99% | 7.10% | TRUE | No | PW |
| 190.12 | Dallas | 10.58% | 6.12% | TRUE | No | PW |
| 190.13 | Dallas | 3.94% | 25.51% | FALSE | No | NOT |
| 190.14 | Dallas | 13.42% | 10.07% | TRUE | No | PW |
| 190.16 | Dallas | 21.88% | 14.36% | TRUE | No | PW |
| 190.18 | Dallas | 25.59% | 6.60% | TRUE | No | PW |
| 190.19 | Dallas | 25.52% | 13.93% | TRUE | No | PW |

7 county eligible tracts          10/16/2006          11

| | | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|---|
| City of Dallas | | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 190.2 | Dallas | 6.98% | 2.91% | TRUE | No | PW |
| 190.21 | Dallas | 8.74% | 4.27% | TRUE | No | PW |
| 190.23 | Dallas | 2.86% | 1.96% | TRUE | No | PW |
| 190.24 | Dallas | 10.83% | 3.52% | TRUE | No | PW |
| 190.25 | Dallas | 14.49% | 3.56% | TRUE | No | PW |
| 190.26 | Dallas | 8.45% | 7.53% | TRUE | No | PW |
| 190.27 | Dallas | 14.72% | 8.45% | TRUE | No | PW |
| 190.28 | Dallas | 13.10% | 1.79% | TRUE | No | PW |
| 190.29 | Dallas | 13.69% | 3.21% | TRUE | No | PW |
| 190.3 | Dallas | 5.76% | 3.50% | TRUE | No | PW |
| 190.31 | Dallas | 6.53% | 6.42% | TRUE | No | PW |
| 190.32 | Dallas | 5.60% | 11.70% | TRUE | No | PW |
| 190.33 | Dallas | 7.34% | 23.24% | FALSE | No | NOT |
| 190.34 | Dallas | 30.84% | 17.27% | FALSE | No | NOT |
| 190.35 | Dallas | 34.21% | 9.54% | FALSE | No | NOT |
| 190.36 | Dallas | 3.33% | 1.42% | TRUE | No | PW |
| 190.37 | Dallas | 6.48% | 6.64% | TRUE | No | PW |
| 191 | Dallas | 8.04% | 7.93% | TRUE | No | PW |
| 192.02 | Dallas | 10.78% | 9.02% | TRUE | No | PW |
| 192.03 | Dallas | 1.77% | 6.29% | TRUE | No | PW |
| 192.04 | Dallas | 10.61% | 11.63% | TRUE | No | PW |
| 192.05 | Dallas | 0.50% | 1.30% | TRUE | No | PW |
| 192.06 | Dallas | 2.45% | 17.27% | TRUE | No | PW |
| 192.08 | Dallas | 14.75% | 23.20% | FALSE | No | NOT |
| 192.09 | Dallas | 6.71% | 34.48% | FALSE | No | NOT |
| 192.1 | Dallas | 1.06% | 1.74% | TRUE | No | PW |
| 192.11 | Dallas | 4.54% | 5.04% | TRUE | No | PW |
| 193.01 | Dallas | 0.14% | 4.08% | TRUE | No | PW |
| 193.02 | Dallas | 4.39% | 15.09% | TRUE | No | PW |
| 194 | Dallas | 1.14% | 7.96% | TRUE | No | PW |
| 195.01 | Dallas | 0.25% | 3.24% | TRUE | No | PW |
| 195.02 | Dallas | 0.19% | 1.87% | TRUE | No | PW |
| 196 | Dallas | 0.12% | 3.07% | TRUE | No | PW |
| 197 | Dallas | 0.09% | 5.05% | TRUE | No | PW |
| 198 | Dallas | 0.69% | 2.70% | TRUE | No | PW |
| 199 | Dallas | 1.67% | 17.81% | TRUE | No | PW |
| 201.01 | Denton | 1.81% | 8.03% | TRUE | No | PW |
| 201.02 | Denton | 1.87% | 9.96% | TRUE | No | PW |
| 202.01 | Denton | 1.73% | 5.82% | TRUE | No | PW |
| 202.02 | Denton | 1.04% | 5.64% | TRUE | No | PW |
| 203.01 | Denton | 0.83% | 7.67% | TRUE | No | PW |

7 county eligible tracts                          10/16/2006                          12

|  |  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = 671 |
|---|---|---|---|---|---|---|
| City of Dallas |  | 25.80% | 17.80% |  |  |  |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 203.03 | Denton | 0.42% | 5.50% | TRUE | No | PW |
| 203.04 | Denton | 1.67% | 5.84% | TRUE | No | PW |
| 203.05 | Denton | 1.23% | 2.05% | TRUE | No | PW |
| 204.01 | Denton | 6.94% | 9.47% | TRUE | No | PW |
| 204.02 | Denton | 2.91% | 2.27% | TRUE | No | PW |
| 204.03 | Denton | 1.40% | 10.55% | TRUE | No | PW |
| 205.01 | Denton | 7.89% | 9.99% | TRUE | No | PW |
| 205.02 | Denton | 2.36% | 6.34% | TRUE | No | PW |
| 206.01 | Denton | 14.88% | 23.36% | FALSE | No | NOT |
| 206.02 | Denton | 7.88% | 10.12% | TRUE | No | PW |
| 207 | Denton | 8.31% | 32.74% | FALSE | No | NOT |
| 208 | Denton | 6.09% | 20.37% | FALSE | No | NOT |
| 209 | Denton | 13.57% | 37.25% | FALSE | No | NOT |
| 210 | Denton | 9.94% | 34.72% | FALSE | No | NOT |
| 211 | Denton | 9.56% | 39.30% | FALSE | No | NOT |
| 212 | Denton | 27.89% | 24.45% | FALSE | No | NOT |
| 213.01 | Denton | 9.06% | 21.81% | FALSE | No | NOT |
| 213.02 | Denton | 4.75% | 7.77% | TRUE | No | PW |
| 214.01 | Denton | 3.70% | 9.40% | TRUE | No | PW |
| 214.02 | Denton | 4.26% | 1.93% | TRUE | No | PW |
| 214.03 | Denton | 1.95% | 6.92% | TRUE | No | PW |
| 215.02 | Denton | 2.85% | 10.41% | TRUE | No | PW |
| 215.04 | Denton | 1.07% | 0.39% | TRUE | No | PW |
| 215.05 | Denton | 6.78% | 1.14% | TRUE | No | PW |
| 215.06 | Denton | 3.87% | 2.78% | TRUE | No | PW |
| 215.08 | Denton | 5.49% | 2.89% | TRUE | No | PW |
| 215.09 | Denton | 5.74% | 3.64% | TRUE | No | PW |
| 215.1 | Denton | 3.73% | 3.04% | TRUE | No | PW |
| 215.11 | Denton | 3.44% | 0.67% | TRUE | No | PW |
| 216.01 | Denton | 7.05% | 13.99% | TRUE | No | PW |
| 216.03 | Denton | 5.47% | 3.04% | TRUE | No | PW |
| 216.04 | Denton | 5.35% | 3.29% | TRUE | No | PW |
| 216.05 | Denton | 9.71% | 2.38% | TRUE | No | PW |
| 216.06 | Denton | 5.29% | 3.44% | TRUE | No | PW |
| 216.1 | Denton | 13.94% | 7.13% | TRUE | Yes | NOT |
| 216.11 | Denton | 6.53% | 0.80% | TRUE | No | PW |
| 216.12 | Denton | 4.51% | 2.11% | TRUE | No | PW |
| 216.13 | Denton | 13.97% | 13.57% | TRUE | No | PW |
| 216.14 | Denton | 5.63% | 2.55% | TRUE | No | PW |
| 216.15 | Denton | 3.97% | 5.74% | TRUE | No | PW |
| 216.16 | Denton | 13.12% | 6.96% | TRUE | No | PW |

