

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
Fort Worth Regional Office, Region VI
Office of Fair Housing & Equal Opportunity
801 Cherry Street, Unit #45, Ste. 2500
Fort Worth, TX 76102
Phone 1-888-560-8918 - Fax (817) 978-5876
www.hud.gov

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

September 30, 2010

Termeda Ussery, Chairperson
Board of Commissioners
Housing Authority of the City of Dallas
3939 Hampton Rd.
Dallas, TX 75212

RECEIVED
OCT 15 2010
DALLAS HOUSING AUTHORITY
COMPLIANCE DEPARTMENT

Dear Mr. Ussery:

SUBJECT: Limited Program Monitoring of the Low Rent Public Housing and Section 8 Housing Choice Voucher Programs for the Dallas Housing Authority

Representatives from the Fort Worth Regional Office of Fair Housing and Equal Opportunity (FHEO) conducted a limited monitoring review of the Dallas Housing Authority (DHA) on August 17-20, 2010. During the review, staff collected civil rights related data, examined the Authority's application and recording keeping procedures pertaining to DHA's Low Rent Public Housing (LIPH) and Section 8 Housing Choice Voucher Programs (HCVP), and interviewed DHA staff, including Ms. Mary Ann Russ, President/CEO, Mr. Troy Broussard, Sr. Vice President/COO and Ms. Ngochich Tran, Director of Compliance.

The DHA is required to administer its programs in accordance with civil rights-related program requirements and in a manner which affirmatively furthers fair housing and satisfies all applicable civil rights related certifications. [24 CFR Section 960.103 (b)(c)]. During the review the following areas were examined.

1. Management and Administration (24 C.F.R 1.4 (b)(2)(i), 24 C.F.R. 1.6 (b), 24 C.F.R 960.103(a)(b)(c)) and Civil Rights Certifications)
2. Outreach and Affirmatively Furthering Fair Housing (Handbooks 7465.1 Rev.2 and 7420.10G and 24 C.F.R. 960.103(b) and 24 C.F.R. Part 982)
3. Occupancy Review and Tenant Data (24 CFR Part 960.203, 960.204. 960.205; Handbook 7465.1, Rev. 2)
4. Equal Employment Opportunity and Training (Annual Contributions Contract; Handbooks 7401.1 and 7417.1).
5. Section 3 Employment and Business Opportunities (24 CFR Part 135).

Original: MaryAnn Russ
cc:   Troy Broussard
      Ngocbich Tran
      JoAnn Rodriguez
      Sam Grader

EXHIBIT
B-8

Appendix 529

## SUMMARY OF REVIEW OBSERVATIONS:

1. <u>Management and Administration-</u> (24 C.F.R 1.4 (b)(2)(i), 24 C.F.R. 1.6 (b), 24 C.F.R 960.103(a)(b)(c)) and Civil Rights Certifications)

### Observations

The DHA is operating under an Admissions and Occupancy Plan (ACOP) that was approved in May, 2010. The review found no indication that the DHA had failed to account for and document its compliance with its civil rights obligations. DHA files that were reviewed reveal consistency of application of rules and procedures.

### <u>Monitoring Conclusion and Recommendations</u> – Acceptable Performance

2. <u>Outreach and Affirmatively Furthering Fair Housing-</u> (Handbooks 7465.1 Rev.2 and 7420.10G and 24 C.F.R. 960.103(b) and 24 C.F.R. Part 982)

### Observations

The DHA conducts all outreach to potential participants for both the LIPH and the HCVP, in both English and other languages as dictated by the needs of the local market area. The DHA submitted records indicating a variety of methods to attract potential participants for both programs. The DHA conducted outreach to the cities of Dallas, Lancaster, Addison, and Mesquite to attract potential participants. On July 20-21, 2010, the DHA reopened its low-income public housing waiting list. The DHA mailed announcements to all social service providers that assist individuals with housing needs. The DHA announced the reopening of the waiting list in the Dallas Morning News on July 4-188, 2010, the La Subasta, (Spanish publication) on July 8, 2010, and the A Chau Thoi Bau (Vietnamese publication) on July 8, 2010. The DHA mailed the waiting list announcement to the Texas Housing Association and sent an email notification to all other housing authorities that operate in proximity to the DHA. It was noted during the review that DHA had assisted 305 elderly/disabled with making application. Additionally, the DHA has a team of bilingual interpreters available to assist persons with limited English speaking ability.

