| Program Name | CFDA # | FY2000 | FY2001 | FY2002 | FY2003 | FY2004 | FY2005 | FY2006 | FY2007 | FY2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| S8 Substantial Rehabilitation | 14.182 | $381,953 | $388,354 | | | | | | | |
| S8 New Construction | 14.182 | $1,962,637 | $2,084,308 | | | | | | | |
| S8 Property Disposition | 14.195 | $3,949,337 | $3,978,073 | | | | | | | |
| S8 Housing Assistance Payments Program | 14.195 | | | | | | | | | |
| S8 Moderate Rehabilitation Single Room O | 14.249 | $375,722 | $395,967 | $491,517 | $447,881 | $403,655 | $420,769 | $472,014 | $497,890 | $258,690 |
| S8 Rental Voucher Program | 14.855 | $66,707,992 | | | | | | | | |
| S8 Moderate Rehabilitation Program | 14.856 | $900,057 | $969,492 | $959,243 | $596,735 | | | | | $270,141 |
| S8 Rental Certificate Program | 14.857 | $5,701,990 | | | | | | | | |
| S8 Rental Certificate Program | 14.871 | | $2,555,910 | | | | | | | |
| S8 Rental Voucher Program | 14.871 | | $81,521,498 | | | | | | | |
| S8 Housing Choice Vouchers | 14.871 | | | $107,398,807 | $136,333,013 | $149,873,329 | $142,332,190 | $150,532,956 | $142,320,409 | $97,865,376 |
| Housing Choice Voucher-VASH | 14.VASH | | | | | | | | | $9,569 |
| Mortgage Insurance-Rental & Cooperative | 14.134 | | | | | | | | | |
| Supportive Housing | 14.181 | | | | | | | | | $781,516 |
| Supportive Housing | 14.879 | | | | | | | | $685,856 | |
| Supportive Housing | 14.235 | | | | | | | $67,734 | $82,616 | $63,745 |
| Shelter Plus Care | 14.238 | | | | | | | | | |
| New Approach Anti-Drug Grant | 14.312 | $1,090,558 | $186,124 | | | | | | | |
| Drug Elimination Program | 14.854 | | $1,095,984 | | | | | | | |
| Public & Indian Housing Drug Elimination P | 14.854 | | | $964,415 | $378,519 | | | | | |
| Safe Neighborhood Grants | 14.854 | $178,759 | $17,629 | | | | | | | |
| Economic Development and Supportive Ser | 14.864 | $192,969 | | | | | | | | |
| New Approach Anti-Drug Grant | 14.868 | | | | | | | | | |
| Economic Development and Supportive Ser | 14.870 | | $7,364 | $109,171 | $39,072 | | | | | |
| Resident Opportunity and Supportive Servic | 14.870 | $73,213 | $60,210 | $207,065 | $629,566 | $477,660 | $601,847 | $559,084 | $762,770 | $1,064,562 |
| Welfare to Work | 17.253 | $247,400 | $141,916 | | | | | | | |
| Multifamily Housing Service Coordinators | 14.191 | | $150,887 | $156,739 | $183,087 | $192,292 | $138,992 | $162,624 | $92,327 | $51,456 |
| Low Rent Public Housing Operating Subsid | 14.850 | $10,424,906 | $12,414,604 | $10,361,861 | $10,313,443 | $11,412,657 | $9,811,679 | $12,901,359 | $16,796,120 | $17,220,931 |
| Low Rent Public Housing Operating Subsid | 14.850a | | | | | | | | | |
| Development Program | 14.850 | $238,650 | $4,467,330 | $195,941 | $8,258,730 | $709,897 | | | | |
| Development Program | 14.850b | | | | | | | | | |
| Comprehensive Improvement Assistance P | 14.852 | $571,241 | | | | | | | | |
| Comprehensive Grant Program | 14.859 | $12,602,120 | | | | | | | | |
| Hope VI Urban Revitalization Demonstratio | 14.866 | $9,290,378 | $12,775,095 | $2,570,562 | $10,199,192 | $8,549,838 | $9,308,049 | $8,799,067 | $8,721,769 | $4,032,914 |
| Demolition and Revitalization of Severely D | 14.866 | | | | | | | | | |
| Comprehensive Grant Program | 14.872 | | $2,841,175 | | | | | | | |
| Public Housing Capital Fund | 14.872 | $1,000,000 | $8,568,902 | $7,825,529 | $6,325,739 | $4,269,380 | $4,271,402 | $4,340,419 | $4,010,419 | $7,153,610 |
| Capital Fund Recovery Grant | 14.885 | | | | | | | $8,705,829 | $2,371,906 | $2,767,774 |
| Disaster Voucher Program | 14.DVP | | | | | | | | | |



EXHIBIT B-9

Appendix 533

| Program | Code | | | | | | |
|---|---|---|---|---|---|---|---|
| FEMA Public Assistance | 97.036 | $115,889,882 | $134,620,822 | $131,240,850 | $173,704,977 | $175,888,708 | $167,967,427 |
| Katrina Disaster Housing Assistance Progr | 97.048 | | | | | | $157,538 |
| Katrina Disaster Housing Assistance Progr | 97.NA | | | | | | |
| DHAP | 97.049 | | | | | | $924,961 |
| DHAP | 97.109 | | | | | | |
| DHAP-IKE | DH.IKE | | | | | | |
| Total: | | $115,889,882 | $134,620,822 | $131,240,850 | $173,704,977 | $175,888,708 | $167,967,427 |

| | | |
|---|---|---|
| $220,738,487 | $176,769,335 | $137,719,500 |
| $31,910,914 | $105,805 | |
| $2,286,487 | | |
| | $321,448 | $6,179,066 |
| | | $150 |
| $220,738,487 | $176,769,335 | $137,719,500 |

Appendix 534

| FY2009 | FY2010 | Total |
|---|---|---|
| | | $770,307 |
| $5,690,019 | $4,885,516 | $4,046,945 |
| $265,378 | $240,252 | $7,927,410 |
| | | $10,575,535 |
| $254,598 | $230,914 | $4,269,735 |
| | | $66,707,992 |
| | | $4,181,180 |
| | | $5,701,990 |
| | | $2,555,910 |
| | | $61,521,498 |
| $143,699,027 | $162,275,413 | $1,232,630,520 |
| $406,402 | | $415,971 |
| | $14,481,760 | $14,481,760 |
| | $782,166 | $1,563,682 |
| | | $685,856 |
| $748,945 | | $748,945 |
| $44,217 | $50,335 | $308,647 |
| | | (illegible) |
| | | (illegible) |
| | | (illegible) |
| | | (illegible) |
| $584,773 | $277,627 | (illegible) |
| $104,418 | $105,110 | (illegible) |
| $17,961,049 | $21,054,688 | $105,683,977 |
| | | $44,989,320 |
| | | (illegible) |
| | | (illegible) |
| | | (illegible) |
| $11,261 | $12,802 | (illegible) |
| | | (illegible) |
| $12,204,734 | $7,132,945 | (illegible) |
| $3,423,678 | $5,391,615 | (illegible) |
| $1,032,690 | | $14,878,199 |

Appendix 535

