**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

### Work Statement for Year 1 FFY 2011

(shaded/hatched — no entries)

### Work Statement for Year 2012 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 3** | | |
| **Cedar Springs TX009000003** | | |
| **Cedar Springs Place** | | |
| 1. Upgrade sprinkler system | 1 | $50,000 |
| 2. Paint fence | 1 | $10,000 |
| **Cedar Springs Place Addition** | | |
| 1. Upgrade sprinkler system | 1 | $50,000 |
| Subtotal of Estimated Cost | | $110,000 |

### Work Statement for Year: 2013 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 3** | | |
| **Cedar Springs TX009000003** | | |
| **Cedar Springs Place** | | |
| **Cedar Springs Place Addition** | | |
| 1. Repair back fences | 220 | $100,000 |
| Subtotal of Estimated Cost | | $100,000 |

(4/2008)

form HUD-50075.2

Appendix 621

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 — Development Number/Name General Description of Major Work Categories | Work Statement for Year 2014 FFY — Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Work Statement for Year 2015 FFY — Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|---|---|---|---|
| | **AMP 3** | | | **AMP 3** | | |
| | **Cedar Springs TX009000003** | | | **Cedar Springs TX009000003** | | |
| | **Cedar Springs Place** | | | **Cedar Springs Place** | | |
| | | | | 1. Paint exterior | 1 | $300,000 |
| | **Cedar Springs Place Addition** | | | **Cedar Springs Place Addition** | | |
| | 1. Replace water heaters | 220 | $220,000 | 1. Replace roofs | 1 | $400,000 |
| | Subtotal of Estimated Cost | | $220,000 | Subtotal of Estimated Cost | | $700,000 |

(4/2008)

form HUD-50075.2

**Appendix 622**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

**Capital Fund Program—Five-Year Action Plan**

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011**

### Work Statement for Year: 2012 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 4** | | |
| **Wahoo Frazier TX009000004** | | |
| **Frazier Fellowship** | | |
| 1. Landscape | 1 | $10,000 |
| 2. Replace dumpster enclosure | 1 | $25,000 |
| **Wahoo Frazier** | | |
| 1. Landscape | 1 | $10,000 |
| 2. Replace dumpster enclosure | 1 | $25,000 |
| **Mill City Frazier** | | |
| 1. Landscape | 1 | $10,000 |
| 2. Replace dumpster enclosure | 1 | $25,000 |
| **Scattered Sites** | | |
| 1. Retaining wall at Sidewalk | 1 | $35,000 |
| | | |
| Subtotal of Estimated Cost | | $140,000 |

### Work Statement for Year: 2013 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 4** | | |
| **Wahoo Frazier TX009000004** | | |
| **Frazier Fellowship** | | |
| **Wahoo Frazier** | | |
| **Mill City Frazier** | | |
| **Scattered Sites** | | |
| 1. Update sprinkler system | 1 | $15,000 |
| | | |
| Subtotal of Estimated Cost | | $15,000 |

(4/2008)

form HUD-50075.2

**Appendix 623**

Case 3:11-cv-00354-O   Document 33-37   Filed 03/19/12   Page 4 of 41   PageID 2793

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

Capital Fund Program—Five-Year Action Plan

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011**

**Work Statement for Year 2014 FFY**

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 4** | | |
| **Wahoo Frazier TX009000004** | | |
| **Frazier Fellowship** | | |
| 1. Paint exterior | 1 | $100,000 |
| | | |
| **Wahoo Frazier** | | |
| 1. Landscape | 1 | $10,000 |
| | | |
| **Mill City Frazier** | | |
| 1. Landscape | 1 | $10,000 |
| | | |
| **Scattered Sites** | | |
| | | |
| Subtotal of Estimated Cost | | $120,000 |

**Work Statement for Year: 2015 FFY**

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 4** | | |
| **Wahoo Frazier TX009000004** | | |
| **Frazier Fellowship** | | |
| 1. Replace water heaters | 76 | $76,000 |
| 2. Replace appliances | 76 | $100,000 |
| | | |
| **Wahoo Frazier** | | |
| 1. Paint exterior | 1 | $180,000 |
| | | |
| **Mill City Frazier** | | |
| 1. Paint exterior | 1 | $180,000 |
| | | |
| **Scattered Sites** | | |
| 1. Paint exterior | 1 | $25,000 |
| | | |
| Subtotal of Estimated Cost | | $561,000 |

form HUD-50075.2

Appendix 624

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2012 FFY | | | Work Statement for Year: 2013 FFY | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| $85 $80000 $86059996 | **AMP 5** **Brackins Village** **TX009000005** 1. Paint exterior 2. Replace sprinkler system | 1 1 | $100,000 $80,000 | **AMP 5** **Brackins Village** **TX009000005** 1. Widen driveway | 1 | $50,000 |
| | **AMP 6** **Turner Courts** **TX009000006** | | | **AMP 6** **Turner Courts** **TX009000006** | | |
| | **AMP 7** **Rhoads Terrace** **TX009000007** | | | **AMP 7** **Rhoads Terrace** **TX009000007** | | |
| | Subtotal of Estimated Cost | | $180,000 | Subtotal of Estimated Cost | | $50,000 |

(4/2008)

Page 10 of 31

form HUD-50075.2

**Appendix 625**

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

### Work Statement for Year 1 FFY 2011

| | |
|---|---|
| $95 | |
| $0,00 | |
| $8,00/$0,00 | |

### Work Statement for Year 2014

| Development Number/Name General Description of Major Work Categories | Quantity FFY | Estimated Cost |
|---|---|---|
| AMP 5 **Brackins Village TX009000005** | | |
| 1. Paint office | 1 | $5,000 |
| 2. Install W.I. fence | 1 | $20,000 |
| AMP 6 **Turner Courts TX009000006** | | |
| AMP 7 **Rhoads Terrace TX009000007** | | |
| Subtotal of Estimated Cost | | $25,000 |

### Work Statement for Year 2015

| Development Number/Name General Description of Major Work Categories | Quantity FFY | Estimated Cost |
|---|---|---|
| AMP 5 **Brackins Village TX009000005** | | |
| 1. Concrete repair | 1 | $50,000 |
| 2. Replace HVAC | 1 | $310,000 |
| AMP 6 **Turner Courts TX009000006** | | |
| AMP 7 **Rhoads Terrace TX009000007** | | |
| Subtotal of Estimated Cost | | $360,000 |

(4/2008)

form HUD-50075.2

Appendix 626

**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | | Work Statement for Year FFY 2012 | | | Work Statement for Year FFY 2013 | | |
|---|---|---|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | | | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| | | | **AMP 8** | | | **AMP 8** | | |
| | | | **Hamptons at Lakewest TX009000008** | | | **Hamptons at Lakewest TX009000008** | | |
| | | | **Hamptons** | | | **Hamptons** | | |
| | | | 1. Replace carpet | | $100,000 | 1. Replace community room carpet | 1 | $45,000 |
| | | | 2. Landscaping | | $15,000 | | | |
| | | | **Kingbridge** | | | **Kingbridge** | | |
| | | | 1. Upgrade sprinkler system | 1 | $10,000 | 1. Replace appliances | 196 | $205,800 |
| | | | 2. Replace utility doors | | $25,000 | 2. Replace carpet | | $300,000 |
| | | | **Lakeview Townhomes** | | | **Lakeview Townhomes** | | |
| | | | **Villa Creek** | | | **Villa Creek** | | |
| | | | 1. Brick repair | | $50,000 | 1. Paint interiors | 152 | $80,000 |
| | | | 2. Replace carpet | 152 | $600,000 | 2. Ceramic tile in community room | 1 | $25,000 |
| | | | **Lakewest Village** | | | **Lakewest Village** | | |
| | | | 1. Replace Water Heaters | 50 | $24,000 | 1. Fence Replacement | 50 | $20,000 |
| | | | 2. Sprinkler System | 1 | $25,000 | 2. Restripe Fire Lanes | 1 | $6,000 |
| Subtotal of Estimated Cost | | | Subtotal of Estimated Cost | | $849,000 | Subtotal of Estimated Cost | | $681,800 |

