Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

| Part III: Implementation Schedule for Capital Fund Financing Program | | | | | | |
|---|---|---|---|---|---|---|
| PHA Name: The Housing Authority of the City of Dallas | | | | | Federal FFY of Grant: 2009 | |
| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates | |
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | | |
| TX21P009032 Lakewest Village | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | | |
| TX21P009013 Park Manor | 3/18/2010 | 2/23/10 | 3/18/2012 | | | |
| TX21P009014 Brooks Manor | 3/18/2010 | 12/31/09 | 3/18/2012 | 3/31/10 | | |
| TX 21P009017 Cliff Manor | 3/18/2010 | 2/23/10 | 3/18/2012 | | | |
| TX21P009022 Audelia Manor | 3/18/2010 | 10/31/09 | 3/18/2012 | 12/31/09 | | |
| TX21P000023 Scattered Sites | 3/18/2010 | 1/28/10 | 3/18/2012 | | | |
| TX21P009025 Barbara Jordan Square | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | | |
| TX21P009029 Scattered Site | 3/18/2010 | 6/30/09 | 3/18/2012 | 9/30/09 | | |
| TX21P009030 Scattered Site | 3/18/2010 | 6/30/09 | 3/18/2012 | 9/30/09 | | |
| TX21P009037 Scattered Site | 3/18/2010 | 6/30/09 | 3/18/2012 | 9/30/09 | | |
| TX21P009040 Scattered Site | 3/18/2010 | 9/30/09 | 3/18/2012 | 12/31/09 | | |
| TX21P009042 Scattered Site | 3/18/2010 | 6/30/09 | 3/18/2012 | 9/30/09 | | |
| TX21P009043 Frankford | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | | |

Page 8

D-50075.1 (4/2008)

Appendix 700

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part III: Implementation Schedule for Capital Fund Financing Program

PHA Name: The Housing Authority of the City of Dallas

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates [1] |
|---|---|---|---|---|---|
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | |
| TX21P009051 Hidden Ridge | 3/18/2010 | 1/28/10 | 3/18/2012 | 6/30/10 | |
| TX21P009053 Frazier Fellowship | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | |
| TX21P009055 Wahoo Frazier | 3/18/2010 | 2/11/10 | 3/18/2012 | | |
| TX21P009056 Mill City Frazier | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | |
| TX21P009057 Frazier Single Family | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | |
| TX21P009054 Villas of Hillcrest | 3/18/2010 | 6/30/09 | 3/18/2012 | 6/30/09 | |
| PHA Wide | 3/18/2010 | 2/28/10 | 3/18/2012 | | |

[1] Obligation and expenditure end dated can only be revised with HUD approval pursuant to Section 9j of the U.S. Housing Act of 1937, as amended.

Page 9

D-50075.1 (4/2008)

Appendix 701

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

### Part I: Summary

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number<br>Capital Fund Program Grant No: TX21P00950109<br>Replacement Housing Factor Grant No:<br>Date of CFFP: | | | FFY of Grant: 2009<br>FFY of Grant Approval: | |

Type of Grant
☐ Original Annual Statement   ☐ Reserve for Disasters/Emergencies   ☒ Revised Annual Statement (revision no: 3 )
☒ Performance and Evaluation Report for Period Ending: 06/30/2010   ☐ Final Performance and Evaluation Report

