**Bill Manning**

| | |
|---|---|
| **From:** | Insixiengmay, Donna <donna.insixiengmay@dallascityhall.com> |
| **Sent:** | Friday, July 29, 2011 8:40 AM |
| **To:** | Bill Manning |
| **Subject:** | FW: FY 2011-2012 Action Plan Narrative |
| **Attachments:** | DRAFT - 01-11 DHA's Action Plan Narrative.doc |
| **Importance:** | High |

Good morning Mr. Manning,

I am just following up to see if you were able to provide the modifications for the FY2011-2012 Action Plan. Could you please provide the status so I can notify my manager? If you need more time please don't hesitate to contact me.

Thank you for your assistance in this matter.

**From:** Insixiengmay, Donna
**Sent:** Tuesday, July 19, 2011 11:01 AM
**To:** 'bmanning@dhadal.com'
**Cc:** Mitchell, Bernadette
**Subject:** FY 2011-2012 Action Plan Narrative

Mr. Manning,

The City of Dallas is beginning preparation of the City's Annual Consolidated Action Plan for FY2011-2012 and we need your assistance in providing information on the Dallas Housing Authority (DHA) to include in this year's Plan. Included for your modification is the file containing the information on DHA that you submitted last year. The information was included in the City's 5 Year Action Plan and the Consolidated Action Plan for FY10-11. If at all possible, would you be able to provide the information by Wednesday, July 29, 2011?

If you have any questions or if I can be of any assistance, please let me know. Thank you for providing the information on the Dallas Housing Authority. Your assistance is greatly appreciated.

Donna Insixiengmay



EXHIBIT B-11

1

Appendix 717

Sr. Contract Compliance Administrator

Housing/Community Services Department

1500 Marilla St, Room 6CN

Dallas, Texas 75201

214-671-8053  Fax: 214-670.7831

donna.insixiengmay@dallascityhall.com

# DRAFT
## ACTION PLAN FY 2010-2011

## 91.220(c)(2) Other Resources

The Housing Authority of the City of Dallas, Texas (DHA) administers the Section 8 Tenant-Based Housing Choice Voucher Program (Section 8 Program). The Section 8 Program provides participating families with greater choices of housing opportunities by making privately-owned rental housing affordable to them. DHA provides rent subsidies to landlords, through vouchers, on behalf of eligible tenants. For FY ~~2010~~ 2011 DHA's projected Section 8 budget authority is $~~122~~ 140 million totaling ~~18,160~~ 17,843 vouchers, with up to 20% set aside for the Section 8 Project Based Program that assist the special needs population. As of ~~May, 2010~~ June 2011, approximately ~~5,187~~ 5,000 families were on the Section 8 waiting list.

## 91.220(h) Public Housing

Below are actions to be taken during the next fiscal year to address the needs of public housing and actions to encourage public housing residents to become more involved in management and participation in homeownership:

Housing Authority of the City of Dallas (DHA)'s Agency Plan and Capital Fund Program budget are developed in consultation with residents of DHA's public housing and Section 8 programs. The DHA Board of Commissioners and HUD have approved the Plan for FY ~~2010~~ 2011 and the Five-Year Plan for FY ~~2010-2014~~ 2011-2015.

The Dallas Housing Authority is dedicated to helping DHA families realize the American Dream and has successfully established a homeownership program. DHA implements initiatives to assist families with the transition from renting to owning their own home. With the assistance of the Family Self Sufficiency (FSS) program and the Resident Opportunities for Self-Sufficiency (ROSS) grant, public housing residents have taken advantage of opportunities which lead them to achieve "the American dream." To qualify for the homeownership assistance, currently DHA families must meet required program qualifications. The following are some of the key performance goals DHA has established to track their progress in increasing homeownership opportunities.

- Section 8 Housing Choice Voucher Homeownership. DHA's goal is to assist 20 voucher holders to become homeowners per fiscal year.

- ~~Frazier Courts. DHA will build 51 homeownership units on the Frazier Court site. 28 of the units have been built and 6 are under construction.~~ Turner Courts – In May 2010, DHA was awarded a $22 million HOPE VI Grant from HUD for the redevelopment of the Turner Courts neighborhood. DHA will build a total of 322 multi-family and elderly dwelling units as well as a Community Building, Teen Center and Head Start Facility.

- Family Self-Sufficiency (FSS) Program. DHA will work with the existing FSS families as well as new enrollees who have identified homeownership as their

**91.220**
**ACTION PLAN**

| Other | 1% |

| | |
|---|---|
| **Certification by State or Local Official of PHA Plans Consistency with the Consolidated Plan** | U.S. Department of Housing and Urban Development<br>Office of Public and Indian Housing<br>Expires 4/30/2011 |

## Certification by State or Local Official of PHA Plans Consistency with the Consolidated Plan

I, ___Chan Williams___ the ___Asst. Director/City of Dallas___ certify that the Five Year and Annual PHA Plan of the ___Dallas Housing Authority___ is consistent with the Consolidated Plan of ___City of Dallas, Texas___ prepared pursuant to 24 CFR Part 91.

_____ 09-23-11

Signed / Dated by Appropriate State or Local Official

form **HUD-50077-SL** (1/2009)
OMB Approval No. 2577-0226

Appendix 722