| Civil Rights Certification | U.S. Department of Housing and Urban Development |
|---|---|
| | Office of Public and Indian Housing |
| | Expires 4/30/2011 |

## Civil Rights Certification

### Annual Certification and Board Resolution

*Acting on behalf of the Board of Commissioners of the Public Housing Agency (PHA) listed below, as its Chairman or other authorized PHA official if there is no Board of Commissioner, I approve the submission of the Plan for the PHA of which this document is a part and make the following certification and agreement with the Department of Housing and Urban Development (HUD) in connection with the submission of the Plan and implementation thereof:*

The PHA certifies that it will carry out the public housing program of the agency in conformity with title VI of the Civil Rights Act of 1964, the Fair Housing Act, section 504 of the Rehabilitation Act of 1973, and title II of the Americans with Disabilities Act of 1990, and will affirmatively further fair housing.

| Housing Authority of the City of Dallas, TX | TX009 |
|---|---|
| PHA Name | PHA Number/HA Code |

I hereby certify that all the information stated herein, as well as any information provided in the accompaniment herewith, is true and accurate. Warning: HUD will prosecute false claims and statements. Conviction may result in criminal and/or civil penalties. (18 U.S.C. 1001, 1010, 1012; 31 U.S.C. 3729, 3802)

| Name of Authorized Official | Title |
|---|---|
| ~~Ferdema Ussery~~ | ~~Chairman~~ |
| Thomas D. Karol | Vice Chairman |
| Signature /s/ T.K. | Date 9/20/2010 |

form **HUD-50077-CR** (1/2009)
OMB Approval No. 2577-0226



EXHIBIT B-12

Appendix 723