UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex re. CURTIS LOCKEY and CRAIG MACKENZIE<br>Plaintiffs, | § § § § § | |
| v. | § § | Civil Action No. 3:11-CV-354-O |
| CITY OF DALLAS, TEXAS, et al.<br>Defendants. | § § § | |

### DEFENDANT CITY OF DALLAS' RESPONSIVE EXPERT WITNESS DESIGNATIONS

Pursuant to this Court's Scheduling Order signed on November 30, 2011 and later modified on April 27, 2012, Defendant City of Dallas provides the following expert witness designation:

Defendant may call the following experts at trial:

**Charles Cowan, Ph.D.**
**Managing Partner**
**Analytic Focus LLC**
**4939 De Zavala Road, Suite 105**
**San Antonio, TX  78249**
**Phone: (210) 641-2817**
**Fax: (210) 641-9892**

**Charles Estee, Esq.**
**Assistant City Attorney**
**Office of the Dallas City Attorney**
**1500 Marilla, 7DN**
**Dallas, Texas 75201**
**Phone:  (214) 670-3499**
**Fax:  (214) 670-0622**

**DEFENDANT CITY OF DALLAS' RESPONSIVE EXPERT WITNESS DESIGNATIONS- Page 1**

Peter Haskel, Esq.
Assistant City Attorney
Office of the Dallas City Attorney
1500 Marilla, 7DN
Dallas, Texas 75201
Phone: (214) 670-3038
Fax: (214) 670-0622

        Respectfully submitted

        OFFICE OF THE CITY ATTORNEY
        CITY OF DALLAS, TEXAS

        By  s/ Charles Estee_____
        CHARLES ESTEE
        Assistant City Attorney
        State Bar of Texas No. 06673600
        PETER B. HASKEL
        State Bar of Texas No. 09198900
        7BN Dallas City Hall
        1500 Marilla Street
        Dallas, Texas 75201
        Telephone – 214/670-3519
        Telecopier – 214/670-0622

## CERTIFICATE OF SERVICE

I certify that on August 6 2012, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case failing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means.

        s/ Charles Estee_____
        CHARLES ESTEE