IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITES STATES ex rel.
CURTIS LOCKEY, et al.,                  §
        Plaintiffs,                    §
                                        §
v.                                      §          CIVIL ACTION NO.
                                        §          3-11-CV-354-O
                                        §          ECF
CITY OF DALLAS, et al.,                 §
        Defendants.                    §

**APPENDIX TO CITY OF DALLAS' BRIEF IN SUPPORT
OF ITS MOTION TO DISMISS FOR WANT OF JURISDICTION
PURSUANT TO 31 U.S.C. 3730(e)(3)**


THOMAS P. PERKINS, JR.
Dallas City Attorney

CHARLES ESTEE
Assistant City Attorney
Texas Bar No. 17827020
charles.estee@dallascityhall.com
PETER B. HASKEL
Senior Assistant City Attorney
Texas Bar No. 09198900
peter.haskel@dallascityhall.com

City Attorney's Office
1500 Marilla Street, Room 7B North
Dallas, Texas  75201
Telephone:      214-670-3519
Telecopier:     214-670-0622

Attorneys for Defendant City of Dallas

Respectfully submitted,

OFFICE OF THE CITY ATTORNEY
CITY OF DALLAS, TEXAS

By: __s/ Charles Estee_____
    CHARLES ESTEE
    Assistant City Attorney
    State Bar of  Texas No. 06673600
    PETER B. HASKEL
    Senior Assistant City Attorney
    State Bar of Texas No. 09198900

    7BN Dallas City Hall
    1500 Marilla Street
    Dallas, Texas 75201
    Telephone – 214/670-3519
    Telecopier – 214/670-0622

## CERTIFICATE OF SERVICE

I certify that on December 14, 2012, I electronically filed the foregoing document with the clerk of court for the United States District Court for the Northern District of Texas using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means.

 s/ Charles Estee_____
CHARLES ESTEE

## APPENDIX TABLE OF CONTENTS

| TAB NO. | DESCRIPTION | PAGE(S) |
|---------|-------------|---------|
| 1. | Oct. 12, 2009 letter by Lockey to HUD | 1-6 |
| 2. | Oct. 29, 2009 letter by HUD to the City | 7-8 |
| 3. | Nov. 17, 2009 letter by Lockey to HUD | 9-12 |
| 4. | Nov. 17, 2009 letter by Lockey to HUD | 13-15 |
| 5. | Jan. 6, 2010 letter by HUD to the City | 16-19 |
| 6. | Jan. 25, 2010 letter by Lockey to HUD | 20-24 |
| 7. | Feb. 3, 2010 housing complaint | 25-26 |
| 7a. | Attachments to the housing complaint | 27-41 |
| 8. | Feb. 4, 2010, letter by HUD to the City | 42-46 |
| 9. | March 24, 2010 letter by Lockey to HUD | 47-49 |
| 10. | March 24, 2010 letter by Lockey to HUD | 50-51 |
| 11. | March 31, 2010 letter by HUD to the City | 52-53 |
| 12. | March 31, 2010 letter by HUD to the City | 54-56 |
| 13. | May 12, 2010 letter by Lockey to HUD | 57-58 |
| 14. | May 18, 2010 letter by HUD to the City | 59-60 |
| 15. | June 11, 2010 letter by HUD to the City | 61-63 |
| 16. | June 16, 2010 letter by Lockey to HUD | 64-65 |
| 17. | June 21, 2010 letter by Lockey to HUD | 66-67 |
| 18. | July 12, 2010 letter by Lockey to HUD | 68-69 |
| 19. | July 29, 2010 letter by Lockey to HUD | 70-72 |

20.      Aug. 23, 2010 letter by HUD to the City                         73-74

21.      Sept. 3, 2010 letter by HUD to the City                         75-76

22.      Sept. 7, 2010 letter by HUD to the City                         77-78

23.      Excerpt of Relators' Responses to Requests for Production       79-81

24.      Excerpt of Relators' Responses to Requests for Admissions       82-84

25.      Excerpt of Relators' Responses to Interrogatories               85-93

26.      Excerpt of motion and brief from *Walker* litigation            94-107

27.      Excerpt of agreed final judgment from *Walker* litigation       108

28.      Opinion article                                                 109-112

29.      Excerpt of Lockey Response to HUD                               113-114

30.      Letter by HUD to Lockey                                         115-116

31.      Nov. 17, 2009 letter by Lockey to HUD                           117-127

32.      May 3, 2010 letter by Lockey to HUD                             128-129

33.      July13 letter by Lockey to HUD                                  130-131

34.      March 29, 2010 email by Lockey to HUD                           132

35.      April 22, 2010 email by Mackenzie to HUD                        133-134

36.      April 23, 2010 email by Mackenzie to HUD                        135

37.      June 8, 2010 email by Lockey to HUD                             136-137

38.      July 5, 2010 email by Lockey to HUD                             138

39.      July 20, 2010 email by Lockey to HUD                            139-140

40.      August 12, 2010 email by Lockey to HUD                          141-142

41.      Oct. 12, 2010 email by HUD to Lockey                            143

42.      Nov. 2, 2010 email by Lockey to HUD                             144

43.        Duplicate documents with Differing Bates Numbers          145-150

44.        Emails between Lockey/Mackenzie and HUD                   151-159

45.        Authenticating Affidavit                                 160-161