7 county eligible tracts        10/16/2006        13

|  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = 671 |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% |  |  |  |
| 2000 U.S. Census tract | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| County |
| 216.17 Denton | 13.25% | 5.68% | TRUE | No | PW |
| 217.03 Denton | 6.95% | 2.61% | TRUE | No | PW |
| 217.05 Denton | 2.12% | 0.94% | TRUE | No | PW |
| 217.07 Denton | 3.43% | 2.55% | TRUE | No | PW |
| 217.09 Denton | 3.68% | 2.11% | TRUE | No | PW |
| 217.1 Denton | 7.38% | 3.43% | TRUE | No | PW |
| 217.11 Denton | 9.11% | 7.09% | TRUE | No | PW |
| 217.12 Denton | 8.95% | 5.56% | TRUE | No | PW |
| 217.13 Denton | 7.20% | 7.73% | TRUE | No | PW |
| 217.14 Denton | 2.22% | 1.96% | TRUE | No | PW |
| 301 Collin | 0.29% | 6.12% | TRUE | No | PW |
| 302 Collin | 0.62% | 5.96% | TRUE | No | PW |
| 303 Collin | 2.76% | 7.40% | TRUE | No | PW |
| 304.01 Collin | 3.36% | 2.87% | TRUE | No | PW |
| 304.02 Collin | 4.47% | 6.95% | TRUE | No | PW |
| 305.01 Collin | 3.16% | 1.52% | TRUE | No | PW |
| 305.02 Collin | 5.65% | 0.05% | TRUE | No | PW |
| 305.03 Collin | 1.61% | 1.58% | TRUE | No | PW |
| 306.01 Collin | 2.01% | 2.11% | TRUE | No | PW |
| 306.02 Collin | 7.94% | 5.93% | TRUE | No | PW |
| 307 Collin | 10.04% | 16.93% | TRUE | No | PW |
| 308 Collin | 6.74% | 11.02% | TRUE | No | PW |
| 309 Collin | 20.92% | 26.49% | FALSE | No | NOT |
| 310.01 Collin | 1.07% | 7.84% | TRUE | No | PW |
| 310.02 Collin | 0.56% | 9.67% | TRUE | No | PW |
| 311 Collin | 4.89% | 8.65% | TRUE | No | PW |
| 312 Collin | 1.57% | 8.25% | TRUE | No | PW |
| 313.03 Collin | 3.03% | 2.87% | TRUE | No | PW |
| 313.04 Collin | 1.24% | 3.71% | TRUE | No | PW |
| 313.05 Collin | 5.24% | 2.07% | TRUE | No | PW |
| 313.06 Collin | 3.43% | 3.54% | TRUE | No | PW |
| 313.07 Collin | 10.46% | 3.25% | TRUE | No | PW |
| 314.01 Collin | 1.67% | 2.80% | TRUE | No | PW |
| 314.03 Collin | 4.46% | 2.20% | TRUE | No | PW |
| 314.04 Collin | 6.52% | 1.71% | TRUE | No | PW |
| 315.03 Collin | 2.77% | 2.83% | TRUE | No | PW |
| 315.04 Collin | 3.55% | 1.44% | TRUE | No | PW |
| 315.05 Collin | 4.11% | 1.81% | TRUE | No | PW |
| 315.06 Collin | 5.23% | 8.01% | TRUE | No | PW |
| 316.11 Collin | 10.31% | 4.21% | TRUE | No | PW |
| 316.12 Collin | 2.45% | 3.35% | TRUE | No | PW |

7 county eligible tracts          10/16/2006          14

| | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = 671 |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 316.13 | Collin | 2.72% | 1.38% | TRUE | No | PW |
| 316.2 | Collin | 4.31% | 3.51% | TRUE | No | PW |
| 316.21 | Collin | 5.22% | 5.34% | TRUE | No | PW |
| 316.22 | Collin | 3.82% | 3.47% | TRUE | No | PW |
| 316.23 | Collin | 2.48% | 13.41% | TRUE | No | PW |
| 316.24 | Collin | 5.38% | 15.66% | TRUE | No | PW |
| 316.25 | Collin | 3.31% | 2.83% | TRUE | No | PW |
| 316.26 | Collin | 2.04% | 1.37% | TRUE | No | PW |
| 316.27 | Collin | 3.33% | 2.74% | TRUE | No | PW |
| 316.28 | Collin | 5.05% | 2.94% | TRUE | No | PW |
| 316.29 | Collin | 5.29% | 2.00% | TRUE | No | PW |
| 316.3 | Collin | 4.96% | 1.82% | TRUE | No | PW |
| 316.31 | Collin | 9.21% | 6.75% | TRUE | No | PW |
| 316.32 | Collin | 5.73% | 4.37% | TRUE | No | PW |
| 316.33 | Collin | 5.88% | 2.45% | TRUE | No | PW |
| 316.34 | Collin | 5.32% | 1.41% | TRUE | No | PW |
| 316.35 | Collin | 9.67% | 5.59% | TRUE | No | PW |
| 316.36 | Collin | 3.21% | 2.38% | TRUE | No | PW |
| 316.37 | Collin | 4.07% | 3.03% | TRUE | No | PW |
| 316.38 | Collin | 3.24% | 1.01% | TRUE | No | PW |
| 316.39 | Collin | 6.33% | 2.35% | TRUE | No | PW |
| 316.4 | Collin | 4.58% | 1.40% | TRUE | No | PW |
| 316.41 | Collin | 4.21% | 0.13% | TRUE | No | PW |
| 316.42 | Collin | 3.64% | 0.57% | TRUE | No | PW |
| 316.43 | Collin | 3.15% | 2.85% | TRUE | No | PW |
| 316.44 | Collin | 5.96% | 0.95% | TRUE | No | PW |
| 316.45 | Collin | 2.52% | 0.60% | TRUE | No | PW |
| 316.46 | Collin | 2.95% | 2.27% | TRUE | No | PW |
| 316.47 | Collin | 5.66% | 0.97% | TRUE | No | PW |
| 316.48 | Collin | 4.10% | 4.25% | TRUE | No | PW |
| 316.49 | Collin | 1.53% | 2.33% | TRUE | No | PW |
| 316.5 | Collin | 5.21% | 2.18% | TRUE | No | PW |
| 316.51 | Collin | 4.05% | 1.33% | TRUE | No | PW |
| 316.52 | Collin | 5.05% | 3.23% | TRUE | No | PW |
| 316.53 | Collin | 4.31% | 2.12% | TRUE | No | PW |
| 317.03 | Collin | 5.74% | 3.38% | TRUE | No | PW |
| 317.04 | Collin | 6.05% | 3.73% | TRUE | No | PW |
| 317.05 | Collin | 7.39% | 5.41% | TRUE | No | PW |
| 317.06 | Collin | 3.15% | 1.34% | TRUE | No | PW |
| 317.07 | Collin | 6.45% | 5.28% | TRUE | No | PW |
| 317.08 | Collin | 3.92% | 5.93% | TRUE | No | PW |