### <u>Monitoring Conclusion and Recommendation</u> – Acceptable Performance

**Appendix 530**

3. <u>Occupancy Review and Tenant Data</u> (24 CFR Part 960.203, 960.204. 960.205; Handbook 7465.1, Rev. 2)

<u>Observations</u>

The DHA operates approximately 4,841 units of LIPH at 27 sites. Specific LIPH sites are only available to high performing residents and Family Self Sufficiency Program participants. In accordance with its May, 2010 ACOP, DHA utilizes a PLAN "A", one-offer system in the selecting applicants for admission. Each applicant may either identify up to 3 DHA sites where they would prefer to live or accept the first available unit. Applicants are placed on applicable waiting lists. Applicants are removed from the waiting list once a unit is accepted or when determined to be ineligible for failure to meet screening criteria. The waiting list for LIPH was opened on July 20, 2010 and was closed on July 21, 2010.

The DHA administers approximately 12,932 HCVs. Applications for the HCV Program are selected in accordance with procedures outlined in the Housing Choice Voucher Program Guide. Applicants apply electronically either using personal, public, or DHA supplied computers. DHA staff is available to assist persons who cannot use computers. Applicants are assigned lottery numbers via a process that is administered by the University of Texas, Dallas. Applicants are selected for HCV in accordance with their assigned lottery number. Applicants have two days to accept an offer for an HCV. They are removed from the waiting list if they fail to do so. The HCV waiting list was closed on May 31, 2004.

Based on a review of (30) active public housing files, each file included the date and time of application; lottery number (if applicable) applicant's race and ethnicity, and eligibility determination.

The review found that DHA maintains appropriate information pertaining to occupancy characteristics for its programs in accordance with 24 C.F.R., Part §1.6 (b) and 24 C.F.R., Section 121.2. Of the 27 public housing developments owned and operated by the DHA, 20 (75%) are located in minority concentrated census tracts. Further analysis indicates that of the 4841 total LIPH units, 2,568 (53%) are located in minority concentrated census tracts and the remaining 2,273 (47%) are located in census tracts with less than a 50% minority population.

The file review of 15 evictions that were initiated between January, 2009 and June, 2010 revealed that each file contained the information to justify the eviction. 13 of the 15 evictions were Black tenants and 2 were White tenants.

<u>Monitoring Conclusion and Recommendation</u> – Acceptable Performance

Appendix 531



4. <u>Equal Employment Opportunity and Training</u> (Annual Contributions Contract; Handbooks 7401.1 and 7417.1)

Observations

The DHA should not discriminate against any employee or applicant for employment because of race, color, religion, sex, national origin, disability or age. DHA has not provided requested information regarding its personnel by title, salary, race/ethnicity, sex and handicap/disability.

<u>Monitoring Conclusion and Recommendation</u> – DHA should provide the requested information. Once received, an assessment will be conducted.

5. <u>Section 3 Employment and Business Opportunities</u> (24 CFR Part 135).

Section 3 of the Housing and Community Development Act of 1968 requires housing authorities and other recipients of HUD funding to provide employment opportunities to Section 3 area and public housing residents and requires contractors to do likewise. Section 3 also provides for contracting opportunities for Section 3 owned businesses or businesses that commit to employ Section 3 residents or utilize Section 3 owned subcontractors.

Based upon information provided, the DHA has adopted a Section 3 policy and has a designated Section 3 coordinator who is responsible for monitoring compliance. In 2009, DHA awarded $35,211,235.00 in construction and non-construction contracts. $ 29,708,206.00 (84%) of these contracts was awarded to Section 3 eligible businesses. The DHA has also formed a partnership with 24 non-profit groups to that provide training to public housing/Section 3 residents. Currently, 602 persons are participating in these training programs.

<u>Conclusion and Recommendations – Acceptable Performance</u>

Thank you very much for the cooperation that was extended to my staff during the monitoring review. Please feel free to contact me if you have any questions.

Sincerely,

Garry L. Sweeney, Director
Fort Worth Regional Office of
Fair Housing and Equal Opportunity
Region VI

Appendix 532