**Appendix 627**

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year: 2014 FFY | | | Work Statement for Year: 2015 FFY | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| | **AMP 8** | | | **AMP 8** | | |
| | **Hamptons at Lakewest TX009000008** | | | **Hamptons at Lakewest TX009000008** | | |
| | **Hamptons** | | | **Hamptons** | | |
| | 1. Replace dumpsters | | $5,000 | 1. Paint exterior | 1 | $75,000 |
| | **Kingbridge** | | | **Kingbridge** | | |
| | 1. Replace HVAC | 196 | $250,000 | 1. Community room furniture | | $10,000 |
| | 2. Replace Kitchen cabinets | | $125,000 | 2. Paint exterior | | $175,000 |
| | **Lakeview Townhomes** | | | **Lakeview Townhomes** | | |
| | **Villa Creek** | | | **Villa Creek** | | |
| | 1. Replace appliances | 152 | $273,600 | 1. Paint exterior | 1 | $85,000 |
| | **Lakewest Village** | | | **Lakewest Village** | | |
| | 1. Secure AC units | 50 | $15,000 | 1. Landscape | 1 | $22,000 |
| | Subtotal of Estimated Cost | | $668,600 | Subtotal of Estimated Cost | | $367,000 |

(4/2008)

form HUD-50075.2

Appendix 628

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011**

| Work Statement for Year 2012 FFY | | | Work Statement for Year 2013 FFY | | |
|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| **AMP 9** **Park Manor TX009000009** | | | **AMP 9** **Park Manor TX009000009** | | |
| 1. Replace hall handrails | 1 | $75,000 | 1. Replace closets | 196 | $200,000 |
| **AMP 10** **Brooks Manor TX009000010** | | | **AMP 10** **Brooks Manor TX009000010** | | |
| 1. Replace hall handrails | 1 | $75,000 | 1. Upgrade sprinkler system | 1 | $30,000 |
| Subtotal of Estimated Cost | | $150,000 | Subtotal of Estimated Cost | | $230,000 |

Appendix 629

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | Work Statement for Year: 2014 | | | Work Statement for Year: 2015 | | |
|---|---|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | Estimated Cost | Development Number/Name General Description of Major Work Categories | FFY Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | FFY Quantity | Estimated Cost |
| See Annual Statement | | **AMP 9 Park Manor TX009000009** | | | **AMP 9 Park Manor TX009000009** | | |
| | | 1. Install Ceramic tile in hallways | 1 | $85,000 | 1. Paint common hallways | 1 | $40,000 |
| | | | | | 1. Remodel Kitchen | 196 | $1,500,000 |
| | | **AMP 10 Brooks Manor TX009000010** | | | **AMP 10 Brooks Manor TX009000010** | | |
| | | 1. Paint common area | 1 | $45,000 | 1. Landscape | 1 | $15,000 |
| | Subtotal of Estimated Cost | | Subtotal of Estimated Cost | $130,000 | | Subtotal of Estimated Cost | $1,555,000 |

(4/2008)

form HUD-50075.2

Appendix 630

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

**Capital Fund Program—Five-Year Action Plan**

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | Work Statement for Year 2 FFY 2012 | | | Work Statement for Year 3 FFY 2013 | | |
|---|---|---|---|---|---|---|---|
| | | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| | | **AMP 11** **Cliff Manor TX009000011** | | | **AMP 11** **Cliff Manor TX009000011** | | |
| | | 1. Replace bath faucets | 180 | $180,000 | 1. Replace floor tile common area | 1 | $165,000 |
| | | **AMP 12** **Audelia Manor TX009000012** | | | **AMP 12** **Audelia Manor TX009000012** | | |
| | | 1. Replace fence | 1 | $30,000 | 1. Replace ceiling tile | 1 | $45,000 |
| | | Subtotal of Estimated Cost | | $210,000 | Subtotal of Estimated Cost | | $210,000 |

(4/2008)

form HUD-50075.2

**Appendix 631**

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011** (reserved)

**Work Statement for Year 2 FFY 2012**

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 11** **Cliff Manor** **TX009000011** | | |
| 1. Replace bath faucets | 180 | $180,000 |
| **AMP 12** **Audelia Manor** **TX009000012** | | |
| 1. Replace fence | 1 | $30,000 |
| Subtotal of Estimated Cost | | $210,000 |

**Work Statement for Year 3 FFY 2013**

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| **AMP 11** **Cliff Manor** **TX009000011** | | |
| 1. Replace floor tile common area | 1 | $165,000 |
| **AMP 12** **Audelia Manor** **TX009000012** | | |
| 1. Replace ceiling tile | 1 | $45,000 |
| Subtotal of Estimated Cost | | $210,000 |

Appendix 631

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

Capital Fund Program—Five-Year Action Plan

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2014 | | | Work Statement for Year 2015 | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | FFY Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | FFY Quantity | Estimated Cost |
| See Annual | **AMP 11** **Cliff Manor** **TX009000011** | | | **AMP 11** **Cliff Manor** **TX009000011** | | |
| $840,000 | 1. Replace furniture | 1 | $15,000 | 1. Paint common areas | 1 | $45,000 |
| | | | | | | |
| | **AMP 12** **Audelia Manor** **TX009000012** | | | **AMP 12** **Audelia Manor** **TX009000012** | | |
| | 1. Replace garage ceiling | 1 | $5,000 | 1. Paint common areas | 1 | $45,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Subtotal of Estimated Cost | | $20,000 | Subtotal of Estimated Cost | | $90,000 |

(4/2008)

form HUD-50075.2

**Appendix 632**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

# Capital Fund Program—Five-Year Action Plan

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | | Work Statement for Year 2012 FFY | | | Work Statement for Year: 2013 FFY | | |
|---|---|---|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | | | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| See Subsequent | | | **AMP 13** | | | **AMP 13** | | |
| | | | **Barbara Jordan Square TX009000013** | | | **Barbara Jordan Square TX009000013** | | |
| | | | **Barbara Jordan** | | | **Barbara Jordan** | | |
| | | | 1. Update Kitchens | 100 | $800,000 | 1. Replace HVAC systems | 100 | $300,000 |
| | | | 2. Update Bathrooms | 100 | $500,000 | | | |
| | | | **Larimore Lane** | | | **Larimore Lane** | | |
| | | | 1. Replace HVAC | 21 | $63,000 | 1. Replace Kitchen Cabinets | 21 | $168,000 |
| | | | 2. Install Sprinkler System | 1 | $40,000 | | | |
| | | | Subtotal of Estimated Cost | | $1,403,000 | Subtotal of Estimated Cost | | $468,000 |

form HUD-50075.2

(4/2008)