| Line | Summary by Development Account | Total Estimated Cost | | Total Actual Cost[1] | |
|---|---|---|---|---|---|
| | | Original | Revised[2] | Obligated | Expended |
| 1 | Total non-CFP Funds | | | | |
| 2 | 1406 Operations (may not exceed 20% of line 21)[3] | $690,000 | $869,615 | | |
| 3 | 1408 Management Improvements | $1,240,000 | $1,240,000 | | |
| 4 | 1410 Administration (may not exceed 10% of line 21) | $230,000 | $230,000 | | |
| 5 | 1411 Audit | $0 | $0.00 | | |
| 6 | 1415 Liquidated Damages | $0 | $0.00 | | |
| 7 | 1430 Fees and Costs | $20,000 | $20,000 | | |
| 8 | 1440 Site Acquisition | $0 | $0.00 | | |
| 9 | 1450 Site Improvement | $510,000 | $380,000 | $37,719 | $13,969 |
| 10 | 1460 Dwelling Structures | $2,343,000 | $2,478,997 | $780,322 | $158,229 |
| 11 | 1465.1 Dwelling Equipment—Nonexpendable | $1,307,000 | $437,000 | | |
| 12 | 1470 Non-dwelling Structures | $95,000 | $296,170 | $221,170 | $135,096 |
| 13 | 1475 Non-dwelling Equipment | $494,615 | $351,600 | | |
| 14 | 1485 Demolition | $0 | $0.00 | | |
| 15 | 1492 Moving to Work Demonstration | $0 | $0.00 | | |
| 16 | 1495.1 Relocation Costs | $0 | $188,400 | | |
| 17 | 1499 Development Activities[4] | $0 | $0.00 | | |

[1] To be completed for the Performance and Evaluation Report.
[2] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[3] PHAs with under 250 units in management may use 100% of CFP Grants for operations.
[4] RHF funds shall be included here.

Page1

form HUD-50075.1 (4/2008)

**Appendix 702**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

## Part I: Summary

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number<br>Capital Fund Program Grant No: TX21P00950109<br>Replacement Housing Factor Grant No:<br>Date of CFFP: | FFY of Grant: 2009<br>FFY of Grant Approval: | |

Type of Grant
☐ Original Annual Statement  ☐ Reserve for Disasters/Emergencies  ☒ Revised Annual Statement (revision no: 2 )
☒ Performance and Evaluation Report for Period Ending: 06/30/2010  ☐ Final Performance and Evaluation Report

| Line | Summary by Development Account | Total Estimated Cost | | Total Actual Cost [1] | |
|---|---|---|---|---|---|
| | | Original | Revised [2] | Obligated | Expended |
| 18a | 1501 Collateralization or Debt Service paid by the PHA | $0 | $0 | $0 | |
| 18ba | 9000 Collateralization or Debt Service paid Via System of Direct Payment | $0 | $0 | $0 | |
| 19 | 1502 Contingency (may not exceed 8% of line 20) | $0 | $0 | $0 | |
| 20 | Amount of Annual Grant:: (sum of lines 2 - 19) | $6,929,615 | $6,491,782 | $1,039,211.00 | $307,294.00 |
| 21 | Amount of line 20 Related to LBP Activities | $0 | $0 | | |
| 22 | Amount of line 20 Related to Section 504 Activities | $0 | $0 | | |
| 23 | Amount of line 20 Related to Security - Soft Costs | $0 | $0 | | |
| 24 | Amount of line 20 Related to Security - Hard Costs | $1,000,000 | $1,000,000 | | |
| 25 | Amount of line 20 Related to Energy Conservation Measures | $770,000 | $770,000 | | |

Signature of Executive Director                    Date                    Signature of Public Housing Director                    Date

[1] To be completed for the Performance and Evaluation Report.
[2] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[3] PHAs with under 250 units in management may use 100% of CFP Grants for operations.
[4] RHF funds shall be included here.

Page2                    form HUD-50075.1 (4/2008)

**Appendix 703**

**Annual Statement/Performance and Evaluation Report**
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

**Part II: Supporting Pages**

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number: Capital Fund Program Grant No: TX21P00950109  CFFP (Yes/No): No  Replacement Housing Factor Grant No: | | Federal FFY of Grant: 2009 | |

| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 1 TX009000001** | | | | | | | | |
| Roseland | 1. Security | 1408 | 1 | $79,600 | $79,600 | | | |
| Roseland Estates | 1. Replace carpet | 1460 | 50 | $75,000 | $115,000 | | | Complete |
| | 2. Landscaping | 1450 | 1 | $25,000 | $25,000 | | | |
| | 3. Repairs | 1460 | | | $16,995 | $16,995 | $16,995 | New work item |
| | 4. ADA unit repairs | 1460 | | | $88,155 | $88,155 | | |
| Roseland Townhomes | 1. Paint exterior | 1460 | 50 | $100,000 | $100,000 | $28,969 | $28,969 | In progress |
| | 2. ADA unit repairs | 1460 | | | $57,469 | $57,469 | | New work item |
| Carroll Townhomes | 1. Replace carpet | 1460 | 50 | $50,000 | $90,000 | | | |
| | 2. Paint exterior | 1460 | 50 | $40,000 | $40,000 | | | |
| | 3. Repairs | 1460 | | | $11,587 | $11,587 | $11,587 | Complete |
| Monarch Townhomes | 1. Paint interior | 1460 | 25 | $35,000 | $35,000 | | | |
| | 2. Replace carpet | 1460 | 40 | $0 | $80,000 | | | |
| | 3. Repairs | 1460 | | | $7,587 | $7,587 | $7,587 | Complete |
| Roseland Scattered Sites | 1. Paint interiors | 1460 | 64 | $32,000 | $32,000 | | | |
| Roseland Community Room | 1. Repairs | 1470 | | | $2,495 | $2,495 | $2,495 | Complete |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page 3

form HUD-50075.1 (4/2008)

**Appendix 704**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

PHA Name: Housing Authority of the City of Dallas, Texas

Grant Type and Number
Capital Fund Program Grant No: TX21P00950109
CFFP (Yes/No): No
Replacement Housing Factor Grant No:

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 2** TX0090000002 | | | | | | | | |
| Little Mexico Village | 1. Replace HVAC | 1460 | 102 | $250,000 | $0.00 | | | |
| **AMP 3** TX0090000003 | | | | | | | | |
| Cedar Sprigs Place | 1. Replace roof | 1460 | 26 | $300,000 | $0.00 | | | |
| | 2. Repair building exterior | 1460 | 26 | $300,000 | $300,000 | | | |
| | 3. Security | 1408 | 1 | $78,000 | $78,000 | | | |
| Cedar Springs Pl. Add | 1. Paint exterior | 1460 | 23 | $160,000 | $160,000 | | | |
| | 2. Replace kitchen cabinets | 1460 | 220 | $350,000 | $350,000 | | | |
| | 3. Security | 1408 | 1 | $78,000 | $78,000 | | | |
| **AMP 4** TX0090000004 | | | | | | | | |
| Frazier Fellowship | 1. Security | 1408 | 1 | $48,000 | $48,000 | | | |
| Wahoo Frazier | 1. Security | 1408 | 1 | $48,000 | $48,000 | | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page4

form HUD-50075.1 (4/2008)

Appendix 705

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number Capital Fund Program Grant No: TX21P00950109 CFFP (Yes/No): No Replacement Housing Factor Grant No: | | | | Federal FFY of Grant: 2009 | | | |
|---|---|---|---|---|---|---|---|---|
| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
| | | | | Original | Revised¹ | Funds Obligated² | Funds Expended² | |
| Mill City | 1. Security | 1408 | 1 | $48,000 | $48,000 | | | |
| Frazier Scattered Sites | | | | | | | | |
| **AMP 5 TX009000005** | | | | | | | | |
| Brackins Village | 1. Replace carpet | 1460 | 102 | $100,000 | $100,000 | | | |
| | 2. Security | 1408 | 1 | $54,000 | $54,000 | | | |
| | 3. Repair retaining wall | 1450 | | | $13,969 | $13,969 | $13,969 | Complete |
| | 4. Replace water distribution system | 1460 | | | $395,000 | $395,000 | | New work item |
| **AMP 6 TX009000006** | | | | | | | | |
| Turner Courts | | | | | | | | |
| **AMP 7 TX009000007** | | | | | | | | |
| Rhoads Terrace | | | | | | | | |

¹ To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
² To be completed for the Performance and Evaluation Report.