7 county eligible tracts                    10/16/2006                    15

70

**Appendix 503**

|  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = 671 |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% |  |  |  |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 317.09 | Collin | 4.16% | 4.01% | TRUE | No | PW |
| 317.1 | Collin | 7.57% | 8.99% | TRUE | No | PW |
| 318.02 | Collin | 5.59% | 6.03% | TRUE | No | PW |
| 318.03 | Collin | 2.12% | 2.55% | TRUE | No | PW |
| 318.04 | Collin | 2.37% | 14.63% | TRUE | No | PW |
| 318.05 | Collin | 1.70% | 2.68% | TRUE | No | PW |
| 319 | Collin | 12.08% | 26.07% | FALSE | No | NOT |
| 320.03 | Collin | 7.20% | 17.54% | TRUE | No | PW |
| 320.04 | Collin | 7.26% | 7.62% | TRUE | No | PW |
| 320.05 | Collin | 6.30% | 3.87% | TRUE | No | PW |
| 320.07 | Collin | 9.20% | 11.22% | TRUE | No | PW |
| 320.08 | Collin | 6.38% | 2.08% | TRUE | No | PW |
| 320.09 | Collin | 5.46% | 0.46% | TRUE | No | PW |
| 401 | Rockwall | 2.09% | 1.89% | TRUE | No | PW |
| 402 | Rockwall | 0.63% | 5.89% | TRUE | No | PW |
| 403.01 | Rockwall | 6.37% | 2.51% | TRUE | No | PW |
| 403.02 | Rockwall | 5.44% | 5.81% | TRUE | No | PW |
| 404 | Rockwall | 4.62% | 7.15% | TRUE | No | PW |
| 405.01 | Rockwall | 1.46% | 3.96% | TRUE | No | PW |
| 405.02 | Rockwall | 1.53% | 5.64% | TRUE | No | PW |
| 502.01 | Kaufman | 2.29% | 3.97% | TRUE | No | PW |
| 502.02 | Kaufman | 7.31% | 3.42% | TRUE | No | PW |
| 503 | Kaufman | 10.30% | 14.26% | TRUE | No | PW |
| 504 | Kaufman | 9.36% | 16.83% | TRUE | No | PW |
| 505 | Kaufman | 88.88% | 30.19% | FALSE | No | NOT |
| 506 | Kaufman | 5.24% | 8.66% | TRUE | No | PW |
| 507.01 | Kaufman | 5.06% | 8.25% | TRUE | No | PW |
| 507.02 | Kaufman | 4.40% | 8.76% | TRUE | No | PW |
| 508 | Kaufman | 3.84% | 4.15% | TRUE | No | PW |
| 510 | Kaufman | 20.24% | 16.62% | TRUE | No | PW |
| 511 | Kaufman | 7.86% | 14.25% | TRUE | No | PW |
| 512 | Kaufman | 3.34% | 9.76% | TRUE | No | PW |
| 513 | Kaufman | 4.44% | 12.84% | TRUE | No | PW |
| 601.01 | Ellis | 10.17% | 7.69% | TRUE | No | PW |
| 601.02 | Ellis | 2.82% | 9.29% | TRUE | No | PW |
| 602.03 | Ellis | 3.98% | 2.66% | TRUE | No | PW |
| 602.04 | Ellis | 9.02% | 4.79% | TRUE | No | PW |
| 602.05 | Ellis | 2.43% | 2.38% | TRUE | No | PW |
| 602.06 | Ellis | 2.96% | 10.44% | TRUE | No | PW |
| 602.07 | Ellis | 4.99% | 2.96% | TRUE | No | PW |
| 603 | Ellis | 5.96% | 9.68% | TRUE | No | PW |

7 county eligible tracts                   10/16/2006                   16

| City of Dallas | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| | 25.80% | 17.80% | | | 671 |

| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
|---|---|---|---|---|---|---|
| 604 | Ellis | 58.28% | 24.37% | FALSE | No | NOT |
| 605 | Ellis | 7.46% | 18.88% | FALSE | No | NOT |
| 606 | Ellis | 11.02% | 8.45% | TRUE | No | PW |
| 607 | Ellis | 3.44% | 9.70% | TRUE | No | PW |
| 608 | Ellis | 1.49% | 3.75% | TRUE | No | PW |
| 609 | Ellis | 3.02% | 5.07% | TRUE | No | PW |
| 610 | Ellis | 17.68% | 9.21% | TRUE | No | PW |
| 611 | Ellis | 2.64% | 13.18% | TRUE | No | PW |
| 612 | Ellis | 8.87% | 11.95% | TRUE | No | PW |
| 613 | Ellis | 1.68% | 9.96% | TRUE | No | PW |
| 614 | Ellis | 2.52% | 7.54% | TRUE | No | PW |
| 615 | Ellis | 14.27% | 13.44% | TRUE | No | PW |
| 616 | Ellis | 28.04% | 19.37% | FALSE | No | NOT |
| 617 | Ellis | 1.76% | 11.38% | TRUE | No | PW |
| 1001.01 | Tarrant | 2.47% | 15.03% | TRUE | No | PW |
| 1001.02 | Tarrant | 2.00% | 13.30% | TRUE | No | PW |
| 1002.01 | Tarrant | 0.77% | 13.43% | TRUE | No | PW |
| 1002.02 | Tarrant | 0.56% | 23.64% | FALSE | No | NOT |
| 1003 | Tarrant | 16.31% | 25.06% | FALSE | No | NOT |
| 1004 | Tarrant | 1.12% | 23.00% | FALSE | No | NOT |
| 1005.01 | Tarrant | 10.10% | 29.88% | FALSE | No | NOT |
| 1005.02 | Tarrant | 1.08% | 20.25% | FALSE | No | NOT |
| 1006.01 | Tarrant | 0.41% | 8.64% | TRUE | No | PW |
| 1006.02 | Tarrant | 18.05% | 10.78% | TRUE | No | PW |
| 1007 | Tarrant | 0.64% | 19.81% | FALSE | No | NOT |
| 1008 | Tarrant | 1.66% | 14.60% | TRUE | No | PW |
| 1009 | Tarrant | 0.68% | 20.28% | FALSE | No | NOT |
| 1010 | Tarrant | 31.37% | 44.32% | FALSE | No | NOT |
| 1011 | Tarrant | 44.38% | 15.61% | FALSE | No | NOT |
| 1012.01 | Tarrant | 4.87% | 16.71% | TRUE | No | PW |
| 1012.02 | Tarrant | 7.87% | 15.40% | TRUE | No | PW |
| 1013.01 | Tarrant | 25.37% | 12.51% | TRUE | No | PW |
| 1013.02 | Tarrant | 43.69% | 21.95% | FALSE | No | NOT |
| 1014.01 | Tarrant | 28.70% | 6.40% | FALSE | No | NOT |
| 1014.02 | Tarrant | 25.74% | 20.73% | FALSE | No | NOT |
| 1014.03 | Tarrant | 39.16% | 25.70% | FALSE | No | NOT |
| 1015 | Tarrant | 16.22% | 15.29% | TRUE | No | PW |
| 1016 | Tarrant | 40.40% | 47.80% | FALSE | No | NOT |
| 1017 | Tarrant | 67.54% | 60.12% | FALSE | No | NOT |
| 1018 | Tarrant | 20.07% | 29.93% | FALSE | No | NOT |
| 1019 | Tarrant | 4.34% | 13.75% | TRUE | No | PW |

7 county eligible tracts    10/16/2006    17

| | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |

| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
|---|---|---|---|---|---|---|
| 1020 | Tarrant | 2.05% | 32.71% | FALSE | No | NOT |
| 1021 | Tarrant | 7.31% | 12.01% | TRUE | No | PW |
| 1022.01 | Tarrant | 2.44% | 7.33% | TRUE | No | PW |
| 1022.02 | Tarrant | 2.22% | 5.54% | TRUE | No | PW |
| 1023.01 | Tarrant | 8.66% | 17.19% | TRUE | No | PW |
| 1023.02 | Tarrant | 6.15% | 11.27% | TRUE | No | PW |
| 1024.01 | Tarrant | 19.03% | 9.39% | TRUE | No | PW |
| 1024.02 | Tarrant | 3.03% | 4.82% | TRUE | No | PW |
| 1025 | Tarrant | 81.79% | 32.45% | FALSE | No | NOT |
| 1026 | Tarrant | 9.60% | 17.40% | TRUE | No | PW |
| 1027 | Tarrant | 2.07% | 8.89% | TRUE | No | PW |
| 1028 | Tarrant | 5.82% | 5.75% | TRUE | No | PW |
| 1029 | Tarrant | 25.29% | 30.73% | FALSE | No | NOT |
| 1030 | Tarrant | 5.74% | 33.74% | FALSE | No | NOT |
| 1031 | Tarrant | 41.32% | 44.47% | FALSE | No | NOT |
| 1033 | Tarrant | 71.34% | 33.75% | FALSE | No | NOT |
| 1034 | Tarrant | 66.93% | 50.66% | FALSE | No | NOT |
| 1035 | Tarrant | 22.71% | 30.22% | FALSE | No | NOT |
| 1036.01 | Tarrant | 84.69% | 52.69% | FALSE | No | NOT |
| 1036.02 | Tarrant | 92.00% | 20.79% | FALSE | No | NOT |
| 1037.01 | Tarrant | 28.44% | 34.83% | FALSE | No | NOT |
| 1037.02 | Tarrant | 63.93% | 23.21% | FALSE | No | NOT |
| 1038 | Tarrant | 83.90% | 38.15% | FALSE | No | NOT |
| 1039 | Tarrant | 73.82% | 44.13% | FALSE | No | NOT |
| 1040 | Tarrant | 11.79% | 36.66% | FALSE | No | NOT |
| 1041 | Tarrant | 5.80% | 24.56% | FALSE | No | NOT |
| 1042.01 | Tarrant | 2.22% | 10.24% | TRUE | No | PW |
| 1042.02 | Tarrant | 1.94% | 12.55% | TRUE | No | PW |
| 1043 | Tarrant | 3.25% | 14.61% | TRUE | No | PW |
| 1044 | Tarrant | 2.04% | 16.67% | TRUE | No | PW |
| 1045.02 | Tarrant | 23.79% | 25.29% | FALSE | No | NOT |
| 1045.03 | Tarrant | 0.74% | 24.85% | FALSE | No | NOT |
| 1045.04 | Tarrant | 7.39% | 18.57% | FALSE | No | NOT |
| 1045.05 | Tarrant | 88.64% | 24.37% | FALSE | No | NOT |
| 1046.01 | Tarrant | 62.45% | 35.91% | FALSE | No | NOT |
| 1046.02 | Tarrant | 43.56% | 31.73% | FALSE | No | NOT |
| 1046.03 | Tarrant | 25.27% | 25.54% | FALSE | No | NOT |
| 1046.04 | Tarrant | 66.17% | 28.82% | FALSE | No | NOT |
| 1046.05 | Tarrant | 75.19% | 20.66% | FALSE | No | NOT |
| 1047 | Tarrant | 1.40% | 22.33% | FALSE | No | NOT |
| 1048.01 | Tarrant | 1.98% | 21.40% | FALSE | No | NOT |