**Appendix 633**

**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011**

### Work Statement for Year: 2014 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| AMP 13 | | |
| Barbara Jordan Square TX009000013 | | |
| Barbara Jordan | | |
| 1. Paint Exterior | 1 | $175,000 |
| | | |
| | | |
| | | |
| | | |
| Larimore Lane | | |
| 1. Paint Exterior | 1 | $75,000 |
| | | |
| | | |
| | | |
| | | |
| Subtotal of Estimated Cost | | $250,000 |

### Work Statement for Year: 2015 FFY

| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|
| AMP 13 | | |
| Barbara Jordan Square TX009000013 | | |
| Barbara Jordan | | |
| 1. Paint fence | 1 | $25,000 |
| | | |
| | | |
| | | |
| | | |
| Larimore Lane | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Subtotal of Estimated Cost | | $25,000 |

form HUD-50075.2

(4/2008)

Appendix 634

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

Capital Fund Program—Five-Year Action Plan

## Part II: Supporting Pages – Physical Needs Work Statement(s)

### Work Statement for Year 2012

| Development Number/Name<br>General Description of Major Work Categories | FFY Quantity | Estimated Cost |
|---|---|---|
| **AMP 14** | | |
| **Frankford Townhomes TX009000014** | | |
| **Frankford Townhomes** | | |
| 1. Replace sprinkler system | 1 | $80,000 |
| 2. Replace carpet | 76 | $200,000 |
| **Kelly Blvd** | | |
| 1. Replace sprinkler system | 1 | $40,000 |
| 2. Replace carpet | 19 | $100,000 |
| **Villas At Hillcrest** | | |
| Subtotal of Estimated Cost | | $420,000 |

### Work Statement for Year: 2013

| Development Number/Name<br>General Description of Major Work Categories | FFY Quantity | Estimated Cost |
|---|---|---|
| **AMP 14** | | |
| **Frankford Townhomes TX009000014** | | |
| **Frankford Townhomes** | | |
| 1. Remodel Kitchens | 76 | $608,000 |
| **Kelly Blvd** | | |
| **Villas At Hillcrest** | | |
| 1. Replace carpet | 40 | $100,000 |
| Subtotal of Estimated Cost | | $708,000 |

(4/2008)

form HUD-50075.2

Appendix 635

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

**Capital Fund Program—Five-Year Action Plan**

## Part II: Supporting Pages – Physical Needs Work Statement(s)

**Work Statement for Year 1 FFY 2011**

| Work Statement for Year 2014 FFY | | | Work Statement for Year 2015 FFY | | |
|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| AMP 14 | | | AMP 14 | | |
| Frankford Townhomes TX009000014 | | | Frankford Townhomes TX009000014 | | |
| Frankford Townhomes | | | Frankford Townhomes | | |
| 1. Replace water heaters | 76 | $100,000 | 1. Upgrade playground | 1 | $50,000 |
| | | | | | |
| Kelly Blvd | | | Kelly Blvd | | |
| 1. Remodel kitchens | 19 | $152,000 | | | |
| | | | | | |
| Villas At Hillcrest | | | Villas At Hillcrest | | |
| | | | 1. Paint exterior | 10 | $75,000 |
| | | | 2. Replace appliances | 40 | $80,000 |
| Subtotal of Estimated Cost | | $252,000 | Subtotal of Estimated Cost | | $205,000 |

(4/2008)

form HUD-50075.2

**Appendix 636**

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | | Work Statement for Year 2012 FFY | | | Work Statement for Year 2013 FFY | | |
|---|---|---|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| | | | **AMP 15** | | | **AMP 15** | | |
| | | | **Hidden Ridge TX009000015** | | | **Hidden Ridge TX009000015** | | |
| | | | **Hidden Ridge** | | | **Hidden Ridge** | | |
| | | | 1. Replace HVAC | 228 | $684,000 | 1. Replace carpet | 228 | $912,000 |
| | | | **Pebbles Apts.** | | | **Pebbles Apts.** | | |
| | | | 1. Paint exterior | 1 | $40,000 | | | |
| | | Subtotal of Estimated Cost | | | $724,000 | Subtotal of Estimated Cost | | $912,000 |

(4/2008)

form HUD-50075.2

Appendix 637

**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2014 FFY | | | Work Statement for Year: 2015 FFY | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| See Annual Statement | **AMP 15** | | | **AMP 15** | | |
| | **Hidden Ridge TX009000015** | | | **Hidden Ridge TX009000015** | | |
| | Hidden Ridge | | | Hidden Ridge | | |
| | 1. Paint exterior | 9 | $150,000 | 1. Upgrade Playgrounds | 1 | $50,000 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Pebbles Apts. | | | Pebbles Apts. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Subtotal of Estimated Cost | | $150,000 | Subtotal of Estimated Cost | | $50,000 |

(4/2008)

form HUD-50075.2

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2012 FFY — Development Number/Name / General Description of Major Work Categories | Quantity | Estimated Cost | Work Statement for Year 2013 FFY — Development Number/Name / General Description of Major Work Categories | Quantity | Estimated Cost |
|---|---|---|---|---|---|---|
| | AMP 16 | | | AMP 16 | | |
| | Scattered Sites TX009000016 | | | Scattered Sites TX009000016 | | |
| | 9-29 | | | 9-29 | | |
| | 1. Replace windows | 22 | $122,000 | 1. Replace carpet | 22 | $65,000 |
| | 2. Replace damaged siding | 22 | $127,000 | | | |
| | 9-30 | | | 9-30 | | |
| | 1. Replace windows | 20 | $100,000 | 1. Replace carpet | 20 | $65,000 |
| | 2. Replace damaged siding | 20 | $100,000 | | | |
| | 9-37 | | | 9-37 | | |
| | 1. Replace windows | 15 | $120,000 | 1. Replace carpet | 15 | $65,000 |
| | 2. Replace damaged siding | 15 | $50,000 | | | |
| | 9-40 | | | 9-40 | | |
| | 1. Replace windows | 18 | $100,000 | 1. Replace carpet | 18 | $85,000 |
| | 2. Replace damaged siding | 18 | $35,000 | | | |
| | Subtotal of Estimated Cost | | $754,000 | Subtotal of Estimated Cost | | $280,000 |

form HUD-50075.2

(4/2008)

Appendix 639

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

# Capital Fund Program—Five-Year Action Plan

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2014 FFY | | | Work Statement for Year 2015 FFY | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| See Appendix Subtotal | **AMP 16** **Scattered Sites TX009000016** | | | **AMP 16** **Scattered Sites TX009000016** | | |
| | **9-29** | | | **9-29** | | |
| | 1. Landscaping – sprinkler system | 22 | $132,000 | 1. Secure AC units | 22 | $42,000 |
| | 2. Replace water heaters | 22 | $76,000 | 2. Fence Repair | | $5,000 |
| | **9-30** | | | **9-30** | | |
| | 1. Landscaping – sprinkler system | 20 | $82,000 | 1. Secure AC units | 20 | $42,000 |
| | 2. Replace water heaters | 20 | $60,000 | 2. Fence Repair | | $5,000 |
| | **9-37** | | | **9-37** | | |
| | 1. Landscaping – sprinkler system | 15 | $80,000 | 1. Secure AC units | 15 | $42,000 |
| | 2. Replace water heaters | 15 | $76,000 | 2. Replace roofs | 15 | $105,000 |
| | | | | 2. Fence Repair | | $5,000 |
| | **9-40** | | | **9-40** | | |
| | 1. Landscaping – sprinkler system | 18 | $65,000 | 1. Replace roofs | 18 | $125,000 |
| | 2. Replace water heaters | 18 | $82,000 | 2. Fence Repair | | $5,000 |
| | Subtotal of Estimated Cost | | $653,000 | Subtotal of Estimated Cost | | $376,000 |