Page5

form HUD-50075.1 (4/2008)

**Appendix 706**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

**Part II: Supporting Pages**

PHA Name: Housing Authority of the City of Dallas, Texas

Grant Type and Number
Capital Fund Program Grant No: TX21P00950109
CFFP (Yes/No): No
Replacement Housing Factor Grant No:

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 8 TX009000008** | | | | | | | | |
| Lakewest | 1. Clean lagoon | 1450 | 1 | $150,000 | $0.00 | | | |
| Hamptons at Lakewest | 1. Replace HVAC | 1460 | 225 | $250,000 | $250,000 | | | |
| | 2. Replace Community room furniture | 1475 | 1 | $15,000 | $15,000 | | | |
| | 3. Security | 1408 | 1 | $45,000 | $45,000 | | | |
| Kingsbridge Crossing | 1. Replace Community room furniture | 1475 | 1 | $15,000 | $15,000 | | | |
| | 2. Replace carpet | 1460 | 100 | $100,000 | $100,000 | | | |
| | 3. Security | 1408 | 1 | $45,000 | $45,000 | | | |
| Villa Creek | 1. Replace carpet | 1460 | 130 | $130,000 | $130,000 | | | |
| | 2. Repair dumpster enclosures | 1450 | 6 | $20,000 | $20,000 | | | |
| | 3. Security | 1408 | 1 | $45,000 | $45,000 | | | |
| Lakeview Townhomes | 1. Replace HVAC | 1460 | 152 | $200,000 | $200,000 | | | |
| | 2. Paint exterior | 1460 | 30 | $80,000 | $80,000 | | | |
| | 1. Security | 1408 | 1 | $45,000 | $45,000 | | | |
| | 4. Repairs | 1460 | | | $42,340.00 | $42,340 | $42,340 | Complete |
| Lakewest Village | 1. Paint exteriors | 1460 | 1 | $100,000 | $100,000 | | | |
| Lakewest Multipurpose Center | 1. Roof Repairs | 1470 | | $218,674 | $218,675 | $132,601 | In progress |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page 6

form HUD-50075.1 (4/2008)

**Appendix 707**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

PHA Name: Housing Authority of the City of Dallas, Texas

Grant Type and Number
Capital Fund Program Grant No: TX21P00950109
CFFP (Yes/No): No
Replacement Housing Factor Grant No:

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 9** **TX009000009** Park Manor | | | | | | | | |
| | 1. Upgrade security lighting | 1460 | 1 | $60,000 | $0.00 | | | |
| | 2. Upgrade lighting throughout building | 1460 | 1 | $100,000 | $0.00 | | | |
| | 3. Replace furniture | 1475 | 1 | $40,000 | $40,000 | | | |
| | 4. Replace HVAC supply riser | 1465 | 1 | $122,000 | $122,000 | | | |
| | 5. Security | 1408 | 1 | $69,600 | $69,600 | | | |
| **AMP 10** **TX009000010** Brooks Manor | | | | | | | | |
| | 1. Replace Boiler | 1465 | 1 | $15,000 | $15,000 | | | |
| | 2. Replace furniture | 1475 | 1 | $35,000 | $35,000 | | | |
| | 3. Security | 1408 | 1 | $93,600 | $93,600 | | | |
| | 4. Replace Exterior doors | 1460 | 1 | $0 | $24,700 | $50,751.00 | $50,751.00 | Complete |
| **AMP 11** **TX009000011** Cliff Manor | | | | | | | | |
| | 1. Power wash building | 1470 | 1 | $25,000 | $25,000 | | | |
| | 2. Replace furniture | 1475 | 1 | $25,000 | $25,000 | | | |
| | 4. Security | 1408 | 1 | $54,000 | $54,000 | | | |
| | 5. Relocation | 1495 | 1 | $0 | $188,400 | | | |
| **AMP 12** **TX009000012** Audelia Manor | | | | | | | | |
| | 1. Replace roof | 1460 | 1 | $100,000 | $0.00 | | | |
| | 2. Replace Community Room Furniture | 1475 | 1 | $25,000 | $25,000 | | | |
| | 3. Security | 1408 | 1 | $36,000 | $36,000 | | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page 7

form HUD-50075.1 (4/2008)