7 county eligible tracts            10/16/2006            18

73

**Appendix 506**

|  |  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = |
|---|---|---|---|---|---|---|
| City of Dallas |  | 25.80% | 17.80% |  |  | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 1048.02 | Tarrant | 8.42% | 25.19% | FALSE | No | NOT |
| 1049 | Tarrant | 4.39% | 14.70% | TRUE | No | PW |
| 1050.01 | Tarrant | 4.24% | 15.65% | TRUE | No | PW |
| 1050.05 | Tarrant | 3.46% | 8.34% | TRUE | No | PW |
| 1050.06 | Tarrant | 26.08% | 9.94% | FALSE | No | NOT |
| 1051 | Tarrant | 9.52% | 13.21% | TRUE | No | PW |
| 1052.01 | Tarrant | 12.40% | 20.93% | FALSE | No | NOT |
| 1052.03 | Tarrant | 4.81% | 4.23% | TRUE | No | PW |
| 1052.04 | Tarrant | 19.63% | 18.80% | FALSE | No | NOT |
| 1052.05 | Tarrant | 23.90% | 29.26% | FALSE | No | NOT |
| 1053 | Tarrant | 3.05% | 14.24% | TRUE | No | PW |
| 1054.03 | Tarrant | 0.92% | 14.47% | TRUE | No | PW |
| 1054.04 | Tarrant | 1.25% | 2.89% | TRUE | No | PW |
| 1054.05 | Tarrant | 9.97% | 6.96% | TRUE | No | PW |
| 1054.06 | Tarrant | 3.57% | 3.60% | TRUE | No | PW |
| 1055.02 | Tarrant | 9.17% | 6.73% | TRUE | No | PW |
| 1055.03 | Tarrant | 8.50% | 4.68% | TRUE | No | PW |
| 1055.05 | Tarrant | 10.97% | 8.20% | TRUE | No | PW |
| 1055.06 | Tarrant | 10.94% | 14.24% | TRUE | No | PW |
| 1055.07 | Tarrant | 4.64% | 4.34% | TRUE | No | PW |
| 1055.08 | Tarrant | 12.84% | 6.66% | TRUE | No | PW |
| 1055.1 | Tarrant | 21.20% | 4.86% | TRUE | No | PW |
| 1055.11 | Tarrant | 23.51% | 3.21% | TRUE | No | PW |
| 1055.12 | Tarrant | 12.18% | 2.71% | TRUE | No | PW |
| 1056 | Tarrant | 4.17% | 9.26% | TRUE | No | PW |
| 1057.01 | Tarrant | 8.82% | 6.71% | TRUE | No | PW |
| 1057.03 | Tarrant | 19.29% | 4.31% | TRUE | No | PW |
| 1057.04 | Tarrant | 34.71% | 10.71% | FALSE | No | NOT |
| 1058 | Tarrant | 7.09% | 17.83% | FALSE | No | NOT |
| 1059 | Tarrant | 35.65% | 28.01% | FALSE | No | NOT |
| 1060.01 | Tarrant | 29.09% | 9.63% | FALSE | No | NOT |
| 1060.02 | Tarrant | 79.04% | 9.92% | FALSE | No | NOT |
| 1060.04 | Tarrant | 46.67% | 15.25% | FALSE | No | NOT |
| 1061.01 | Tarrant | 65.74% | 19.27% | FALSE | No | NOT |
| 1061.02 | Tarrant | 27.92% | 24.76% | FALSE | No | NOT |
| 1062.01 | Tarrant | 92.59% | 32.87% | FALSE | No | NOT |
| 1062.02 | Tarrant | 82.15% | 43.93% | FALSE | No | NOT |
| 1063 | Tarrant | 95.73% | 28.43% | FALSE | No | NOT |
| 1064 | Tarrant | 21.39% | 20.81% | FALSE | No | NOT |
| 1065.02 | Tarrant | 37.09% | 13.59% | FALSE | No | NOT |
| 1065.03 | Tarrant | 42.88% | 12.04% | FALSE | No | NOT |

7 county eligible tracts          10/16/2006          19

|  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% |  |  | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with Income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 1065.07 | Tarrant | 16.54% | 6.07% | TRUE | No | PW |
| 1065.08 | Tarrant | 16.59% | 9.46% | TRUE | No | PW |
| 1065.09 | Tarrant | 14.21% | 11.17% | TRUE | No | PW |
| 1065.1 | Tarrant | 11.54% | 2.05% | TRUE | No | NOT |
| 1065.11 | Tarrant | 35.39% | 9.06% | FALSE | No | NOT |
| 1065.12 | Tarrant | 39.43% | 8.30% | FALSE | No | NOT |
| 1065.13 | Tarrant | 53.48% | 7.64% | FALSE | No | PW |
| 1065.14 | Tarrant | 24.43% | 8.34% | TRUE | No | NOT |
| 1065.15 | Tarrant | 54.83% | 25.12% | FALSE | No | NOT |
| 1065.16 | Tarrant | 61.19% | 19.90% | FALSE | No | NOT |
| 1066 | Tarrant | 6.66% | 24.62% | FALSE | No | NOT |
| 1067 | Tarrant | 1.83% | 9.17% | TRUE | No | PW |
| 1101.01 | Tarrant | 3.51% | 7.89% | TRUE | No | PW |
| 1101.02 | Tarrant | 2.80% | 13.71% | TRUE | No | PW |
| 1102.02 | Tarrant | 1.40% | 12.83% | TRUE | No | PW |
| 1102.03 | Tarrant | 5.13% | 5.12% | TRUE | No | PW |
| 1102.04 | Tarrant | 1.07% | 6.36% | TRUE | No | PW |
| 1103.01 | Tarrant | 2.54% | 15.02% | TRUE | No | PW |
| 1103.02 | Tarrant | 1.02% | 15.41% | TRUE | No | PW |
| 1104.01 | Tarrant | 0.86% | 9.39% | TRUE | No | NOT |
| 1104.02 | Tarrant | 0.43% | 23.10% | FALSE | No | PW |
| 1105 | Tarrant | 0.77% | 12.38% | TRUE | No | PW |
| 1106.01 | Tarrant | 4.24% | 9.13% | TRUE | No | PW |
| 1106.02 | Tarrant | 0.00% | 2.47% | TRUE | No | PW |
| 1107.01 | Tarrant | 2.79% | 14.96% | TRUE | No | PW |
| 1107.03 | Tarrant | 3.73% | 16.19% | TRUE | No | PW |
| 1107.04 | Tarrant | 6.36% | 14.83% | TRUE | No | PW |
| 1108.01 | Tarrant | 6.08% | 1.98% | TRUE | No | PW |
| 1108.04 | Tarrant | 3.51% | 3.02% | TRUE | No | PW |
| 1109.01 | Tarrant | 1.41% | 3.15% | TRUE | No | PW |
| 1109.03 | Tarrant | 3.50% | 6.06% | TRUE | No | PW |
| 1109.05 | Tarrant | 3.56% | 3.09% | TRUE | No | PW |
| 1109.06 | Tarrant | 1.75% | 4.76% | TRUE | No | PW |
| 1109.07 | Tarrant | 3.80% | 3.78% | TRUE | No | PW |
| 1110.03 | Tarrant | 8.51% | 5.84% | TRUE | No | PW |
| 1110.05 | Tarrant | 24.52% | 6.84% | TRUE | No | PW |
| 1110.08 | Tarrant | 0.64% | 5.12% | TRUE | No | PW |
| 1110.09 | Tarrant | 4.18% | 4.42% | TRUE | No | PW |
| 1110.1 | Tarrant | 1.11% | 6.94% | TRUE | No | PW |
| 1110.11 | Tarrant | 23.53% | 4.01% | TRUE | No | PW |
| 1110.12 | Tarrant | 25.76% | 2.91% | TRUE | No | PW |