Appendix 640

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

Work Statement for Year 1 FFY 2011

| Work Statement for Year 2012 FFY | | | Work Statement for Year: 2013 FFY | | |
|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| **AMP 16 Scattered Sites TX009000016** | | | **AMP 16 Scattered Sites TX009000016** | | |
| 9-42 | | | 9-42 | | |
| 1. Replace windows | 14 | $2,500 | 1. Replace carpet | 14 | $59,000 |
| 2. Replace damaged siding | 14 | $36,600 | | | |
| | | | | | |
| **Conner Drive** | | | **Conner Drive** | | |
| 1. Paint Exterior | 11 | $30,000 | 1. Stripe Parking Lot | 1 | $6,000 |
| 2. Landscape | 11 | $10,000 | 2. Secure AC Units | 11 | $17,000 |
| | | | | | |
| **Military Parkway** | | | **Military Parkway** | | |
| 1. Paint Exterior | 25 | $50,000 | 1. Stripe Parking Lot | 1 | $6,000 |
| 2. Landscape | 1 | $10,000 | 2. Secure AC Units | 25 | $37,000 |
| | | | | | |
| Subtotal of Estimated Cost | | $139,100 | Subtotal of Estimated Cost | | $125,000 |

form HUD-50075.2

(4/2008)

Appendix 641

**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part II: Supporting Pages – Physical Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2014 FFY | | | Work Statement for Year 2015 FFY | | |
|---|---|---|---|---|---|---|
| | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost | Development Number/Name General Description of Major Work Categories | Quantity | Estimated Cost |
| | **AMP 16** | | | **AMP 16** | | |
| | **Scattered Sites TX009000016** | | | **Scattered Sites TX009000016** | | |
| | 9-42 | | | 9-42 | | |
| | 1. Landscaping – sprinkler system | 14 | $59,000 | 1. Replace roofs | 14 | $66,000 |
| | 2. Replace water heaters | 14 | $54,000 | 2. Fence Repair | | $5,000 |
| | **Conner Drive** | | | **Conner Drive** | | |
| | 1. Sprinkler System | 1 | $25,000 | 1. Paint Exterior | 11 | $75,000 |
| | 2. Replace Water Heaters | 11 | $20,000 | 2. Fence Repair | | $5,000 |
| | | | | | | |
| | **Military Parkway** | | | **Military Parkway** | | |
| | 1. Sprinkler System | 1 | $25,000 | 1. Paint Exterior | 25 | $125,000 |
| | 2. Replace Water Heaters | 25 | $30,000 | 2. Fence Repair | | $5,000 |
| | | | | | | |
| | Subtotal of Estimated Cost | | $213,000 | Subtotal of Estimated Cost | | $281,000 |

(4/2008)

form HUD-50075.2

Appendix 642

**Capital Fund Program—Five-Year Action Plan**

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part III: Supporting Pages – Management Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | | Work Statement for Year _2012_ FFY | | Work Statement for Year: _2013_ FFY | |
|---|---|---|---|---|---|
| Development Number/Name General Description of Major Work Categories | | Development Number/Name General Description of Major Work Categories | Estimated Cost | Development Number/Name General Description of Major Work Categories | Estimated Cost |
| AMP1 | | AMP1 | $0 | AMP1 | $0 |
| AMP 2 | | AMP 2 | $0 | AMP 2 | $0 |
| AMP 3 | | AMP 3 1. Security | $156,000 | AMP 3 1. Security | $156,000 |
| AMP 4 1. Security | | AMP 4 1. Security | $144,000 | AMP 4 1. Security | $144,000 |
| AMP 5 1. Security | | AMP 5 1. Security | $54,000 | AMP 5 1. Security | $54,000 |
| AMP 6 1. Security | | AMP 6 | $0 | AMP 6 | $0 |
| AMP 7 | | AMP 7 | $0 | AMP 7 | $0 |
| AMP 8 | | AMP 8 1. Security | $180,000 | AMP 8 1. Security | $180,000 |
| AMP 9 1. Security | | AMP 9 1. Security | $69,600 | AMP 9 1. Security | $69,600 |
| Subtotal of Estimated Cost | $603,600 | Subtotal of Estimated Cost | $603,600 | Subtotal of Estimated Cost | $603,600 |

form HUD-50075.2

(4/2008)

Appendix 643

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/2011

## Part III: Supporting Pages – Management Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Development Number/Name General Description of Major Work Categories | Estimated Cost | Work Statement for Year: 2014 FFY | Development Number/Name General Description of Major Work Categories | Estimated Cost | Work Statement for Year: 2015 FFY | Development Number/Name General Description of Major Work Categories | Estimated Cost |
|---|---|---|---|---|---|---|---|---|
| (shaded) | AMP1 | | | AMP1 | | | AMP1 | |
| (shaded) | AMP 2 | $0 | | AMP 2 | $0 | | AMP 2 | $0 |
| (shaded) | AMP 3 | $0 | | AMP 3 | $0 | | AMP 3 | $0 |
| (shaded) | 1. Security  AMP 4 | $156,000 | | 1. Security  AMP 4 | $156,000 | | 1. Security  AMP 4 | $156,000 |
| (shaded) | 1. Security  AMP 5 | $144,000 | | 1. Security  AMP 5 | $144,000 | | 1. Security  AMP 5 | $144,000 |
| (shaded) | 1. Security  AMP 6 | $54,000 | | 1. Security  AMP 6 | $54,000 | | 1. Security  AMP 6 | $54,000 |
| (shaded) | AMP 7 | $0 | | AMP 7 | $0 | | AMP 7 | $0 |
| (shaded) | AMP 8 | $0 | | AMP 8 | $0 | | AMP 8 | $0 |
| (shaded) | 1. Security  AMP 9 | $180,000 | | 1. Security  AMP 9 | $180,000 | | 1. Security  AMP 9 | $180,000 |
| (shaded) | 1. Security | $69,600 | | 1. Security | $69,600 | | 1. Security | $69,600 |
| Work Statement for Year I FFY 2011 Annual Statement | Subtotal of Estimated Cost | $603,600 | | Subtotal of Estimated Cost | $603,600 | | Subtotal of Estimated Cost | $603,600 |