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number Capital Fund Program Grant No: TX21P00950109 CFFP (Yes/No): No Replacement Housing Factor Grant No: | | | Federal FFY of Grant: 2009 | | | | |
|---|---|---|---|---|---|---|---|---|
| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
| | | | | Original | Revised | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 13** **TX009000013** | | | | | | | | |
| Barbara Jordan Square | 1. Repair playground equipment | 1450 | 1 | $10,000 | $10,000 | | | |
| | 2. Security | 1408 | 1 | $54,000 | $54,000 | | | |
| | | | | | | | | |
| Larimore Lane | 1. Paint interiors | 1460 | 21 | $6,250 | $6,250 | | | |
| | 2. Replace carpet | 1460 | 21 | $12,750 | $12,750 | | | |
| | | | | | | | | |
| **AMP 14** **TX009000014** | | | | | | | | |
| Frankford Townhomes | 1. Replace HVAC | 1460 | 76 | $40,000 | $40,000 | | | |
| | | | | | | | | |
| | | | | | | | | |
| Kelly Blvd. | 1. Paint interiors | 1460 | 19 | $6,250 | $6,250 | | | |
| | 2. Replace carpet | 1460 | 19 | $12,750 | $12,750 | | | |
| | | | | | | | | |
| Villa of Hillcrest | | | | | | | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page8

form HUD-50075.1 (4/2008)

**Appendix 709**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

PHA Name: Housing Authority of the City of Dallas, Texas

Grant Type and Number
Capital Fund Program Grant No: TX21P00950109
CFFP (Yes/No): No
Replacement Housing Factor Grant No:

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
|---|---|---|---|---|---|---|---|---|
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| **AMP 15 TX009000015** | | | | | | | | |
| Hidden Ridge | 1. Paint exterior | 1460 | 1 | $130,000 | $130,000 | | | |
| | 2. Security | 1408 | 1 | $79,200 | $79,200 | | | |
| | 3. Concrete ADA site work | 1450 | | | $23,750.00 | $23,750.00 | | new work item |
| | 4. ADA unit repairs | 1460 | | | $81,469.00 | $81,469.00 | | new work item |
| Pebbles Apartments | | | | | | | | |
| | | | | | | | | |
| **AMP 16 TX009000016** | | | | | | | | |
| Scattered Site 9-29 | | | | | | | | |
| | | | | | | | | |
| Scattered Site 9-30 | 1. Replace Fences | 1450 | | $25,000 | $25,000 | | | |
| | | | | | | | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page 9

form HUD-50075.1 (4/2008)

**Appendix 710**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number Capital Fund Program Grant No: TX21P00950109 CFFP (Yes/No): No Replacement Housing Factor Grant No: | | | | Federal FFY of Grant: 2009 | | | |
|---|---|---|---|---|---|---|---|---|
| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | | Status of Work |
| | | | | Original | Revised[1] | Funds Obligated[2] | Funds Expended[2] | |
| Scattered Site 9-37 | | | | | | | | |
| Scattered Site 9-40 | | | | | | | | |
| Scattered Site 9-42 | | | | | | | | |
| Conner Drive | 1. Paint interiors | 1460 | 11 | $6,250 | | | | |
| | 2. Replace carpet | 1460 | 11 | $12,750 | | | | |
| Military Parkway | 1. Paint interiors | 1460 | 25 | $6,250 | | | | |
| | 2. Replace carpet | 1460 | 25 | $12,750 | | | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

form HUD-50075.1 (4/2008)