7 county eligible tracts          10/16/2006          20

75

Appendix 508

| | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 1110.13 Tarrant | 1.30% | 7.97% | TRUE | No | PW |
| 1110.14 Tarrant | 1.23% | 3.70% | TRUE | No | PW |
| 1111.01 Tarrant | 45.85% | 17.35% | FALSE | No | NOT |
| 1111.02 Tarrant | 73.91% | 13.76% | FALSE | No | NOT |
| 1112.01 Tarrant | 2.35% | 5.26% | TRUE | No | PW |
| 1112.02 Tarrant | 27.94% | 9.93% | FALSE | No | NOT |
| 1113.01 Tarrant | 4.84% | 11.52% | TRUE | No | PW |
| 1113.03 Tarrant | 2.23% | 0.19% | TRUE | No | PW |
| 1113.04 Tarrant | 4.49% | 3.70% | TRUE | No | PW |
| 1113.05 Tarrant | 4.36% | 5.82% | TRUE | No | PW |
| 1113.06 Tarrant | 8.48% | 9.21% | TRUE | No | PW |
| 1114.01 Tarrant | 4.24% | 4.02% | TRUE | No | PW |
| 1114.02 Tarrant | 8.75% | 2.22% | TRUE | No | PW |
| 1114.04 Tarrant | 9.99% | 6.17% | TRUE | No | PW |
| 1114.05 Tarrant | 1.27% | 11.88% | TRUE | No | PW |
| 1115.05 Tarrant | 2.94% | 7.34% | TRUE | No | PW |
| 1115.06 Tarrant | 13.30% | 8.10% | TRUE | No | PW |
| 1115.13 Tarrant | 22.93% | 1.22% | TRUE | No | PW |
| 1115.14 Tarrant | 21.16% | 2.16% | TRUE | No | PW |
| 1115.16 Tarrant | 16.00% | 6.50% | TRUE | No | PW |
| 1115.18 Tarrant | 16.57% | 3.32% | TRUE | No | PW |
| 1115.19 Tarrant | 16.41% | 2.96% | TRUE | No | PW |
| 1115.21 Tarrant | 25.52% | 8.30% | TRUE | No | PW |
| 1115.22 Tarrant | 14.27% | 6.33% | TRUE | No | PW |
| 1115.23 Tarrant | 27.80% | 8.42% | FALSE | No | NOT |
| 1115.24 Tarrant | 25.01% | 12.30% | TRUE | No | PW |
| 1115.25 Tarrant | 15.27% | 13.32% | TRUE | No | PW |
| 1115.26 Tarrant | 9.55% | 5.50% | TRUE | No | PW |
| 1115.27 Tarrant | 8.13% | 5.70% | TRUE | No | PW |
| 1115.29 Tarrant | 5.64% | 1.88% | TRUE | No | PW |
| 1115.3 Tarrant | 5.39% | 1.54% | TRUE | No | PW |
| 1115.31 Tarrant | 6.20% | 3.18% | TRUE | No | PW |
| 1115.32 Tarrant | 7.07% | 4.77% | TRUE | No | PW |
| 1115.33 Tarrant | 7.30% | 4.86% | TRUE | No | PW |
| 1115.34 Tarrant | 7.19% | 3.03% | TRUE | No | PW |
| 1115.36 Tarrant | 35.46% | 12.76% | FALSE | No | NOT |
| 1115.37 Tarrant | 26.45% | 8.04% | FALSE | No | NOT |
| 1115.38 Tarrant | 24.11% | 4.24% | TRUE | No | PW |
| 1115.39 Tarrant | 20.69% | 0.44% | TRUE | No | PW |
| 1115.4 Tarrant | 20.45% | 3.08% | TRUE | No | PW |
| 1115.41 Tarrant | 19.31% | 2.59% | TRUE | No | PW |

7 county eligible tracts                 10/16/2006                                21

76

Appendix 509

| | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |

| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
|---|---|---|---|---|---|---|
| 1115.42 | Tarrant | 20.25% | 3.50% | TRUE | No | PW |
| 1115.43 | Tarrant | 21.09% | 3.48% | TRUE | No | PW |
| 1115.44 | Tarrant | 15.97% | 1.84% | TRUE | No | PW |
| 1115.45 | Tarrant | 5.52% | 3.48% | TRUE | No | PW |
| 1115.46 | Tarrant | 6.99% | 2.71% | TRUE | No | PW |
| 1130.01 | Tarrant | 10.42% | 7.01% | TRUE | No | PW |
| 1130.02 | Tarrant | 22.82% | 23.94% | FALSE | No | NOT |
| 1131.01 | Tarrant | 11.55% | 4.76% | TRUE | No | PW |
| 1131.02 | Tarrant | 11.00% | 2.12% | TRUE | No | PW |
| 1131.03 | Tarrant | 20.88% | 4.79% | TRUE | No | PW |
| 1131.04 | Tarrant | 12.85% | 3.80% | TRUE | No | PW |
| 1131.07 | Tarrant | 3.00% | 1.74% | TRUE | No | PW |
| 1131.08 | Tarrant | 2.35% | 1.62% | TRUE | No | PW |
| 1131.09 | Tarrant | 15.63% | 6.65% | TRUE | No | PW |
| 1131.1 | Tarrant | 19.01% | 9.39% | TRUE | No | PW |
| 1131.11 | Tarrant | 36.42% | 20.94% | FALSE | No | NOT |
| 1131.12 | Tarrant | 18.54% | 13.46% | TRUE | No | PW |
| 1132.06 | Tarrant | 2.75% | 6.79% | TRUE | No | PW |
| 1132.07 | Tarrant | 1.49% | 1.01% | TRUE | No | PW |
| 1132.1 | Tarrant | 2.15% | 4.22% | TRUE | No | PW |
| 1132.12 | Tarrant | 2.27% | 6.70% | TRUE | No | PW |
| 1132.13 | Tarrant | 2.12% | 4.00% | TRUE | No | PW |
| 1132.14 | Tarrant | 3.05% | 2.68% | TRUE | No | PW |
| 1132.15 | Tarrant | 2.41% | 3.99% | TRUE | No | PW |
| 1132.16 | Tarrant | 2.55% | 2.47% | TRUE | No | PW |
| 1132.17 | Tarrant | 3.14% | 8.33% | TRUE | No | PW |
| 1132.18 | Tarrant | 1.06% | 0.80% | TRUE | No | PW |
| 1132.19 | Tarrant | 4.76% | 9.49% | TRUE | No | PW |
| 1133.01 | Tarrant | 0.67% | 5.82% | TRUE | No | PW |
| 1133.02 | Tarrant | 2.14% | 8.28% | TRUE | No | PW |
| 1134.03 | Tarrant | 1.94% | 3.98% | TRUE | No | PW |
| 1134.04 | Tarrant | 3.57% | 5.98% | TRUE | No | PW |
| 1134.05 | Tarrant | 5.27% | 8.25% | TRUE | No | PW |
| 1134.07 | Tarrant | 10.38% | 14.39% | TRUE | No | PW |
| 1134.08 | Tarrant | 2.24% | 4.76% | TRUE | No | PW |
| 1135.07 | Tarrant | 4.02% | 3.19% | TRUE | No | PW |
| 1135.09 | Tarrant | 4.74% | 10.77% | TRUE | No | PW |
| 1135.1 | Tarrant | 6.17% | 5.42% | TRUE | No | PW |
| 1135.11 | Tarrant | 5.06% | 5.79% | TRUE | No | PW |
| 1135.12 | Tarrant | 4.07% | 3.60% | TRUE | No | PW |
| 1135.13 | Tarrant | 4.58% | 5.89% | TRUE | No | PW |