(4/2008)

form HUD-50075.2

Appendix 644

Capital Fund Program—Five-Year Action Plan

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

## Part III: Supporting Pages – Management Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year FFY 2012 | | Work Statement for Year FFY 2013 | |
|---|---|---|---|---|
| | Development Number/Name — General Description of Major Work Categories | Estimated Cost | Development Number/Name — General Description of Major Work Categories | Estimated Cost |
| | AMP 10 | | AMP 10 | |
| | 1. Security | $93,600 | 1. Security | $93,600 |
| | AMP 11 | | AMP 11 | |
| | 1. Security | $54,000 | 1. Security | $54,000 |
| | AMP 12 | | AMP 12 | |
| | 1. Security | $36,000 | 1. Security | $36,000 |
| | AMP 13 | | AMP 13 | |
| | 1. Security | $54,000 | 1. Security | $54,000 |
| | AMP 14 | | AMP 14 | |
| | 1. Security | $0 | 1. Security | $0 |
| | AMP 15 | | AMP 15 | |
| | AMP 16 | | AMP 16 | |
| | 1. Security | $145,200 | 1. Security | $145,200 |
| | PHA Wide | $0 | PHA Wide | $0 |
| | 1. Computer System Software & Equipment | $150,000 | 1. Computer System Software & Equipment | $150,000 |
| | Administration | | Administration | |
| | 1. Administration | $220,000 | 1. Administration | $220,000 |
| | Other | | Other | |
| | 1. Const Fees and Costs | $80,000 | 1. Const Fees and Costs | $80,000 |
| | Subtotal of Estimated Cost | $832,800 | Subtotal of Estimated Cost | $832,800 |

form HUD-50075.2

(4/2008)

Appendix 645

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
Expires 4/30/20011

Capital Fund Program—Five-Year Action Plan

## Part III: Supporting Pages – Management Needs Work Statement(s)

| Work Statement for Year 1 FFY 2011 | Work Statement for Year 2014 FFY — Development Number/Name General Description of Major Work Categories | Estimated Cost | Work Statement for Year 2015 FFY — Development Number/Name General Description of Major Work Categories | Estimated Cost |
|---|---|---|---|---|
| | AMP 10 | | AMP 10 | |
| | 1. Security | $93,600 | 1. Security | $93,600 |
| | AMP 11 | | AMP 11 | |
| | 1. Security | $54,000 | 1. Security | $54,000 |
| | AMP 12 | | AMP 12 | |
| | 1. Security | $36,000 | 1. Security | $36,000 |
| | AMP 13 | | AMP 13 | |
| | 1. Security | $54,000 | 1. Security | $54,000 |
| | AMP 14 | | AMP 14 | |
| | | | | |
| | AMP 15 | | AMP 15 | |
| | 1. Security | $145,200 | 1. Security | $145,200 |
| | AMP 16 | | AMP 16 | |
| | | $0 | | $0 |
| | PHA Wide | | PHA Wide | |
| | 1. Computer System Software & Equipment | $150,000 | 1. Computer System Software & Equipment | $150,000 |
| | Administration | | Administration | |
| | 1. Administration | $220,000 | 1. Administration | $220,000 |
| | Other | | Other | |
| | 1. Const Fees and Costs | $80,000 | 1. Const. Fees and Costs | $80,000 |
| | Subtotal of Estimated Cost | $832,800 | Subtotal of Estimated Cost | $832,800 |

(4/2008)

form HUD-50075.2

**Appendix 646**

**Dallas Housing Authority**
**FY 2010 PHA 5-Year and Annual Plan**

**Attachment F**
**9.0 Housing Needs**

As shown below, the City of Dallas' Five Year Consolidated Plan, FY 2008-2009 through FY 2012-1013, identifies over 200,000 households with unmet housing needs.

**Priority Housing Needs/Investment Plan Table**

| Priority Housing Needs (households) | | Priority | Unmet Need |
|---|---|---|---|
| **Renter** | Small Related | 0-30% | H | 15,000 |
| | | 31-50% | H | 11,000 |
| | | 51-80% | M | 7,094 |
| | Large Related | 0-30% | H | 9,675 |
| | | 31-50% | H | 11,400 |
| | | 51-80% | M | 5,602 |
| | Elderly | 0-30% | H | 6,066 |
| | | 31-50% | H | 3,048 |
| | | 51-80% | M | 1,625 |
| | All Other | 0-30% | H | 12,167 |
| | | 31-50% | H | 10,928 |
| | | 51-80% | M | 10,061 |
| **Owner** | Small Related | 0-30% | H | 15,380 |
| | | 31-50% | H | 9,911 |
| | | 51-80% | H | 13,560 |
| | Large Related | 0-30% | H | 1,000 |
| | | 31-50% | H | 13,560 |
| | | 51-80% | H | 1,000 |
| | Elderly | 0-30% | H | 6,000 |
| | | 31-50% | H | 12,000 |
| | | 51-80% | H | 6,000 |
| | All Other | 0-30% | H | 5,000 |
| | | 31-50% | H | 16,000 |
| | | 51-80% | H | 15,000 |

Source: City of Dallas' Five Year Consolidated Plan, FY 2008-2009 through FY 2012-1013

DHA's waiting lists reflect this information, showing more than 27,000 on the combined waiting lists. As shown below, the large majority of these households have incomes below 30% AMI. Further, a majority are families with children, and in the public housing program, the greatest need is for one-bedroom units.

**Public Housing Waiting List**

| | Total | Percent |
|---|---|---|
| **Income** | | |
| All Income Ranges | 2715 | 100% |
| Extremely Low-Income (<= 30% AMI) | 2452 | 90% |
| Very Low – Income (31% - 50% AMI) | 167 | 6% |
| Low-Income (51 – 80% AMI) | 71 | 3% |
| Undefined | 25 | 1% |
| **Race** | | |
| African-American | 1440 | 53% |
| American Indian | 9 | 0% |
| Asian/Pacific Islander | 16 | 1% |
| Mixed | 2 | 0% |
| White | 66 | 2% |
| Undefined | 1153 | 42% |
| **Ethnicity** | | |
| Hispanic | 858 | 31% |
| **Family Type** | | |
| Families with Children | 2345 | 86% |
| Elderly | 182 | 6% |
| Disabled | 716 | 26% |
| **Bedroom Size Needed** | | |
| 0 | 11 | 0% |
| 1 | 1497 | 55% |
| 2 | 899 | 33% |
| 3 | 292 | 11% |
| 4 | 23 | 1% |
| 5 | 7 | 0% |

Source:  DHA Information Technology Resources May 25, 2010

**Section 8 Waiting List**

| | Total | Percent |
|---|---|---|
| **Income** | | |
| All Income Ranges | 24,366 | 100% |
| Extremely Low-Income (<⁄= 30% AMI) | 22,013 | 90% |
| Very Low – Income (31% - 50% AMI) | 1,152 | 5% |
| Low-Income (51 – 80% AMI) | 712 | 3% |
| Undefined | 489 | 2% |
| **Race** | | |
| African-American | 20,004 | 82% |
| American Indian | 51 | 0% |
| Asian/Pacific Islander | 282 | 1% |
| Mixed | 3 | 0% |
| White | 1,098 | 5% |
| Undefined | 2,273 | 9% |
| **Ethnicity** | | |
| Hispanic | 1,170 | 5% |
| **Family Type** | | |
| Families with Children | 6,482 | 27% |
| Elderly | 1,702 | 7% |
| Disabled | 5,187 | 21% |

Source: DHA Information Technology Resources May 25, 2010

**Dallas Housing Authority**
**FY 2010 PHA 5-Year and Annual Plan**

**Attachment G**
**9.1 Strategy for Addressing Housing Needs**

The strategies for meeting the housing needs identified in 9.0 are provided below.