Page 10

**Appendix 711**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part II: Supporting Pages

| PHA Name: Housing Authority of the City of Dallas, Texas | Grant Type and Number Capital Fund Program Grant No: TX21P00950109 CFFP (Yes/No): No Replacement Housing Factor Grant No: | | | Federal FFY of Grant: 2009 | | | |
|---|---|---|---|---|---|---|---|
| Development Number Name/PHA-Wide Activities | General Description of Major Work Categories | Development Account No. | Quantity | Total Estimated Cost | | Total Actual Cost | Status of Work |
| | | | | Original | Revised[1] | Funds Obligated[2] / Funds Expended[2] | |
| PHA Wide | 1. Operating reserves | 1406 | | $690,000 | $869,615 | | |
| | 2. RET staff | 1408 | | $115,000 | $115,000 | | |
| | 3. Staff training | 1408 | | $20,000 | $20,000 | | |
| | 4. Computer Software | 1408 | | $100,000 | $100,000 | | |
| | 5. Tech and Non-Tech staff | 1410 | | $200,000 | $200,000 | | |
| | 6. Bid advertising | 1410 | | $30,000 | $30,000 | | |
| | 7. Environmental | 1430 | | $20,000 | $10,000 | | |
| | 8. Concrete and sidewalk repair | 1450 | | $100,000 | $200,000 | | |
| | 9. Playground equipment repair | 1450 | | $50,000 | $50,000 | | |
| | 10. Fence repair | 1450 | | $50,000 | $50,000 | | |
| | 11. Appliances | 1465 | | $300,000 | $300,000 | | |
| | 12. Computer equipment | 1475 | | $200,000 | $175,000 | | |
| | 13. Office equipment | 1475 | | $10,000 | $10,000 | | |
| | 14. Vehicles & equipment | 1475 | | $154,615 | $0.00 | | |
| | 15. Paint central office | 1470 | | $50,000 | $50,000 | | |
| | 16. Printing Cost | 1430 | | $0 | $10,000 | | |
| | 17. Replace HVAC | 1460 | | $0 | $207,467 | | |
| | 18. Replace Central Office Boiler | 1475 | | $0 | $11,600 | | |
| | Total | | | $6,929,615 | $6,491,782 | | |

[1] To be completed for the Performance and Evaluation Report or a Revised Annual Statement.
[2] To be completed for the Performance and Evaluation Report.

Page11

form HUD-50075.1 (4/2008)

**Appendix 712**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part III: Implementation Schedule for Capital Fund Financing Program
PHA Name: Housing Authority of the City of Dallas, Texas

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates [1] |
|---|---|---|---|---|---|
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | |
| **AMP 1 TX009000001** | | | | | |
| Roseland Townhomes | 09/14/11 | | 09/14/13 | | |
| Carroll Townhomes | 09/14/11 | | 09/14/13 | | |
| Monarch Townhomes | 09/14/11 | | 09/14/13 | | |
| Roseland Estates | 09/14/11 | | 09/14/13 | | |
| Roseland scattered sites | 09/14/11 | | 09/14/13 | | |
| **AMP 2 TX009000002** | | | | | |
| Little Mexico Village | 09/14/11 | | 09/14/13 | | |
| **AMP 3 TX009000003** | | | | | |
| Cedar Springs Place | 09/14/11 | | 09/14/13 | | |
| Cedar Springs Place Add. | 09/14/11 | | 09/14/13 | | |
| **AMP 4 TX009000004** | | | | | |
| Frazier Fellowship | 09/14/11 | | 09/14/13 | | |
| Wahoo Frazier | 09/14/11 | | 09/14/13 | | |
| Mill City Frazier | 09/14/11 | | 09/14/13 | | |
| Frazier Scattered sites | 09/14/11 | | 09/14/13 | | |

[1] Obligation and expenditure end dated can only be revised with HUD approval pursuant to Section 9j of the U.S. Housing Act of 1937, as amended.