7 county eligible tracts                    10/16/2006                    22

| City of Dallas | City of Dallas % Black | City of Dallas % below poverty | | | # of PW tracts = |
|---|---|---|---|---|---|
| City of Dallas | 25.80% | 17.80% | | | 671 |
| 2000 U.S. Census tract | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| County | | | | | |
| 1135.14 Tarrant | 12.18% | 15.52% | TRUE | No | PW |
| 1135.15 Tarrant | 7.26% | 4.06% | TRUE | No | PW |
| 1135.16 Tarrant | 3.15% | 6.86% | TRUE | No | PW |
| 1136.07 Tarrant | 3.51% | 4.25% | TRUE | No | PW |
| 1136.1 Tarrant | 1.45% | 2.31% | TRUE | No | PW |
| 1136.11 Tarrant | 1.81% | 0.30% | TRUE | No | PW |
| 1136.12 Tarrant | 1.64% | 0.89% | TRUE | No | PW |
| 1136.13 Tarrant | 2.01% | 7.58% | TRUE | No | PW |
| 1136.18 Tarrant | 3.83% | 2.48% | TRUE | No | PW |
| 1136.19 Tarrant | 15.15% | 10.20% | TRUE | No | PW |
| 1136.2 Tarrant | 2.70% | 5.62% | TRUE | No | PW |
| 1136.21 Tarrant | 1.26% | 0.94% | TRUE | No | PW |
| 1136.22 Tarrant | 1.40% | 0.91% | TRUE | No | PW |
| 1136.23 Tarrant | 2.11% | 1.81% | TRUE | No | PW |
| 1136.24 Tarrant | 2.82% | 0.94% | TRUE | No | PW |
| 1136.25 Tarrant | 1.39% | 3.20% | TRUE | No | PW |
| 1136.26 Tarrant | 1.60% | 3.21% | TRUE | No | PW |
| 1136.27 Tarrant | 4.96% | 4.83% | TRUE | No | PW |
| 1136.28 Tarrant | 5.78% | 7.68% | TRUE | No | PW |
| 1136.29 Tarrant | 3.24% | 1.92% | TRUE | No | PW |
| 1136.3 Tarrant | 6.62% | 8.85% | TRUE | No | PW |
| 1137.03 Tarrant | 2.23% | 8.72% | TRUE | No | PW |
| 1137.05 Tarrant | 4.62% | 9.69% | TRUE | No | PW |
| 1137.06 Tarrant | 2.52% | 1.01% | TRUE | No | PW |
| 1137.07 Tarrant | 0.60% | 0.61% | TRUE | No | PW |
| 1137.08 Tarrant | 1.83% | 3.50% | TRUE | No | PW |
| 1138.03 Tarrant | 2.62% | 2.63% | TRUE | No | PW |
| 1138.06 Tarrant | 2.39% | 0.66% | TRUE | No | PW |
| 1138.07 Tarrant | 1.82% | 2.30% | TRUE | No | PW |
| 1138.08 Tarrant | 2.36% | 3.95% | TRUE | No | PW |
| 1138.09 Tarrant | 1.77% | 5.01% | TRUE | No | PW |
| 1138.1 Tarrant | 2.22% | 3.71% | TRUE | No | PW |
| 1138.11 Tarrant | 1.85% | 6.39% | TRUE | No | PW |
| 1139.04 Tarrant | 5.03% | 4.77% | TRUE | No | PW |
| 1139.06 Tarrant | 2.10% | 1.99% | TRUE | No | PW |
| 1139.07 Tarrant | 0.79% | 1.74% | TRUE | No | PW |
| 1139.08 Tarrant | 1.27% | 1.52% | TRUE | No | PW |
| 1139.09 Tarrant | 1.44% | 1.96% | TRUE | No | PW |
| 1139.1 Tarrant | 0.39% | 1.26% | TRUE | No | PW |
| 1139.11 Tarrant | 0.71% | 1.21% | TRUE | No | PW |
| 1139.12 Tarrant | 1.73% | 2.48% | TRUE | No | PW |