**Need: Shortage of affordable housing for all eligible populations**
Strategy 1: Maximize the number of affordable units available to the PHA within its current resources:
- Employ effective maintenance and management policies to minimize the number of public housing units off-line
- Reduce turnover time for vacated public housing units
- Seeking replacement of public housing units lost to the inventory through mixed finance development
- Seek replacement of public housing units lost to the inventory through Section 8 replacement housing resources
- Maintain or increase Section 8 lease-up rates by establishing payment standards that will enable families to rent throughout the jurisdiction
- Undertake measures to ensure access to affordable housing among families assisted by the PHA, regardless of unit size required
- Maintain or increase Section 8 lease-up rates by marketing the program to owners, particularly those outside of areas of minority and poverty concentration
- Maintain or increase Section 8 lease-up rates by effectively screening Section 8 applicants to increase owner acceptance of program
- Participate in the Consolidated Plan development process to ensure coordination with broader community strategies

Strategy 2: Increase the number of affordable housing units:
- Apply for additional Section 8 units should they become available
- Leverage affordable housing resources in the community through the creation of mixed - finance housing
- Pursue housing resources other than public housing or Section 8 tenant-based assistance

**Need: Specific Family Types: Families at or below 30% of median**
Strategy: Target available assistance to families at or below 30% of AMI
- Adopt rent policies to support and encourage work

**Need: Specific Family Types: Families at or below 50% of median**
Strategy: Target available assistance to families at or below 50% of AMI
- Adopt rent policies to support and encourage work

**Need: Specific Family Types: The Elderly**
Strategy: Target available assistance to the elderly:
- Apply for special-purpose vouchers targeted to the elderly, should they become available

**Need: Specific Family Types: Families with Disabilities**
Strategy: Target available assistance to Families with Disabilities:

**Appendix 650**

- Carry out the modifications needed in public housing based on the Section 504 Needs Assessment for Public Housing
- Apply for special-purpose vouchers targeted to families with disabilities, should they become available
- Affirmatively market to local non-profit agencies that assist families with disabilities

**Need: Specific Family Types: Races or ethnicities with disproportionate housing needs**

Strategy 1: Increase awareness of PHA resources among families of races and ethnicities with disproportionate needs:

- Affirmatively market to races/ethnicities shown to have disproportionate housing needs

Strategy 2: Conduct activities to affirmatively further fair housing

- Counsel Section 8 tenants as to location of units outside of areas of poverty or minority concentration and assist them to locate those units
- Market the section 8 program to owners outside of areas of poverty /minority concentrations

**Appendix 651**

**Dallas Housing Authority**
**FY 2010 PHA 5-Year and Annual Plan**

**Attachment H**
**10.0a. Progress in Meeting Mission and Goals**

Below is a brief summary of DHA's progress in meeting its mission and goals during the initial year of the 2010 – 2014 Five Year Plan.  (Note: Because of the posting and submission requirements, the status only covers the period from January 1 through June 30, 2010.  The 2012 Annual Plan will include the status for the remainder of 2010.)

### 5.2.1.   Increase the availability of decent, safe, and affordable housing

#### 5.2.1.a. Expand the supply of assisted housing
**Objectives:**
* Apply for additional rental vouchers
* Reduce public housing vacancies
* Leverage private or other public funds to create additional housing opportunities
* Acquire or build units or developments

*June 30, 2010 Status:  DHA applied for and received a second allocation of 105 VASH vouchers and is anticipating receipt of an additional 100 VASH vouchers by the end of 2010. DHA also received renewal funding for 125 Mainstream Vouchers.*

*DHA has leveraged its public housing and Section 8 resources with low-income housing tax credits, private activity bonds, and private debt to create additional housing opportunities.  Working with Stonegate Senior Care, a private developer, DHA completed construction and occupancy of Lakewest Senior Village. This senior housing facility provides 360 housing units for low-income residents. Project based vouchers have been committed to all 360 units in the project. Total development cost of this project was $26 million.*

*The next phase of the Lakewest senior project is the Lakewest Skilled Nursing facility. Again working with Stonegate Senior Care, DHA began construction of the 115-bed skilled nursing facility. Construction is anticipated to be complete at the end of the second quarter of 2011.  Total development cost of this project is anticipated to be $10 million.  As with Lakewest Senior Village, DHA is providing the land for the project through a long-term ground lease at a nominal cost.*

*In June 2010 DHA received notification of a $22 million HOPE VI award for the Turner Courts housing development. For this project, DHA will leverage the HOPE VI funds with $15 million in private activity bonds, $3.9 million from the City of Dallas, $3.5 in private debt, $1 million in financial and in-kind services from Habitat for Humanity, $8.2 million of its own unrestricted funds, and $13.7 million in Community and Support Services (CSS) commitments.  DHA will also use $2.3 from its Capital Fund Program funds and $2 million from its earned Developer Fee from the Frazier Courts redevelopment.  In connection with the first phase of the Turner redevelopment, Buckeye Trail Commons, in April 2010, DHA received a reservation of $15 million in private activity bonds and anticipates receipt of an allocation of $1.2 million in annual low-income housing tax credits by the end of July 2010.*

**5.2.1.b. Improve the quality of assisted housing**
**Objectives:**
- Improve public housing management (PHAS score)
- Improve voucher management (SEMAP score)
- Increase customer satisfaction
- Concentrate on efforts to improve specific management functions (e.g. public housing finance, voucher unit inspections, etc.)
- Renovate or modernize public housing units
- Demolish or dispose of obsolete public housing
- Provide replacement public housing
- Provide replacement vouchers

*June 30, 2010 Status:  DHA received an exemption for PHAS reporting in 2009.*

*The SEMAP score for 2009 was 83, up from the 78 received in 2008.  The Section 8 Department conducts monthly file audits and periodic reviews of internal processes, procedures, and reports.  DHA revised its Quality Assurance Plan to include quality control and tracking. The Section 8 Department has begun screening files prior to submission in PIC and has set a goal of screening at least 50% of the files prior to PIC submission.  Additionally, DHA has engaged the services of outside consultants to conduct a RIM review and to review files for several SEMAP indicators.*

*DHA has implemented a Customer Service Comment Card to measure the quality of the customer service it provides to its clients and staff follows-up to address any client concerns.*

*To improve financial management, the Finance Department now provides monthly Income and Expense reports by site.*

*To provide improved support system service, the Information Services Department has upgraded the network bandwidth, infrastructure, servers, operating systems, and software applications.  The Department has also begun providing a document imaging system and has provided enhancements to the reporting systems and the Housing Management System.*

*In December 2009, DHA received approval to dispose of the Pebbles Apartment complex to the Metro Dallas Homeless Alliance (MDHA) who will provide living space and services to formerly homeless individuals and families at the site.  DHA has entered into a long-term ground lease with (MDHA) for the facility.*

*In late 2009 DHA completed demolition at Rhoads Terrace and Turner Courts.  DHA will redevelop the Turner Courts site through the HOPE VI program and anticipates selling to the Rhoads Terrace site for redevelopment as a single-family community.  DHA received 282 vouchers for the units demolished at Rhoads Terrace.*

*In mid 2010 DHA will submit a request for disposition for Cedar Springs Place and a request for demolition and disposition of Cedar Springs Place Addition.  DHA anticipates selling Cedar Springs Place to a developer who will demolish the structures*