Page 12

form HUD-50075.1 (4/2008)

**Appendix 713**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part III: Implementation Schedule for Capital Fund Financing Program

PHA Name: Housing Authority of the City of Dallas, Texas

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates [1] |
|---|---|---|---|---|---|
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | |
| **AMP 5  TX009000005** | | | | | |
| Brackins Village | 09/14/11 | | 09/14/13 | | |
| **AMP 6  TX009000006** | | | | | |
| Turner Courts | 09/14/11 | | 09/14/13 | | |
| **AMP 7  TX009000007** | | | | | |
| Rhoads Terrace | 09/14/11 | | 09/14/13 | | |
| **AMP 8  TX009000008** | | | | | |
| Lakewest | 09/14/11 | | 09/14/13 | | |
| Hamptons | 09/14/11 | | 09/14/13 | | |
| Kingbridge | 09/14/11 | | 09/14/13 | | |
| Lakeview Townhomes | 09/14/11 | | 09/14/13 | | |
| Villa Creek | 09/14/11 | | 09/14/13 | | |
| Lakewest Village | 09/14/11 | | 09/14/13 | | |
| **AMP 9 TX009000009** | | | | | |
| Park Manor | 09/14/11 | | 09/14/13 | | |

[1] Obligation and expenditure end dated can only be revised with HUD approval pursuant to Section 9j of the U.S. Housing Act of 1937, as amended.

Page13

form HUD-50075.1 (4/2008)

**Appendix 714**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part III: Implementation Schedule for Capital Fund Financing Program

PHA Name: Housing Authority of the City of Dallas, Texas

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates [1] |
|---|---|---|---|---|---|
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | |
| **AMP 10 TX009000010** | | | | | |
| Brooks Manor | 09/14/11 | | 09/14/13 | | |
| **AMP 11 TX009000011** | | | | | |
| Cliff Manor | 09/14/11 | | 09/14/13 | | |
| **AMP 12 TX009000012** | | | | | |
| Audelia Manor | 09/14/11 | | 09/14/13 | | |
| **AMP 13 TX009000013** | | | | | |
| Barbara Jordan Square | 09/14/11 | | 09/14/13 | | |
| Larimore Lane | 09/14/11 | | 09/14/13 | | |
| **AMP 14 TX009000014** | | | | | |
| Frankford Townhomes | 09/14/11 | | 09/14/13 | | |
| Kelly Blvd | 09/14/11 | | 09/14/13 | | |
| Villas of Hillcrest | 09/14/11 | | 09/14/13 | | |
| **AMP 15 TX009000015** | | | | | |
| Hidden Ridge | 09/14/11 | | 09/14/13 | | |
| Pebbles | 09/14/11 | | | | |

[1] Obligation and expenditure end dated can only be revised with HUD approval pursuant to Section 9j of the U.S. Housing Act of 1937, as amended.

Page14

form HUD-50075.1 (4/2008)

**Appendix 715**

Annual Statement/Performance and Evaluation Report
Capital Fund Program, Capital Fund Program Replacement Housing Factor and
Capital Fund Financing Program

U.S. Department of Housing and Urban Development
Office of Public and Indian Housing
OMB No. 2577-0226
Expires 4/30/2011

Part III: Implementation Schedule for Capital Fund Financing Program

PHA Name: Housing Authority of the City of Dallas, Texas

Federal FFY of Grant: 2009

| Development Number Name/PHA-Wide Activities | All Fund Obligated (Quarter Ending Date) | | All Funds Expended (Quarter Ending Date) | | Reasons for Revised Target Dates[1] |
|---|---|---|---|---|---|
| | Original Obligation End Date | Actual Obligation End Date | Original Expenditure End Date | Actual Expenditure End Date | |
| **AMP 16 TX009000016** | | | | | |
| Conner Drive | 09/14/11 | | 09/14/13 | | |
| Military Parkway | 09/14/11 | | 09/14/13 | | |
| Scattered Site 9-29 | 09/14/11 | | 09/14/13 | | |
| Scattered Site 9-30 | 09/14/11 | | 09/14/13 | | |
| Scattered Site 9-37 | 09/14/11 | | 09/14/13 | | |
| Scattered Site 9-40 | 09/14/11 | | 09/14/13 | | |
| Scattered Site 9-42 | 09/14/11 | | 09/14/13 | | |

[1] Obligation and expenditure end dated can only be revised with HUD approval pursuant to Section 9j of the U.S. Housing Act of 1937, as amended.

Page 15

form HUD-50075.1 (4/2008)

**Appendix 716**