|  |  | City of Dallas % Black | City of Dallas % below poverty |  |  | # of PW tracts = 671 |
|---|---|---|---|---|---|---|
| City of Dallas |  | 25.80% | 17.80% |  |  |  |
| 2000 U.S. Census tract | County | % Black or African American SF1 Table P7 | % with income in 1999 below poverty level Table P87 | Meets 2001 population requirements for Predominantly White | Does DHA public housing disqualify otherwise eligible tract? | If "Predominantly White" for Settlement Voucher eligibility, then "PW", if not, then NOT |
| 1139.13 | Tarrant | 1.76% | 4.23% | TRUE | No | PW |
| 1139.14 | Tarrant | 2.84% | 2.13% | TRUE | No | PW |
| 1139.15 | Tarrant | 6.16% | 3.02% | TRUE | No | PW |
| 1139.16 | Tarrant | 4.89% | 3.16% | TRUE | No | PW |
| 1140.01 | Tarrant | 1.72% | 4.67% | TRUE | No | PW |
| 1140.03 | Tarrant | 2.61% | 3.85% | TRUE | No | PW |
| 1140.05 | Tarrant | 2.22% | 4.30% | TRUE | No | PW |
| 1140.06 | Tarrant | 1.06% | 9.24% | TRUE | No | PW |
| 1141.01 | Tarrant | 1.46% | 6.05% | TRUE | No | PW |
| 1141.02 | Tarrant | 0.89% | 3.48% | TRUE | No | PW |
| 1142.02 | Tarrant | 2.07% | 9.05% | TRUE | No | PW |
| 1142.03 | Tarrant | 0.33% | 9.12% | TRUE | No | PW |
| 1142.04 | Tarrant | 0.31% | 8.04% | TRUE | No | PW |
| 1142.05 | Tarrant | 0.03% | 11.57% | TRUE | No | PW |
| 1216.01 | Tarrant | 8.99% | 7.95% | TRUE | No | PW |
| 1216.04 | Tarrant | 12.20% | 13.29% | TRUE | No | PW |
| 1216.05 | Tarrant | 4.15% | 10.31% | TRUE | No | PW |
| 1216.06 | Tarrant | 5.39% | 4.92% | TRUE | No | PW |
| 1216.08 | Tarrant | 4.36% | 2.41% | TRUE | No | PW |
| 1216.09 | Tarrant | 4.78% | 0.88% | TRUE | No | PW |
| 1216.1 | Tarrant | 7.73% | 6.71% | TRUE | No | PW |
| 1216.11 | Tarrant | 11.87% | 3.23% | TRUE | No | PW |
| 1217.02 | Tarrant | 9.13% | 24.83% | FALSE | No | NOT |
| 1217.03 | Tarrant | 14.22% | 27.44% | FALSE | No | NOT |
| 1217.04 | Tarrant | 11.25% | 21.19% | FALSE | No | NOT |
| 1219.01 | Tarrant | 27.78% | 20.47% | FALSE | No | NOT |
| 1219.02 | Tarrant | 18.30% | 27.35% | FALSE | No | NOT |
| 1220 | Tarrant | 9.88% | 16.86% | TRUE | No | PW |
| 1221 | Tarrant | 6.91% | 9.63% | TRUE | No | PW |
| 1222 | Tarrant | 11.50% | 33.92% | FALSE | No | NOT |
| 1223 | Tarrant | 11.69% | 34.46% | FALSE | No | NOT |
| 1224 | Tarrant | 12.89% | 33.11% | FALSE | No | NOT |
| 1225 | Tarrant | 4.11% | 7.77% | TRUE | No | PW |
| 1226 | Tarrant | 4.63% | 6.74% | TRUE | No | PW |
| 1227 | Tarrant | 14.38% | 16.68% | TRUE | No | PW |
| 1228 | Tarrant | 17.58% | 25.96% | FALSE | No | NOT |
| 1229 | Tarrant | 12.00% | 13.05% | TRUE | No | PW |

7 county eligible tracts     10/16/2006     24

# EXHIBIT "2"

**DALLAS HOUSING AUTHORITY**
Walker Settlement Program - 2007

**Sources**

| | |
|---|---:|
| Mobility Counseling Funds | 1,807,351 |
| Regional Opportunity Counseling Funds | 1,167,000 |
| Additional Administrative Fees | 1,000,000 |
| | 3,974,351 |
| **Total Sources of Funds** | **3,974,351** |

**Expenditures**
Mobility Counseling Staff

| Title | Allocation | | |
|---|---:|---:|---|
| Vice President | 10% | 7,000 | existing |
| Director Applications | 5% | 3,283 | existing |
| Accountant/ Senior | 5% | 2,553 | |
| Program Coordinator | 100% | 31,500 | existing |
| Administrative Assistant | 100% | 22,000 | temp/new |
| Real Estate Specialist | 100% | 22,000 | existing |
| Inspector | 100% | 29,880 | temp/new |
| Inspector | 100% | 29,880 | temp/new |
| Mobility Counselor/ Case Mgr | 100% | 29,120 | temp/new |
| Mobility Counselor/Case Mgr | 100% | 29,120 | temp/new |
| Mobility Counselor/Case Mgr | 100% | 35,328 | existing |
| Mobility Counselor/Case Mgr | 100% | 32,522 | existing |
| Mobility Counselor/Case Mgr | 100% | 30,893 | existing |
| Accounting Clerk | 100% | 27,000 | temp/new |
| Accounting Clerk | 100% | 27,000 | temp/new |
| Clerical Support/ Ap & As | 100% | 21,632 | temp/new |
| Eligibility Specialist/ Ap & As | 100% | 36,314 | existing |
| Eligibility Specialist/ Ap & As | 100% | 25,000 | temp/new |
| Eligibility Specialist/ Ap & As | 25% | 10,787 | existing |
| Data Entry Q/C | 100% | 25,000 | temp/new |
| Data Entry Q/C | 100% | 25,000 | temp/new |
| Playroom Attendant | 100% | 10,000 | temp/new |
| Driver / Tour Specialist (FT) | 100% | 25,000 | temp/new |
| Office Support Assistant | 100% | 20,000 | temp/new |
| Office Support Assistant | 100% | 20,000 | temp/new |
| Benefits | 100% | 165,169 | |
| | | **742,981** | |

**Administrative Expenses**

| | |
|---|---:|
| Legal | 100,000 |
| Training/Travel | 20,000 |
| Independent Audit | 25,000 |
| Annual Survey | 25,000 |
| Mileage | 5,000 |
| Telephone | 8,000 |
| Office Supplies | 25,000 |
| Playroom Supplies | 3,000 |

Appendix 514

|  |  |
|---|---:|
| Print/Reproduction | 30,000 |
| Postage/Courier | 15,000 |
| Marketing | 15,000 |
| Third Party Assessment | 25,000 |
| Program Administration Software | 20,000 |
| Management Fee | 75,000 |
| Criminal Background | 5,000 |
|  | **396,000** |
| **Utilities** | 13,250 |
|  | **13,250** |
| **Equipment and Maintenance** |  |
| Fuel and maintenance | 20,000 |
| Furniture | 55,000 |
| Equipment under 5000 | 50,000 |
| Playroom (Updates) | 5,000 |
| Multipassenger Vans  1 | 30,000 |
| Multipassenger Vans ( | 40,000 |
| Vehicles (Inspector) (2) | 96,000 |
| Copier and Maintenance | 2,000 |
| Total Equipment and Maintenance | **298,000** |
| **Mobility Incentives** |  |
| Application Fee Assistance | 100,000 |
| Security Deposit Assistance | 375,000 |
| Moving Assistance | 300,000 |
| Credit Counseling Assistance | 45,000 |
| Landlord Incentives | 670,319 |
| Total Mobility Incentives | **1,490,319** |
| **Total Uses of Funds** | **2,940,550** |
| Contingency/Reserve | 1033801 |