*and rebuild on the site. DHA plans to demolish Cedar Springs Place and rebuild affordable housing on the site utilizing low-income housing tax credits and other resources.*

### 5.2.1.c. Increase assisted housing choices
**Objectives:**
- Provide voucher mobility counseling
- Conduct outreach efforts to potential voucher landlords
- Reduce voucher payment standards
- Continue voucher homeownership program
- Implement other homeownership programs as practical
- Implement public housing site-based waiting lists
- Convert public housing to vouchers

**June 30, 2010 Status:** *DHA provides each voucher recipient a Section 8 Briefing Package and the recipient may select from 25 amenity brochures that summarize the features of Predominately White Areas (as defined in the <u>Walker</u> housing desegregation lawsuit) within DHA's jurisdiction. DHA anticipates providing voucher mobility counseling to 30 families during 2010. As of June, five families had received counseling. Though June, 16 <u>Walker</u> relocation briefings were conducted and an additional 21 briefings are anticipated by year-end.*

*As of June, there were 8,026 landlords participating in the Section 8 program. DHA anticipates adding at least 389 additional landlords by the end of the year. Since the first of the year DHA has hosted 13 orientation sessions for new landlords and anticipates hosting 16 more by the end of the year as well as two seminars regarding the Section 8 program for existing landlords. DHA has added 331 new housing units to the Section 8 program since the beginning of the year and anticipates adding 500 more by the end of the year.*

*Four hundred and fifty (450) families have identified homeownership as one of their goals. To assist these families, DHA hosted a Section 8 Homeownership seminar this year in which 210 families were invited. Fifty-one (51) families participated in the seminar. A second seminar is scheduled prior to the end of the year. DHA refers families to the Dallas County Home Loan Center for credit counseling prior to purchase of a home.*

*In the first quarter of 2010, DHA implemented site-based waiting lists for all its housing developments.*

## 5.2.2.   Improve community quality of life and economic vitality

### 5.2.2.a. Provide an improved living environment
**Objectives:**
- Implement measures to deconcentrate poverty by bringing higher income public housing households into lower income developments
- Implement measures to promote income mixing in public housing by assuring access for lower income families into higher income developments
- Implement public housing security improvements

- Reserve up to 20% of the Section 8 Housing Choice Vouchers for Project-Based assistance which will provide housing for families with special needs.

*June 30, 2010 Status: DHA has implemented security improvements at all its housing developments, including the installation of security lighting at several housing developments using its ARRA funds. Neighborhood crime watch groups have been formed at each housing site.*

*DHA has approved 709 Section 8 project-based assistance units at 16 different properties and anticipates an additional 827 by year-end. As a result of issuing a Request for Proposals (RFP) for owners to provide project-based assistance, DHA is currently negotiating contracts with owners of five complexes for additional project-based assisted units. A second RFP for at least 340 units will be issued in July.*

### 5.2.3.   Promote self-sufficiency and asset development of families and individuals

**5.2.3.a. Promote self-sufficiency and asset development of assisted households**
**Objectives:**
- Increase the number and percentage of employed persons in assisted families
- Provide or attract supportive services to improve assistance recipients' employability
- Provide or attract supportive services to increase independence for the elderly or families with disabilities

*June 30, 2010 Status: The Section 8 Family Self-Sufficiency (FSS) Program currently has 950 families enrolled. Two new families were enrolled in 2010. DHA anticipates an additional 50 families will enroll by year-end. Through June, 200 families had attended orientation for the FSS Program. Also through June, 30 families had met their FSS goals and an additional 75 families are expected to meet their FSS goals this year.*

*DHA has executed Memoranda of Understanding (MOUs) with over 90 service providers to provide services for its residents. The Authority is in the process of establishing an Annual Partners Symposium to evaluate partnerships.*

### 5.2.4.   Ensure Equal Opportunity in Housing for all Americans

**5.2.4.a. Ensure equal opportunity and affirmatively further fair housing**
**Objectives:**
- Undertake affirmative measures to ensure access to assisted housing regardless of race, color, religion, national origin, sex, familiar status, and disability
- Undertake affirmative measures to provide a suitable living environment for families living in assisted housing, regardless of race, color, religion, national origin, sex, familial status, and disability
- Undertake affirmative measures to ensure accessible housing to persons with all varieties of disabilities regardless of unit size required
- Reserve up to 20% of the Section 8 Housing Choice Vouchers for Project-Based assistance which will provide housing for families with special needs
- Comply with the Violence Against Women and Justice Department Reauthorization Action of 2005 (VAWA)

*June 30, 2010 Status: Requests for Proposals (RFPs), award announcements, bids, opening and closing of the waiting list, etc. are advertised in local media outlets including the Dallas Morning News, Dallas Weekly, El Hispano News, Chamber of Commerce, City Hall and other outreach locations. Information is also included on DHA's website.*

*DHA has hired several bilingual staff members to assist clients who do not speak English. DHA will conduct approximately 20,000 HQS inspections of Section 8 units this year. Through June, a total of 13,189 inspections were completed, including 8,080 annual inspections, 1,874 initial inspections, 2,714 re-inspections, and 521 special inspections. A minimum of five percent (5%) of the dwelling units at all housing sites is handicap accessible. DHA recently completed an inspection of all properties for compliance with UFAS and ADA requirements. The Authority has reserved approximately 700 Section 8 vouchers for project-based assistance for families with special needs.*

*To comply with the Violence Against Women and Justice Department Reauthorization Act of 2005 (VAWA) DHA will not terminate the housing assistance of any family if it is determined that criminal activity is directly related to domestic violence, dating violence, or stalking.*

### 5.2.5.  Promote resident employment and business opportunities

#### 5.2.5.a. Promote resident employment and business opportunities
**Objectives:**
- Continue to operate a Section 3 Training and Employment program
- Encourage independent contractors to hire Section 3 residents
- Actively solicit resident owned businesses for contracts

*June 30, 2010 Status:*

Under Section 3, residents were hired for a combination of professional, office, technical, and various trade positions. Additionally, DHA created an apprenticeship program. Through June 30, 705 residents have been hired for trade positions (clerical, craft, semi-skilled workers); 42 residents have been hired in skilled and professional fields; and 21 residents have received training at the Frazier Neighborhood Network Center.

**Appendix 656**

**Dallas Housing Authority**
**FY 2010 PHA 5-Year and Annual Plan**

**Attachment I**
**10.0b. Definition of "Significant Amendment" and**
**"Substantial Deviation/Modification"**

The Housing Authority of the City of Dallas, Texas (DHA) will use the following definition for "Substantial Deviation" and "Significant Amendment or Modification" to the Agency Plan:

> Any deviation, change, or additional provision which alters the original intent of the provisions described in this Plan, or which substantially affects the achievement of quantifiable performance indicators; or

> Any addition of non-emergency work items (items not included in the current Annual Statement or Five Year Action Plan) over $500,000.

An exception to this definition will be made for any of the above that are adopted to reflect changes mandated by Congress or HUD regulatory requirements; such changes will not be considered significant amendments by DHA.

**Dallas Housing Authority**
**FY 2010 PHA 5-Year and Annual Plan**

**Attachment J**
**11.0  Certifications**

a.     Form HUD-50077, *PHA Certifications of Compliance with the PHA Plans and Related Regulations* (which includes all certifications relating to Civil Rights)

b.     Form HUD-50070, *Certification for a Drug-Free Workplace*

c.     Form HUD-50071, *Certification of Payments to Influence Federal Transactions*

d.     Form SF-LLL, *Disclosure of Lobbying Activities*

e.     Form SF-LLL-A, *Disclosure of Lobbying Activities Continuation Sheet*

| PHA Certifications of Compliance with PHA Plans and Related Regulations | U.S. Department of Housing and Urban Development<br>Office of Public and Indian Housing<br>Expires 4/30/2011 |
|---|---|

**PHA Certifications of Compliance with the PHA Plans and Related Regulations:**
**Board Resolution to Accompany the PHA 5-*Year and Annual* PHA Plan**

*Acting on behalf of the Board of Commissioners of the Public Housing Agency (PHA) listed below, as its Chairman or other authorized PHA official if there is no Board of Commissioners, I approve the submission of the___ 5-Year and/or_X_ Annual PHA Plan for the PHA fiscal year beginning* 1/1/2011 *, hereinafter referred to as" the Plan", of which this document is a part and make the following certifications and agreements with the Department of Housing and Urban Development (HUD) in connection with the submission of the Plan and implementation thereof:*

1. The Plan is consistent with the applicable comprehensive housing affordability strategy (or any plan incorporating such strategy) for the jurisdiction in which the PHA is located.
2. The Plan contains a certification by the appropriate State or local officials that the Plan is consistent with the applicable Consolidated Plan, which includes a certification that requires the preparation of an Analysis of Impediments to Fair Housing Choice, for the PHA's jurisdiction and a description of the manner in which the PHA Plan is consistent with the applicable Consolidated Plan.
3. The PHA certifies that there has been no change, significant or otherwise, to the Capital Fund Program (and Capital Fund Program/Replacement Housing Factor) Annual Statement(s), since submission of its last approved Annual Plan. The Capital Fund Program Annual Statement/Annual Statement/Performance and Evaluation Report must be submitted annually even if there is no change.
4. The PHA has established a Resident Advisory Board or Boards, the membership of which represents the residents assisted by the PHA, consulted with this Board or Boards in developing the Plan, and considered the recommendations of the Board or Boards (24 CFR 903.13). The PHA has included in the Plan submission a copy of the recommendations made by the Resident Advisory Board or Boards and a description of the manner in which the Plan addresses these recommendations.
5. The PHA made the proposed Plan and all information relevant to the public hearing available for public inspection at least 45 days before the hearing, published a notice that a hearing would be held and conducted a hearing to discuss the Plan and invited public comment.
6. The PHA certifies that it will carry out the Plan in conformity with Title VI of the Civil Rights Act of 1964, the Fair Housing Act, section 504 of the Rehabilitation Act of 1973, and title II of the Americans with Disabilities Act of 1990.
7. The PHA will affirmatively further fair housing by examining their programs or proposed programs, identify any impediments to fair housing choice within those programs, address those impediments in a reasonable fashion in view of the resources available and work with local jurisdictions to implement any of the jurisdiction's initiatives to affirmatively further fair housing that require the PHA's involvement and maintain records reflecting these analyses and actions.
8. For PHA Plan that includes a policy for site based waiting lists:
   • The PHA regularly submits required data to HUD's 50058 PIC/IMS Module in an accurate, complete and timely manner (as specified in PIH Notice 2006-24);
   • The system of site-based waiting lists provides for full disclosure to each applicant in the selection of the development in which to reside, including basic information about available sites; and an estimate of the period of time the applicant would likely have to wait to be admitted to units of different sizes and types at each site;
   • Adoption of site-based waiting list would not violate any court order or settlement agreement or be inconsistent with a pending complaint brought by HUD;
   • The PHA shall take reasonable measures to assure that such waiting list is consistent with affirmatively furthering fair housing;
   • The PHA provides for review of its site-based waiting list policy to determine if it is consistent with civil rights laws and certifications, as specified in 24 CFR part 903.7(c)(1).
9. The PHA will comply with the prohibitions against discrimination on the basis of age pursuant to the Age Discrimination Act of 1975.
10. The PHA will comply with the Architectural Barriers Act of 1968 and 24 CFR Part 41, Policies and Procedures for the Enforcement of Standards and Requirements for Accessibility by the Physically Handicapped.
11. The PHA will comply with the requirements of section 3 of the Housing and Urban Development Act of 1968, Employment Opportunities for Low-or Very-Low Income Persons, and with its implementing regulation at 24 CFR Part 135.

Appendix 659

12. The PHA will comply with acquisition and relocation requirements of the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 and implementing regulations at 49 CFR Part 24 as applicable.

13. The PHA will take appropriate affirmative action to award contracts to minority and women's business enterprises under 24 CFR 5.105(a).

14. The PHA will provide the responsible entity or HUD any documentation that the responsible entity or HUD needs to carry out its review under the National Environmental Policy Act and other related authorities in accordance with 24 CFR Part 58 or Part 50, respectively.

15. With respect to public housing the PHA will comply with Davis-Bacon or HUD determined wage rate requirements under Section 12 of the United States Housing Act of 1937 and the Contract Work Hours and Safety Standards Act.

16. The PHA will keep records in accordance with 24 CFR 85.20 and facilitate an effective audit to determine compliance with program requirements.

17. The PHA will comply with the Lead-Based Paint Poisoning Prevention Act, the Residential Lead-Based Paint Hazard Reduction Act of 1992, and 24 CFR Part 35.

18. The PHA will comply with the policies, guidelines, and requirements of OMB Circular No. A-87 (Cost Principles for State, Local and Indian Tribal Governments), 2 CFR Part 225, and 24 CFR Part 85 (Administrative Requirements for Grants and Cooperative Agreements to State, Local and Federally Recognized Indian Tribal Governments).

19. The PHA will undertake only activities and programs covered by the Plan in a manner consistent with its Plan and will utilize covered grant funds only for activities that are approvable under the regulations and included in its Plan.

20. All attachments to the Plan have been and will continue to be available at all times and all locations that the PHA Plan is available for public inspection. All required supporting documents have been made available for public inspection along with the Plan and additional requirements at the primary business office of the PHA and at all other times and locations identified by the PHA in its PHA Plan and will continue to be made available at least at the primary business office of the PHA.

21. The PHA provides assurance as part of this certification that:
    (i)   The Resident Advisory Board had an opportunity to review and comment on the changes to the policies and programs before implementation by the PHA;
    (ii)  The changes were duly approved by the PHA Board of Directors (or similar governing body); and
    (iii) The revised policies and programs are available for review and inspection, at the principal office of the PHA during normal business hours.

22. The PHA certifies that it is in compliance with all applicable Federal statutory and regulatory requirements.


Housing Authority of the City of Dallas, TX                          TX009
_____          _____
PHA Name                                                            PHA Number/HA Code


_____  5-Year PHA Plan for Fiscal Years 20____ - 20____


__X___  Annual PHA Plan for Fiscal Years 20_11_ - 20____


I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate. **Warning:** HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties.  (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)


Name of Authorized Official                                  | Title
      Thomas D. Karol                                        |    Vice Chairman
~~Terdema Ussery~~                                           | ~~Chairman~~

Signature                                                    | Date 9/20/2010

Appendix 660